UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| KIRK C. FISHER,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as Acting Honolulu Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>Defendants. | Civil Action No._____ |

**SUMMONS IN A CIVIL ACTION**

To:

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

        DONALD L. WILKERSON  5730
        TE-HINA ICKES  9012
        1003 Bishop Street, Suite 1320
        Honolulu, Hawaii 96813

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                        SUE BEITIA
                        CLERK OF COURT

Date: SEP 2 8 2011

                        *Signature of Clerk or Deputy Clerk*