CV 11-00589BMK

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII
# NOTICE OF ASSIGNMENT
# TO UNITED STATES MAGISTRATE JUDGE

FILED IN THE
UNITED STATES DISTRICT
COURT
DISTRICT OF HAWAII

September 28, 2011

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

In accordance with the Order Authorizing Direct Assignment of Civil Cases to U.S. Magistrate judges, dated October 1, 2009, this case has been assigned to **Magistrate Judge Barry M. Kurren** for all purposes including trial and final entry of judgment. Any appeal from a judgment entered by the magistrate judge may be taken to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Exercise of this jurisdiction by a magistrate judge is permitted only if all parties voluntarily consent. You may, without adverse consequences, withhold your consent. If any party elects reassignment, the case will be randomly assigned to a district judge. The identity of any party withholding consent will not be communicated to any judge.

Magistrate judges do not preside over trials in felony criminal cases. Because of this, major criminal cases will not interfere with scheduling and trials before the magistrate judge. In all likelihood, therefore, a consent will mean that this case will be resolved sooner for the parties.

While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntarily, the duty to respond to this notice is **mandatory**. Each party **must** indicate consent or decline to consent by completing the attached Election Form and returning it to the Clerk's Office no later than twenty-one (21) days after entry of appearance. In the event a dispositive motion is filed prior to the date on which the submission of the Election Form is required, the parties must return the completed Election Form within seven (7) calendar days after the motion is filed.

**Do not e-file the Election Form.** After completing the form, parties can either e-mail it to consent@hid.uscourts.gov, or mail it to U.S. District Court, 300 Ala Moana Blvd., Room C-338, Honolulu, HI 96850, Attention: Consent Clerk. The form can be found on the court's website http://www.hid.uscourts.gov

**The party filing the case or removal is responsible for serving all parties with this Notice and the attached Election Form.**