**CV 11-00589 BMK**



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 30, 2011
At __ oclock and __ min __

[✔]   **AMENDED** ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]    ORDER SETTING STATUS CONFERENCE

for **Monday, January 09, 2012** at 9:00 a.m. before:

[✔]   Magistrate Judge Barry M. Kurren in Courtroom 7

[ ]    Magistrate Judge Kevin S.C. Chang in Courtroom 5

[ ]    Magistrate Judge Richard L. Puglisi in Courtrooom 6

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii:
- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Friday, September 30, 2011.

/s/ Susan Mollway
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date____September 30, 2011_____     Signature _____
                                                    Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT. PLEASE DO NOT REMOVE.**