ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone:   (808) 768-5129
Facsimile:   (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | CIVIL NO. CV11 00589BMK |
| Plaintiff, | |
| vs. | DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL DISMISSAL OF COMPLAINT FILED SEPTEMBER 28, 2011; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50, | |
| Defendants. | Trial Date:  None |

DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION
FOR PARTIAL DISMISSAL OF COMPLAINT FILED SEPTEMBER 28, 2011

Comes now Defendant CITY AND COUNTY OF HONOLULU (hereinafter "City") and moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (FRCP) for dismissal of Plaintiff's Complaint, filed on May 18, 2010, with regard to Counts I and II on the ground that these causes of action fail to state a claim upon which relief can be granted.

This motion is based upon Rules 7, 8(a)(2) and 12 of the Federal Rules of Civil Procedure, and is supported by the attached Memorandum in Support of Motion, and the record and files herein, as well as such other oral and/or written evidence as may be offered at the hearing of this matter.

DATED:  Honolulu, Hawai'i, December 9, 2011.

ROBERT CARSON GODBEY
Corporation Counsel


By:  /s/ D. Scott Dodd
     D. SCOTT DODD
     Deputy Corporation Counsel

     Attorney for Defendant
     CITY AND COUNTY OF HONOLULU

10-06858/205421