LAW OFFICES OF DONALD L. WILKERSON
A Law Corporation
DONALD L. WILKERSON    5730
1003 Bishop Street, Suite 1320
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
email: don@allislandslaw.com

TE-HINA ICKES         9012
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
email: tehina@gmail.com

Attorneys for Plaintiff
KIRK C. FISHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. 11-00589 BMK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF KIRK C. FISHER'S** |
| | ) | **SCHEDULING CONFERENCE** |
| vs. | ) | **STATEMENT; and** |
| | ) | **CERTIFICATE OF SERVICE** |
| LOUIS KEALOHA, as an individual | ) | |
| and in his official capacity as Honolulu | ) | Date: January 12, 2012 |
| Chief of Police; PAUL PUTZULU, as | ) | Time: 9:30 am |
| an individual and in his official capacity | ) | Judge: Honorable Barry M. Kurren |
| as former Honolulu Acting Chief of | ) | |
| Police; CITY AND COUNTY OF | ) | No trial date set |
| HONOLULU; HONOLULU POLICE | ) | |
| DEPARTMENT and DOE | ) | |
| DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF KIRK C. FISHER'S**
**SCHEDULING CONFERENCE STATEMENT**

COMES NOW, Plaintiff KIRK C. FISHER (hereinafter "Plaintiff"), by and through his attorneys, Donald L. Wilkerson and Te-Hina Ickes, and hereby submits his Scheduling Conference Statement as follows:

**I. STATEMENT OF CASE**

This is a complaint for deprivation of civil rights wherein Plaintiff alleges that Defendants' deprived Mr. Fisher of his constitutional rights under the 2nd, 5th and 14th amendments of the United States Constitution.

**II. JURISDICTION**

This action is brought pursuant to 42 U.S.C. §1983 for violations of the 2nd, 5th, and 14th amendments to the United States Constitution. Jurisdiction is based upon federal question and appears appropriate.

**III. JURY TRIAL**

Plaintiff has made a demand for jury trial.

**IV. DISCLOSURES**

Plaintiff agrees with the appropriateness, extent and timing of disclosures pursuant to Federal Rule of Civil Procedure 26 and Local Rule 26.1 for purposes of this case.

**V. DISCOVERY**

No discovery has taken place.

## VI. SPECIAL PROCEDURES

Plaintiff does not presently see a need for any special procedures or other matters specified in Federal Rule of Civil Procedure 16(c) and Local Rule 16.2.

## VII. RELATED CASES

Upon information and belief, there are no related cases.

## VIII. ADDITIONAL MATTERS

Plaintiff is unaware of any additional matters at this time.

DATED: Honolulu, Hawaii, January 5, 2012.

                                            /s/ Te-Hina Ickes
                                      DONALD L. WILKERSON
                                      TE-HINA ICKES
                                      Attorneys for Plaintiff
                                      KIRK C. FISHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. 11-00589 BMK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| LOUIS KEALOHA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the parties below through CM/ECF:

    D. SCOTT DODD, ESQ.
    Dept. of the Corporation Counsel
    530 S. King Street, Room 110
    Honolulu, Hawaii 96813
    email: dsdodd@honolulu.gov

    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU

    DATED: Honolulu, Hawaii, January 5, 2012.

                                            */s/ Te-Hina Ickes*
                                            DONALD L. WILKERSON
                                            TE-HINA ICKES
                                            Attorneys for Plaintiff
                                            KIRK C. FISHER