# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589 ACK-BMK |
| CASE NAME: | Kirk C. Fisher v. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Donald L. Wilkerson |
| ATTYS FOR DEFT: | D. Scott Dodd |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7 no record |
| DATE: | 1/12/2012 | TIME: | 9:32-9:34 a.m. |

COURT ACTION:  EP: Rule 16 Scheduling Conference was held.  New dates and deadlines are given below.  Court to prepare scheduling order.

1. Jury trial on November 14, 2012 at 9:00 a.m. before ACK
2. Final Pretrial Conference on October 2, 2012 at 9:00 a.m. before BMK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by September 25, 2012
5. File motions to Join/Add Parties/Amend Pleadings by April 13, 2012
6. File other Non-Dispositive Motions by August 15, 2012
7. File Dispositive Motions by June 13, 2012
8a. File Motions in Limine by October 23, 2012
8b. File opposition memo to a Motion in Limine by October 30, 2012
11a. Plaintiff's Expert Witness Disclosures by May 14, 2012
11b. Defendant's Expert Witness Disclosures by June 13, 2012
12. Discovery deadline September 14, 2012
13. Settlement Conference set for August 20, 2012 at 10:00 a.m. before BMK
14. Settlement Conference statements by August 13, 2012
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 30, 2012
21. File Final witness list by October 23, 2012
24. Exchange Exhibit and Demonstrative aids by October 16, 2012
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 23, 2012
26. File objections to the Exhibits by October 30, 2012
28a. File Deposition Excerpt Designations by October 23, 2012
28b. File Deposition Counter Designations and Objections by October 30, 2012
29. File Trial Brief by October 30, 2012

30.     File Findings of Fact & Conclusions of Law by N/A

Other Matters: None.

Submitted by kur1, law clerk.

CC: Tammy Kimura.