ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone:   (808) 768-5129
Facsimile:    (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorney for Defendants
CITY AND COUNTY OF HONOLULU and
LOUIS KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | ) CIVIL NO. CV11 00589BMK |
| | ) |
| Plaintiff, | ) |
| | ) DEFENDANT LOUIS KEALOHA'S |
| vs. | ) MOTION FOR PARTIAL DISMISSAL |
| | ) OF COMPLAINT FILED |
| LOUIS KEALOHA, as an individual | ) SEPTEMBER 28, 2011; |
| and in his official capacity as Honolulu | ) MEMORANDUM IN SUPPORT OF |
| Chief of Police; PAUL PUTZULU, as | ) MOTION; CERTIFICATE OF |
| an individual and in his official capacity | ) SERVICE |
| as former Honolulu Acting Chief of | ) |
| Police; CITY AND COUNTY OF | ) |
| HONOLULU; HONOLULU POLICE | ) |
| DEPARTMENT and DOE | ) |
| DEFENDANTS 1-50, | ) |
| | ) |
| Defendants. | ) Trial Date:  None |
| _____ | ) |

Case 1:11-cv-00589-ACK-BMK   Document 16   Filed 01/24/12   Page 2 of 2   PageID #: 84

DEFENDANT LOUIS KEALOHA'S MOTION FOR PARTIAL
DISMISSAL OF COMPLAINT FILED SEPTEMBER 28, 2011

Comes now Defendant LOUIS KEALOHA (hereinafter "Kealoha") and moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (FRCP) for dismissal of Plaintiff's Complaint, filed on September 28, 2011, with regard to Counts I and II on the ground that these causes of action fail to state a claim upon which relief can be granted.

This motion is based upon Rules 7, 8(a)(2) and 12 of the Federal Rules of Civil Procedure, and is supported by the attached Memorandum in Support of Motion, and the record and files herein, as well as such other oral and/or written evidence as may be offered at the hearing of this matter.

DATED:  Honolulu, Hawai'i, Tuesday, January 24, 2012

        ROBERT CARSON GODBEY
        Corporation Counsel


By: /s/ D. Scott Dodd
     D. SCOTT DODD
     Deputy Corporation Counsel

     Attorney for Defendants
     CITY AND COUNTY OF
     HONOLULU and
     LOUIS KEALOHA

10-06858/210060