LAW OFFICES OF DONALD L. WILKERSON
A Law Corporation
DONALD L. WILKERSON     5730
1003 Bishop Street, Suite 1320
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
Facsimile:  (808) 528-2440
Email:  don@allislandslaw.com

TE-HINA ICKES  9012
841 Bishop Street, Suite 2201
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Facsimile:  (808) 566-0347
Email: tehina@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. 11-00589 ACK/BMK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF KIRK C. FISHER'S** |
| | ) | **MOTION FOR PRELIMINARY** |
| vs. | ) | **INJUNCTION; MEMORANDUM** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| LOUIS KEALOHA, as an individual | ) | **PRELIMINARY INJUNCTION;** |
| and in his official capacity as Honolulu | ) | **DECLARATION OF KIRK C.** |
| Chief of Police; PAUL PUTZULU, as | ) | **FISHER; CERTIFICATE OF** |
| an individual and in his official capacity | ) | **SERVICE** |
| as former Honolulu Acting Chief of | ) | |
| Police; CITY AND COUNTY OF | ) | |
| HONOLULU; HONOLULU POLICE | ) | |
| DEPARTMENT and DOE | ) | |
| DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF KIRK C. FISHER'S MOTION
FOR PRELIMINARY INJUNCTION**

COMES NOW, Plaintiff Kirk C. Fisher, by through undersigned counsel

and pursuant to the Second, Fifth and Fourteenth Amendments to the United

States Constitution, as well as Rules 7(b) and 65 of the <u>Federal Rules of Civil</u>

<u>Procedure</u>, and requests that this Honorable Court issue an Order:

•     compelling Defendants, their officers, agents, servants, employees,

and all persons in active concert or participation with them who receive notice of

the order to rescind the prior denial of Mr. Fisher's permit to acquire firearms and

issue a permit authorizing Mr. Fisher to acquire firearms.

DATED: Honolulu, Hawaii, March 19, 2012.


     */s/ Te-Hina Ickes*
DONALD L. WILKERSON
TE-HINA ICKES
Attorneys for Plaintiff
KIRK C. FISHER