# SUBJECT INDEX

TABLE OF AUTHORITIES

I. INTRODUCTION .................................................................................... 1

II. THE PRELIMINARY INJUNCTION SHOULD ISSUE ............................ 3

    A. Plaintiff has standing ................................................................ 4

    B. Mr. Fisher is likely to succeed on the merits ........................... 5

        *Mr. Fisher is not statutorily disqualified pursuant to HRS Chapter 134* .......................................... 5

          i. Background ................................................................. 5

          ii. Applicable Hawaii law ............................................... 7

          iii. Applicable Federal law .............................................. 9

          iv. Discussion ................................................................... 9

        *Mr. Fisher's Second Amendment right has been unduly restricted* ...................................... 13

        *Mr. Fisher has been denied Due Process of law* ............................................................... 14

    C. In the absence of injunction, Mr. Fisher is irreparably harmed ........ 16

    D. The balance of equities mandates relief ............................................ 17

    E. It serves the public interest to grant relief ......................................... 19

III. CONCLUSION ........................................................................................ 20

# TABLE OF AUTHORITIES

**CASES**                                                                                          Page

Bauer v. Shepard, 620 F.3d 704 (7th Cir. 2010) ............................................................... 4

Bennet v. Dunn, 504 F.Supp. 981, 986 (DC Nev. 1980) ...................................... 16

District of Colombia v. Heller, 554 U.S. 570 (2008) ...................................... 13, 14

Elrod v. Burns, 427 U.S. 347 (1976) ...................................................................... 16

Ezell v. Chicago, 651 F.3d 684 (7th Cir. 2011) ............................................. 4, 14, 16

Goldberg v. Kelly, 397 U.S. 254, 264-265 (1970) ................................................. 19

Haynes v. Office of the AG, 298 F.Supp 2d 1154 (D. Kan., Oct. 26, 2004) ........ 18

Klein v. City of San Clemente, 584 F.3d 1196 (9th Cir 2009) ............................... 17

Lujan v. Defenders of Wildlife, 504 U.S. 555, 112 S.Ct. 2130 (1992) ................... 4

Mathews v. Elridge, 424 U.S. 319 (1976) ............................................................... 14

McDonald v. Chicago, ___ U.S. ___, 130 S.Ct. 3020 (2010) ........................... 2, 19

Preminger v. Principi, 422 F.3d 815 (9th Cir. 2005) .............................................. 19

Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 118 S.Ct. 1003 (1998) ........ 4

Summers v. Earth Island Inst., 555 U.S. 488, 129 S.Ct. 1142 (2009) ..................... 4

United States v. Belless, 338 F.3d 1063 (9th Cir. 2003) ........................................ 12

United States v. Beltran-Mungia, 489 F.3d 1042 (9th Cir. 2007) .......................... 10

United States v. Gamez, 577 F.3d 394 (2nd Cir. 2009) ......................................... 10

United States v. Herrera, 286 F.Appx. 546, 553 (2008) ....................................... 11

United States v. Maldonado-Lopez, 517 F.3d 1207 (10th Cir. 2008) .............. 10, 11

United States v. Ruiz-Rodriguez, 494 F.3d 1273 (10th Cir. 2007) ....................... 11

United States v. Taylor, 495 U.S. 575, 110 S.Ct. 2143 (1990) ............................. 10

United States v. Zuniga-Soto, 527 F.3d 1110 (10th Cir. 2008) ................. 10, 11, 12

Winter v. Natural Res. Def. Council, Inc., 55 U.S. 7 (2008) ................................. 4

Zepeda v. U.S.I.N.S., 753 F.2d 719 (9th Cir. 1983) ............................................... 18

**STATUTES**

    **Hawaii Revised Statutes**

Chapter 134 ....................................................................................................1, 9, 14

§134-1 .................................................................................................................. 7, 13

§134-2 .............................................................................................................. 2, 8, 13, 14

§134-7 ........................................................................................................ 5, 7, 8, 13, 14

§134-7.3(a) ................................................................................................................ 8

§711-1106(1)(a) ............................................................................................. 5, 7, 8, 9, 12

§806-11 ..................................................................................................................... 5

    **United States Code**

18 U.S.C. §921 ................................................................................................ 1, 9, 12, 13

18 U.S.C. §922 ................................................................................................ 1, 9, 18, 20

### Miscellaneous

Colo. Rev. Stat. §18-9-111(1)(a) (2007) .............................................................. 11

## CONSTITUTIONAL PROVISIONS

### U.S. Constitution

Article III, §1 ........................................................................................................ 4

1st amendment .................................................................................................... 16

2nd amendment ................................................................... 1, 2, 13, 15, 16, 17, 19

5th amendment ...................................................................................................... 3

14th amendment ............................................................................................ 2, 3, 5

### Hawaii Constitution

Article 1, §2 ........................................................................................................ 19

## RULES

### Federal Rules of Civil Procedure

Rule 65(a)(2) ........................................................................................................ 3

## TREATISES, JOURNALS and GOVERNMENT PUBLICATIONS

11A Charles Alan Wright et al., Federal Practice and Procedure §2948.1 (2d ed. 1995) .................................................................................................................. 16

City and County of Honolulu, Service Efforts and Accomplishment Report, Office of the Auditor (2010) ......................................................................................... 20

Crime in Hawaii, A Review of Uniform Crime Reports (2010) ........................... 20

State of Hawaii, Criminal Justice Data Brief (2007-2010) ................................. 20