# SUBJECT INDEX

TABLE OF AUTHORITIES

I.   INTRODUCTION .................................................................................. 2

II.  APPLICABLE LAW .............................................................................. 2

III. STATEMENT OF FACTS ..................................................................... 3

IV.  ARGUMENT ........................................................................................ 13

   *The Constitutional deprivations predicated upon Mr. Fisher
   was the product of a policy or custom of Defendant City* ........................... 14

   *Mr. Fisher has provided adequate notice to Defendant City* ...................... 17

   *There is no heightened pleading for the "policy or custom"
   requirement of demonstrating municipal liability* ....................................... 19

V.   ASSUMING *ARGUENDO* THAT THE COURT FINDS MERIT
     TO DEFENDANT CITY'S ARGUMENT, PLAINTIFF REQUESTS
     LEAVE TO AMEND COMPLAINT ........................................................ 20

VI.  CONCLUSION ...................................................................................... 21