# TABLE OF AUTHORITIES

**CASES**                                                                                        Page

Archibald v. McLaughlin, 181 F.Supp. 175 (D. D.C. 1960) .................................. 20

Ashcroft v. Iqbal, 12 S.Ct. 1937 (2009) ............................................................... 3, 4

Bd. of County Comm'rs v. Brown, 520 U.S. 397 (1997) .................................. 13, 14

Blair v. City of Pomona, 223 F.3d 1074 (9th Cir. 2000) ........................................ 16

City of St. Louis v. Prapotnik, 485 U.S. 112 (1988) ........................................ 14, 16

Cleff v. Cult Awareness Network, 18 F.3d 752 (9th Cir. 1994) ........................... 3, 4

Connick v. Thompson, 131 S.Ct. 1350 (2011) ....................................................... 14

Delia v. City of Rialto, 621 F.3d 1069 (9th Cir. 2010) ........................................... 13

Eagerly v. City and County of San Francisco, 599 F.3d 946 (9th Cir. 2010).......... 13

Empress LLC v. City of San Francisco, 419 F.3d 1052 (9th Cir. 2005) ................. 19

Evans v. McKay, 869 F.2d 1341 (9th Cir. 1989) ..................................................... 19

Foman v. Davis, 371 U.S. 178 (1962) .................................................................... 20

Fuller v. City of Oakland, 47 F.3d 1522 (9th Cir. 1995) ........................................ 16

Galbraith v. County of Santa Clara, 307 F.3d 1119 (9th Cir. 2002) ....................... 19

Gibson v. United States, 781 F.2d 1334 (9th Cir. 1986) ........................................ 13

Gillette v. Delmore, 979 F.2d 1342 (9th Cir. 1992) ............................................... 15

Goldberg v. Worldlife Shippers & Movers of Chicago, Inc.,
236 F.2d 198 (7th Cir. 1956) ................................................................................. 20

Health Cost Controls v. Skinner, 44 F.3d 535 (7th Cir. 1995) ................................ 20

Karim-Panahi v. L.A. Police Dep't., 839 F.2d 621 (9th Cir. 1988) ....................... 19

La Porte Constr. Co. v. Bayshore Nat'l Bank, 805 F.2d 1254 (5th Cir. 1986) ...... 20

Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit,
507 U.S. 163 (1993) ........................................................................................ 19

Lloyd v. United States Corp., 203 F.2d 789 (6th Cir. 1953) ............................ 20, 21

Loan Star Import v. Citroen Cars Corp., 288 F.2d 69 (5th Cir. 1961) ................... 21

Long v. County of Los Angeles, 442 F.3d 1178 (9th Cir. 2006) ............................ 13

Navarro v. Block, 72 F.3d 712 (9th Cir. 1996) ...................................................... 16

Maryland Casualty Company v. Reickenbacher, 146 F.2d 751 (4th Cir. 1944) .... 21

Miranda v. Clark County, Nev., 319 F.3d 465 (9th Cir. 2003) .............................. 13

Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978) ............................................ 13

Ortez v. Washington County, Or., 88 F.3d 804 (9th Cir. 1996) ............................. 13

Pembaur v. City of Cincinnati, 475 U.S. 469 (1986) ............................................ 14

Seifert v. Solem, 387 F.2d 925 (7th Cir. 1967) ...................................................... 21

Shaw v. Cal. Dep't of Alchoholic Beverage Control,
788 F.2d 600 (9th Cir. 1986) ........................................................................... 19

Raymond International v. Bookcliff Construction, Inc., 347 F.Supp. 208
(D. Neb. 1972); aff'd per curium, 489 F.2d 732 (8th Cir. 1974) ..................... 20

Trevino v. Gates, 99 F.3d 911 (9th Cir. 1996) ....................................................... 15

United States v. Maldonado-Lopez, 517 F.3d 1207 (10th Cir. 2008) .................... 17

United States v. Zuniga-Soto, 527 F.3d 1110 (10th Cir. 2008) .............................. 17

Waggy v. Spokane, 594 F.3d 707 (9th Cir. 2010) .................................................. 14

WMX Techs., Inc. v. Miller, 197 F.3d 367 (9th Cir. 1999) ................................... 13

**STATUTES**

**Hawaii Revised Statutes**

Chapter 134 ............................................................................................................. 6

§134-1 ...................................................................................................................... 9

§134-2 ..................................................................................................... 4, 11, 13, 15

§134-7 ............................................................................................. 7, 8, 9, 11, 16, 17

§134-7.3(a) ............................................................................................................. 10

§711-1106(1)(a) ............................................................................................. 7, 9, 10

§806-11 .................................................................................................................... 7

**United States Code**

18 U.S.C. §922 ....................................................................................................... 17

42 U.S.C. §1983 ................................................................................ 2, 6, 13, 15, 18, 19

**CONSTITUTIONAL PROVISIONS**

**U.S. Constitution**

2nd amendment .............................................................................................. 2, 4, 12, 18

5th amendment ........................................................................................................ 2, 12

14th amendment .................................................................................. 2, 4, 12, 18

**RULES**

**Federal Rules of Civil Procedure**

Fed. R. Civ. Pr. 8(a)(2) ............................................................................. 2

Fed. R. Civ. Pr. 12(b)(6) ............................................................................ 2

Fed. R. Civ. Pr. 15(a) .............................................................................. 20