# SUBJECT INDEX

TABLE OF AUTHORITIES

I. INTRODUCTION ................................................................................ 2

II. APPLICABLE LAW ........................................................................... 2

III. STATEMENT OF FACTS .................................................................. 4

IV. ARGUMENT ..................................................................................... 13

    A. STATE OFFICIALS CAN BE SUED IN THEIR OFFICIAL CAPACITY FOR INJUNCTIVE RELIEF .................... 13

    B. MR. FISHER'S SECOND AMENDMENT RIGHT HAS BEEN UNDULY RESTRICTED ........................................... 13

    C. MR. FISHER HAS BEEN DENIED DUE PROCESS OF LAW ...................................................................................... 20

    D. DEFENDANT KEALOHA IS NOT ENTITLED TO QUALIFIED IMMUNITY ................................................................ 21

V. ASSUMING *ARGUENDO* THAT THE COURT FINDS MERIT TO DEFENDANT CITY'S ARGUMENT, PLAINTIFF REQUESTS LEAVE TO AMEND COMPLAINT ........................................................ 24

VI. CONCLUSION .................................................................................. 25