# TABLE OF AUTHORITIES

**CASES** **Page**

A.D. v. Markgraf, 636 F.3d 555 (9th Cir. 2011) ...................................................... 22

Archibald v. McLaughlin, 181 F.Supp. 175 (D. D.C. 1960) ................................. 24

Ashcroft v. Iqbal, 12 S.Ct. 1937 (2009) .............................................................. 3, 4

Clairmont v. Sound Mental Health, 632 F.3d 1091 (9th Cir. 2011) ...................... 22

Cleff v. Cult Awareness Network, 18 F.3d 752 (9th Cir. 1994) ........................... 3, 4

Doe v. Lawrence Livermore Nat'l Lab, 131 F.3d 836 (9th Cir. 1997) ................... 13

Dunn v. Castro, 621 F.3d 1196 (9th Cir. 2010) ...................................................... 22

Elliot-Park v. Manglona, 592 F.3d 1003 (9th Cir. 2010) ........................................ 21

Eng v. Cooley, 552 F.3d 1062 (9th Cir. 2009) ........................................................ 21

Flint v. Dennison, 488 F.3d 816 (9th Cir. 2007) ..................................................... 13

Foman v. Davis, 371 U.S. 178 (1962) .................................................................... 24

Goldberg v. Worldlife Shippers & Movers of Chicago, Inc.,
236 F.2d 198 (7th Cir. 1956) ................................................................................... 25

Guam Soc'y of Obstetricians & Gynecologists v. Ada,
962 F.2d 1366 (9th Cir. 1992) ................................................................................. 13

Harlow v. Fitzgerald, 457 U.S. 800, 815, 102 S.Ct. 2727, 2737 (1982) ............... 23

Health Cost Controls v. Skinner, 44 F.3d 535 (7th Cir. 1995) ............................... 24

Imbler v. Pactman, 424 U.S. 409 (1976) ............................................................... 21

L.A. Police Protective League v. Gates, 995 F.2d 1469 (9th Cir. 1993) ............... 21

La Porte Constr. Co. v. Bayshore Nat'l Bank,
805 F.2d 1254 (5th Cir. 1986) .................................................................... 24

Lloyd v. United States Corp., 203 F.2d 789 (6th Cir. 1953) .................................. 25

Loan Star Import v. Citroen Cars Corp., 288 F.2d 69 (5th Cir. 1961) .................... 25

Maryland Casualty Company v. Reickenbacher, 146 F.2d 751 (4th Cir. 1944) .... 25

Mathews v. Elridge, 424 U.S. 319 (1976) ............................................................. 20

Pearson v. Callahan, 555 U.S. 223 (2009) ............................................................ 22

Pierce v. Multnomah County, Or., 76 F.3d 1032 (9th Cir. 1996) .......................... 23

Raymond International v. Bookcliff Construction, Inc., 347 F.Supp. 208
(D. Neb. 1972); aff'd per curium, 489 F.2d 732 (8th Cir. 1974) ........................... 24

Saucier v. Katz, 533 U.S. 194 (2001) .................................................................... 22

Seifert v. Solem, 387 F.2d 925 (7th Cir. 1967) ...................................................... 25

United States v. Belless, 338 F.3d 1063 (9th Cir. 2003) ....................................... 18

United States v. Beltran-Mungia, 489 F.3d 1042 (9th Cir. 2007) ......................... 16

United States v. Gamez, 577 F.3d 394 (2nd Cir. 2009) ......................................... 17

United States v. Herrera, 286 F.Appx. 546 (2008) ............................................... 17

United States v. Maldonado-Lopez, 517 F.3d 1207 (10th Cir. 2008) ........ 16, 17, 18

United States v. Ruiz-Rodriguez, 494 F.3d 1273 (10th Cir. 2007) ........................ 17

United States v. Taylor, 495 U.S. 575, 110 S.Ct. 2143 (1990) ............................. 16

United States v. Zuniga-Soto, 527 F.3d 1110 (10th Cir. 2008) ................. 16, 17, 18

Will v. Mich. Dep't of State Police, 491 U.S. 58 (1989) ...................................... 13

## STATUTES

### Hawaii Revised Statutes

Chapter 134 ...................................................................................................... 6, 15

§134-1 ............................................................................................................ 9, 14, 19

§134-2 ........................................................................................................ 4, 11, 13, 15

§134-7 ................................................................................ 7, 8, 9, 11, 14, 15, 19, 23

§134-7.3(a) ...................................................................................................... 10, 14

§711-1106(1)(a) ........................................................... 7, 9, 10, 14, 16, 18, 19

§806-11 .................................................................................................................... 7

### United States Code

18 U.S.C. §921 ................................................................................................ 15, 18, 19

18 U.S.C. §922 ............................................................................................................ 15

42 U.S.C. §1983 .................................................................................... 1, 6, 13, 21

### Miscellaneous

Colo. Rev. Stat. §18-9-111(1)(a) (2007) ............................................................. 17

## CONSTITUTIONAL PROVISIONS

### U.S. Constitution

2nd amendment ........................................................ 2, 4, 12, 14, 19, 22, 24

5th amendment ............................................................................... 2, 12, 22

14th amendment ....................................................................... 2, 4, 12, 20, 22

# **RULES**

## **Federal Rules of Civil Procedure**

Fed. R. Civ. Pr. 8(a)(2) ................................................................................ 3

Fed. R. Civ. Pr. 12(b)(6) ................................................................................ 2

Fed. R. Civ. Pr. 15(a) ................................................................................ 24