# MINUTES

CASE NUMBER:     CV NO. 11-00589ACK-BMK

CASE NAME:       Kirk C. Fisher Vs. Louis Kealoha, et al.

ATTYS FOR PLA:   Te-Hina Ickes

ATTYS FOR DEFT:  D. Scott Dodd

INTERPRETER:

JUDGE:    Alan C. Kay            REPORTER:   Gloria Bediamol

DATE:     04/09/2012             TIME:       11:09am-12:07pm

COURT ACTION:  EP:    Motions Hearing-

[10] Defendant City and County of Honolulu Amended Motion to Dismiss for Partial Dismissal of Complaint Filed September 28, 2011 and [16] Defendant Louis Kealoha's Motion for Partial Dismissal of Complaint filed September 28, 2011-

Oral Discussion Held.

Both Motions' are hereby taken under Advisment.


Submitted by Leslie L. Sai, Courtroom Manager