# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589 ACK-BMK |
| CASE NAME: | <u>Fisher v. Kealoha, et al.</u> |
| ATTYS FOR PLA: | Donald L. Wilkerson and Te-Hina Te-Moana Ickes of Honolulu, HI |
| ATTYS FOR DEFT: | D. Scott Dodd |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 05/23/2012 | TIME: | |

COURT ACTION:

EO:  The Court hereby GRANTS Defendants' Stipulated Motion to Allow City Defendants an Extension of Time Within Which to File City Defendants' Opposition to Plaintiff Kirk C. Fisher's Motion for Preliminary Injunction Filed March 19, 2012.  The hearing on Plaintiff's Motion for a Preliminary Injunction is hereby continued and set for 10:00 a.m. on Thursday,  June 14, 2012.  Defendants filed their opposition on May 23, 2012, and  Plaintiff's reply is due by Monday, June 4, 2012.


Submitted by Leslie L. Sai, Courtroom Manager