# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589ACK-BMK |
| CASE NAME: | Kirk C. Fisher Vs. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Donald L. Wilkerson<br>Te-Hina Ickes |
| ATTYS FOR DEFT: | D. Scott Dodd |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Katherine Eismann |
| DATE: | 06/14/2012 | TIME: | 10:43am-11:50am |

COURT ACTION:     EP:     [18] Plaintiff's Motion for Preliminary Injunction

Oral Discussion Held.

Plaintiff's Counsel will submit the Transcript from the Family Court Hearings pertaining to the Plaintiff by Thursday, June 21, 2012.  The Defendants will be given four business days from June 21, 2012 to respond to any transcript and/ or memorandum that the Plaintiff files.

The Motion for Preliminary Injunctions is taken under advisement.


Submitted by Leslie L. Sai, Courtroom Manager