ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone:  (808) 768-5129
Facsimile:   (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | CIVIL NO. CV11 00589BMK |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| | RE:  NOTICE OF TAKING |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50, | DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES [Custodian of Records Circuit Court of the First Circuit— Legal Documents July 10, 2012] |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES [Custodian of Records Circuit Court of the First Circuit - - Legal Documents July 10, 2012]* was duly served by the method of service noted, on the following individuals at their addresses listed below on July 3, 2012:

**Via Hand Delivery**

DONALD L. WILKERSON, ESQ.
LAW OFFICES OF DONALD L. WILKERSON
Bishop Square, Pauahi Tower, Suite 1320
1003 Bishop Street
Honolulu, Hawai'i 96813

TE-HINA ICKES, ESQ.
Davies Pacific Center, Suite 2201
841 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
KIRK C. FISHER

and a copy of this Certificate of Service was duly served by the method of service noted below:

**Served Electronically through CM/ECF**:

DONALD L. WILKERSON, ESQ.                    don@allislandslaw.com
LAW OFFICES OF DONALD L. WILKERSON
Bishop Square, Pauahi Tower, Suite 1320
1003 Bishop Street
Honolulu, Hawai'i 96813

- 3 -

TE-HINA ICKES, ESQ.                     tehina@gmail.com
Davies Pacific Center, Suite 2201
841 Bishop Street
Honolulu, Hawaiʻi 96813

Attorneys for Plaintiff
KIRK C. FISHER

DATED: Honolulu, Hawaiʻi, July 5, 2012.

                ROBERT CARSON GODBEY
                Corporation Counsel


        By: /s/ D. Scott Dodd
                D. SCOTT DODD
                Deputy Corporation Counsel

                Attorney for Defendant
                CITY AND COUNTY OF HONOLULU