11-07807/233984                          --
ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawaiʻi 96813
Telephone:   (808) 768-5129
Facsimile:    (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for City Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. CV11 00589 ACK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATED MOTION TO ALLOW |
| vs. | ) | CITY DEFENDANTS AN |
| | ) | EXTENSION OF TIME WITHIN |
| LOUIS KEALOHA, as an individual | ) | WHICH TO FILE CITY |
| and in his official capacity as Honolulu | ) | DEFENDANTS' MOTION FOR |
| Chief of Police; PAUL PUTZULU, as | ) | RECONSIDERATION OF JUNE 29, |
| an individual and in his official capacity | ) | 2012 ORDER GRANTING |
| as former Honolulu Acting Chief of | ) | PLAINTIFF KIRK C. FISHER'S |
| Police; CITY AND COUNTY OF | ) | MOTION FOR A PRELIMINARY |
| HONOLULU; HONOLULU POLICE | ) | INJUNCTION, AND TO ALLOW |
| DEPARTMENT and DOE | ) | CITY DEFENDANTS TO FILE AN |
| DEFENDANTS 1-50, | ) | ANSWER TO PLAINTIFF'S FIRST |
| | ) | AMENDED COMPLAINT; |
| Defendants. | ) | CERTIFICATE OF SERVICE |

_____ )

### STIPULATED MOTION TO ALLOW CITY DEFENDANTS AN EXTENSION OF TIME WITHIN WHICH TO FILE CITY DEFENDANTS' MOTION FOR RECONSIDERATION OF JUNE 29, 2012 ORDER GRANTING PLAINTIFF KIRK C. FISHER'S MOTION FOR A PRELIMINARY INJUNCTION, AND TO ALLOW CITY DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants CITY AND COUNTY OF HONOLULU ("City") and LOUIS

KEALOHA ("Kealoha") (hereinafter collectively referred to as the "Defendants"

or "City Defendants"), by and through their attorneys, Robert Carson Godbey,

Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, hereby

move, without opposition, this Honorable Court for an order permitting the City

Defendants an Extension of Time Within Which to File a Motion for

Reconsideration of June 29, 2012 Order Granting Plaintiff Kirk C. Fisher's Motion

for a Preliminary Injunction (Doc. No. 35), and to Allow City Defendants to File

an Answer to Plaintiff's First Amended Complaint filed June 14, 2012 ("FAC")

(Doc. No. 31), and respectfully state as follows:

1.     On June 14, 2012, the date of the hearing on Plaintiff's motion for

preliminary injunction, Plaintiff filed his FAC.

2.     On June 29, 2012, the Court issued its Order Granting Plaintiff Kirk

C. Fisher's Motion for Preliminary Injunction ("June 29, 2012 Order") (Doc. No.

35).

3.     Pursuant to LR60.1, motions for reconsideration asserted under

subsection (c) of said rule must be filed and served not more than fourteen (14) days after the court's written order is filed, which would be Friday, July 13, 2012.

4.     Counsel for the parties have discussed the case and are attempting to determine if a settlement can be reached in light of the Court's June 29, 2012 Order.  Counsel for the parties believe that settlement negotiations may be more productive in resolving this matter than further litigation of this matter.

5.     Counsel for the Defendants has family visiting the week of July 9, 2012 and will be out starting in the afternoon of Tuesday, July 10, 2012.

6.     Plaintiff's counsel and counsel for the Defendants have agreed that Defendants shall have up to and including Friday, July 27, 2012 to file any motion for reconsideration of the Court's June 29, 2012, as well as to file an answer to Plaintiff's First Amended Complaint.

7.     The City Defendants respectfully request that this Court grant an extension until Friday, July 27, 2012 for the Defendants to file such a motion and to file their answer to Plaintiff's First Amended Complaint.

WHEREFORE, the City Defendants respectfully requests that this Court grant the requested extension and allow the City Defendants until Friday, July 27, 2012 to file a motion for reconsideration of the Court's June 29, 2012 Order and to file an answer to Plaintiff's First Amended Complaint.

DATED:  Honolulu, Hawai'i, Monday, July 9, 2012.

ROBERT CARSON GODBEY
Corporation Counsel


By:   /s/ D. Scott Dodd
          D. SCOTT DODD
          Deputy Corporation Counsel

          Attorney for City Defendants


By:   /s/ Donald L. Wilkerson
          DONALD L. WILKERSON, ESQ.
          TE-HINA ICKES, ESQ

          Attorneys for Plaintiff
          KIRK C. FISHER


APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, July 12, 2012.



Alan C. Kay
Sr. United States District Judge


Fisher v. Kealoha, et al., Civ. No. 11-00589 ACK-BMK, Order Approving Stipulation.