ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawaiʻi 96813
Telephone:   (808) 768-5129
Facsimile:    (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for City Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KIRK C. FISHER,<br><br>            Plaintiff,<br><br>       vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>            Defendants.<br>_____ | CIVIL NO. CV11 00589 ACK-BMK<br><br>CITY DEFENDANTS' MOTION FOR RECONSIDERATION OF JUNE 29, 2012 ORDER GRANTING PLAINTIFF KIRK C. FISHER'S MOTION FOR A PRELIMINARY INJUNCTION, AND REQUEST FOR CERTIFICATION TO HAWAIʻI SUPREME COURT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF CHARLENE IKEDA; DECLARATION OF COUNSEL; EXHIBITS "A" – "F" CERTIFICATE OF SERVICE |

<u>CITY DEFENDANTS' MOTION FOR RECONSIDERATION
OF JUNE 29, 2012 ORDER GRANTING PLAINTIFF KIRK C.
FISHER'S MOTION FOR A PRELIMINARY INJUNCTION, AND
REQUEST FOR CERTIFICATION TO HAWAI'I SUPREME COURT</u>

Defendants LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police ("Kealoha") and CITY AND COUNTY OF HONOLULU ("Defendant City") (hereinafter the "Defendants" or "City Defendants"), by and though their attorneys, Robert Carson Godbey, Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, hereby move this Honorable Court to reconsider its June 29, 2012 Order Granting Plaintiff Kirk C. Fisher's Motion for a Preliminary Injunction ("June 29, 2012 Order") (Doc. No. 35).

This Motion is brought pursuant to Rules 7, 59(e) and 60 of the Federal Rules of Civil Procedure, LR 60.1, and is supported by the attached Memorandum, attached declarations and exhibits, and the Court's record and files herein.

DATED:  Honolulu, Hawai'i, Friday, July 27, 2012.

        ROBERT CARSON GODBEY
        Corporation Counsel

        By: <u>/s/ D. Scott Dodd               </u>
           D. SCOTT DODD
           Deputy Corporation Counsel

        Attorney for City Defendants

11-07807/235794