IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>　　　　Defendants. | CIVIL NO. CV11 00589 ACK-BMK<br><br>DECLARATION OF CHARLENE IKEDA |

## DECLARATION OF CHARLENE IKEDA

I, CHARLENE IKEDA DECLARE AS FOLLOWS:

1. I am a deputy prosecuting attorney for the City and County of Honolulu.

2. My perusal of the records in the above-entitled action indicate that I was the assigned deputy prosecuting attorney present on December 3, 1997 when Kirk C. Fisher changed his plea to guilty to two counts of harassment pursuant to Hawai'i Revised Statutes §711-1106(1)(a) in FC- 97-3233.

3. The charges in the Family Court complaint in FC-CR 97-3233 of two counts of harassment pursuant to Hawai'i Revised Statutes §711-1106(1)(a) are based on the factual allegations contained in

Honolulu Police Department Report Nos. 97-432621 and 97-432623.

4. In my experience as a deputy prosecuting attorney in the domestic violence misdemeanor division, I would amend initial arrests for Abuse of a Family or Household Member, pursuant to Hawaii Revised Statutes §709-906, made by the Honolulu Police Department, to Harassment, pursuant to Hawaii Revised Statutes §711-1106(1)(a).

5. In my experience, I typically met with the presiding judge and defense counsel to discuss sentencing considerations.

6. In the discussions regarding sentencing, if there was information indicating any substance abuse either habitually or during the incident that led to the arrest of the defendant, I would inform the court and defense counsel that I intended to request drug assessment and treatment as a term and condition of probation, should the court be inclined to grant probation.

I, CHARLENE IKEDA, DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawai'i, Friday, July 27, 2012.

_____
CHARLENE IKEDA