IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | ) CIVIL NO. CV11 00589 ACK-BMK |
| | ) |
| Plaintiff, | ) |
| | ) DECLARATION OF COUNSEL; |
| vs. | ) EXHIBITS "A" – "F" |
| | ) |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF COUNSEL

I, D. SCOTT DODD DECLARE AS FOLLOWS:

1. I am a deputy corporation counsel for the City and County of Honolulu and the attorney of record for the Defendants in the above-entitled action.

2. Attached hereto as Exhibit "A" is a true and correct certified copy of the complaint filed in the Family Court of the First Circuit for State of Hawai'i v. Kirk C. Fisher, charging Kirk C. Fisher with two counts of harassment pursuant to

Hawai'i Revised Statutes §711-1106(1)(a) under FC-CR 97-3233 based on Honolulu Police Report Numbers 97-432621 and 97-432623.

3. Attached hereto as Exhibit "B" are true and correct certified copies of the judicial determinations of probable cause filed for two counts of harassment pursuant to Hawai'i Revised Statutes §711-1106(1)(a) in FC-CR 97-3233 based on Honolulu Police Report Numbers 97-432621 and 97-432623.

4. Attached hereto as Exhibit "C" is a true and correct certified copy of the judgment of conviction in FC-CR 97-3233 on December 3, 1997 showing Kirk C. Fisher pled guilty to two counts of harassment pursuant to Hawai'i Revised Statutes §711-1106(1)(a).

5. Attached hereto as Exhibit "D" is a true and correct certified copy of the terms and conditions of probation and the acknowledgement of the terms and conditions of probation signed by Kirk C. Fisher in FC-CR 97-3233, showing the requirement of attending domestic violence intervention, parenting classes and a drug and alcohol assessment and treatment.

6. Attached hereto as Exhibit "E" is a true and correct certified copy of the compliance reports submitted in FC-CR 97-3233 showing Kirk C. Fisher completed ten sessions of domestic violence counseling sessions and twelve hours of drug and alcohol education.

7.      Attached hereto as Exhibit "F" is a true and correct certified copy of the Order Permitting Return of Firearms, Ammunition, Permits and Licenses, With Conditions, filed on November 4, 1998.

I, D. SCOTT DODD, DECLARE UNDER PENALTY OF
LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:  Honolulu, Hawaiʻi, July 27, 2012.

      /s/D. Scott Dodd
      D. SCOTT DODD
      Deputy Corporation Counsel

**11-07807/237125**