PETER B. CARLISLE  2209
Prosecuting Attorney
J. MARTIN ROMUALDEZ  6325
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street, 9th Floor
Honolulu, Hawaii 96813
Ph: 523-4511
Attorneys for State of Hawaii

FAMILY COURT
FIRST CIRCUIT
STATE OF HAWAII

FILED J.V. ONO

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII,<br><br>vs.<br><br>KIRK C. FISHER,<br><br>    Defendant. | FC-CR NO. 97-3233<br><br>COUNT I:<br>HARASSMENT<br>(Police Report No. 97-432621)<br>COUNT II:<br>HARASSMENT<br>(Police Report No. 97-432623)<br><br>COMPLAINT |

## COMPLAINT

TO THE HONORABLE PRESIDING JUDGE OF THE ABOVE-ENTITLED COURT:

J. Martin Romualdez, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii charges as follows:

COUNT I: On or about November 5, 1997, in the City and County of Honolulu, State of Hawaii, KIRK C. FISHER, with intent to harass, annoy, or alarm Colette Fisher, did strike, shove, kick, or otherwise touch Colette Fisher in an offensive manner, or subject her to offensive physical contact, thereby committing the petty misdemeanor offense of Harassment in violation of Section 711-1106(1)(a) of the Hawaii Revised Statutes.

COUNT II: On or about November 5, 1997, in the City and County of Honolulu, State of Hawaii, KIRK C. FISHER, with intent to harass, annoy, or alarm Nicole Fisher, did strike, shove, kick, or otherwise touch Nicole Fisher in an offensive manner, or subject her to offensive physical contact, thereby committing the petty

I do hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit
State of Hawaii

EXHIBIT A

misdemeanor offense of Harassment in violation of Section 711-1106(1)(a) of the Hawaii Revised Statutes.

DATED at Honolulu, Hawaii:  November 6, 1997.

                          STATE OF HAWAII

                          By PETER B. CARLISLE
                              Prosecuting Attorney


By _____
      Deputy Prosecuting Attorney
      City and County of Honolulu