STATE OF HAWAII
FAMILY COURT, FIRST CIRCUIT

[ ] JUDGMENT
[ ] ORDER OF DISMISSAL
[ ] ORDER GRANTING DAG/DANC PLEA
[ ] ORDER

FC CR NO. 97-5555

STATE OF HAWAII vs. (DEFENDANT)

Kirk C. Fisher

CASE-IN-CHIEF HPD NO(S).
97 43265 CPI
97 43625 CP2

(Date of Hearing: DEC 3 1997)

SSN: 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
DOB: 1-9-52

ORIG. [ ] HRS 709-0906
CHARGE [ ] HRS 710-1077
[ ] HRS 11-1106 (1)

BW HPD NO.

1. [ ] CHARGES [ ] read [ ] reading waived [ ] procedural defects waived.
2. [✓] Defendant entered a plea of [✓] guilty [ ] no contest [ ] as charged [ ] to the amended charge of HRS Sec. [ ] 707-0712(1)(a) (Assault 3rd) [ ] 711-1106(1)(a) (Harassment).
THE [ ] JURY FINDS AND [ ] COURT FINDS AND ADJUDGES:
3. [ ] Defendant [ ] acquitted and not guilty [ ] guilty [ ] as charged [ ] as amended.
THE COURT ORDERS [✓] AND SENTENCES DEFENDANT as follows:
4. [ ] Upon oral motion, the charge(s) is/are dismissed [ ] without prejudice [ ] with prejudice.
5. [✓] Defendant is placed on PROBATION for a period of [ ] one year [✓] 6 months, subject to all of the TERMS AND CONDITIONS OF PROBATION ATTACHED and made a part hereto.
6. [ ] Defendant shall be IMPRISONED and committed to the custody of the Director of the Dept. of Public Safety to serve a period of ____ days [ ] with credit for time served. [ ] As a special condition of probation, [ ] ____ days are suspended so long as defendant remains arrest and conviction free and is in compliance with counseling orders [ ] for a period of ____ month(s)/year(s). MITTIMUS TO ISSUE [ ] forthwith [ ] effective: _____. [ ] Defendant to report to: [ ] District Court Sheriff's Receiving Desk at 1111 Alakea St. [ ] District Court Ctrm 8 ___ [ ] OCCC on _____ at ____ _.m.
7. [✓] Defendant shall pay a fine of $ ____ to _____.
8. [✓] BAIL [✓] of $ 1,000.00 is [✓] returned to [ ] Defendant [ ] _____ [ ] is set aside and Defendant is released forthwith [ ] of $ ____ applied to fine.
9. [✓] Defendant is ordered to attend [✓] DOMESTIC VIOLENCE/ANGER MANAGEMENT COUNSELING [✓] SUBSTANCE ABUSE ASSESSMENT and shall participate in counseling and/or treatment until clinically discharged or as directed by the probation officer. Probation officer to determine agency. Defendant shall REPORT IN PERSON to Adult Services Branch 3pm [ ] from date of this ORDER/JUDGMENT [ ] after release from imprisonment. Service providers shall either accept or reject defendant for counseling within one month from today and shall promptly provide to the Family Court Criminal Misdemeanor Probation Unit a written report if there is any noncompliance. Defendant shall be responsible for the cost of counseling. Defendant shall sign all consents/releases.
10. [ ] Defendant is ordered to APPEAR on _____ at [ ] 10:30 a.m. [ ] 1:30 p.m. at District Court, Ctrm 8 ___, for [ ] a PROOF OF COMPLIANCE hearing unless previously excused by the Court [ ] SENTENCING a presentence report is ordered & defendant is to cooperate with the probation officer in the investigation [ ] CALENDAR CALL/JURY TRIAL.
11. [ ] Defendant is ordered to appear at Adult Services Branch Criminal Misdemeanor Probation Unit on _____ at 8:30 a.m. to determine whether Defendant is in compliance and hearing can be waived.
12. [ ] _____'s oral/written [ ] _____ [ ] DAG/DANC plea is [ ] denied [ ] granted [ ] _____. PERIOD OF DEFERRAL is [ ] six months [ ] one year, subject to all the TERMS AND CONDITIONS OF DAG/DANC PLEA ATTACHED and made a part hereto.
13. [ ] To the extent that Defendant is required to be armed, the Defendant may possess or control firearms & ammunition which are official equipment of employment but only while on duty. However, Defendant may not possess or control any firearms, ammunition, firearms permits &/or licenses when not on duty or any personal firearms while on duty.
14. [ ] Defendant is prohibited from possessing or controlling any firearms, ammunition, firearms permit or licenses until the final disposition of this case & turn in such items within 48 hours to the Honolulu Police Dept., Firearms Unit, Main Station, 801 South Beretania St., 1st Flr., all firearm permits & licenses are revoked.
15. [✓] Deft ordered to attend parenting classes
16. [✓] Deft is currently enrolled in classes & Court if y.o. feels these classes are sufficient Deft may not need to attend.

(margin handwritten, left side, vertical): 17. ✓ Deft may pick up her weapons @ HPD

DATE: DEC 3 1997

JUDGE OF THE ABOVE-ENTITLED COURT:
PAUL T. MURAKAMI

FAMILY COURT
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
12:14 o'clock p.m.
DEC 3 1997

P. TORRES
CLERK

CC: [X] Defendant  [ ] Cashier  [ ] ASB
[ ] Cellblock  [ ] OCCC  [ ] Agency
[ ] HPD  [ ] HCJDC  [ ] Chief of Police
[X] DPA  Charlene Ueda
[X] Deft's Atty  _____
REV.140  [X] CLERK

I hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.
State of Hawaii
Circuit Court, First Circuit
State of Hawaii

EXHIBIT C