FC-CR NO. 97-3233                                              (Rev. 9/17/97
STATE OF HAWAII VS. _Kirk C. Fisher_
Page 1 of 2

## STATE OF HAWAII FAMILY COURT OF THE FIRST CIRCUIT
## TERMS AND CONDITIONS OF PROBATION

IT IS THE ORDER OF THE COURT THAT DURING YOUR TERM OF PROBATION OF 6
[ ✓ ] MONTH(S) [ ] YEAR, YOU SHALL COMPLY IN ALL RESPECTS WITH THE FOLLOWING
TERMS AND CONDITIONS OF PROBATION:

1.   You shall not commit another federal or state crime.
2.   You shall report to your probation officer as ordered by the court or your
     probation officer.  You shall appear in person at the Adult Services
     Branch ("ASB"), Building 1, 5th Floor, Restaurant Row, by 3:00 p.m.
     [ ] _____ [ ] within two days after your release from imprisonment for
your initial meeting with a probation officer, and you shall keep all
     subsequent appointments.
3.   You shall not leave the island of Oahu without prior permission from your
     probation officer or the court.
4.   You shall report any change of address, telephone number, or employment to
     your probation officer before any such change.
5.   You shall immediately (w/in 24 hours) notify your probation officer if you
     are arrested or questioned by a law enforcement officer.
6.   You shall permit your probation officer to visit you at your home or
     elsewhere at all reasonable times.
7.   You shall not abuse, assault, threaten or harass the victim in this case
     or any family or household member.
8.   You shall fully comply with all court orders, including, but not limited
     to, any Family Court Restraining Orders.
9.   You shall not possess or consume any illegal drugs or narcotic
     drugs/controlled substances without a prescription, or possess any drug
     paraphernalia.
10.  You shall not own or possess any firearm, ammunition or firearm permits.
     If you own or possess any such items, you must turn them in immediately
     (w/in 24 hours) to the Honolulu Police Department.
11.  You shall follow all reasonable instructions given to you by your
     probation officer.

___   You shall report immediately (w/in 24 hours) to the Sheriff's Office at
      1111 Alakea Street for I.D. processing.

___   You shall serve a term of imprisonment of ___ [ ] days [ ] month [ ] year.
      MITTIMUS is to issue effective [ ] forthwith [ ] _____ at _____
      ___.m. by which time you  shall report to Courtroom 8___ at 1111 Alakea
      Street to be taken into custody.  [ ] You shall be given credit for time
      spent in custody (of _____ days).  [ ] You shall be released immediately.

___   You shall perform _____ hours of community service, to commence by
      _____, 19____ and to be completed by _____, 19_____.

___   You shall pay a fine of $_____ at the Circuit Court Cashier's at 777
      Punchbowl Street, 1st Floor, by 3:00 p.m. on _____, 199_____.

EXHIBIT D

**Page 2 of 2**                                                                  (Rev. 9/17/97)

___ You shall pay $_____ in restitution by delivering a cashier's check in that amount to your probation officer made payable to _____ by 3:00 p.m. on _____, 19____, the court having found and concluded that this manner of payment is reasonable and in an amount you can afford.

✗ You shall complete domestic violence counseling at your expense, as directed by your probation officer.

✓ You shall complete parenting classes at your expense, as directed by your probation officer.

___ You shall not possess or consume any alcoholic beverages.

✗ You shall undergo a substance abuse assessment and immediately undergo and complete any recommended treatment, whether residential or outpatient, all at your expense and as directed by your probation officer.

___ You shall submit to periodic urine testing at your expense, as directed by your probation officer. Failure to provide a specimen within two (2) hours of instruction to do so shall be deemed prima facie evidence of a probation violation.

___ You shall obtain and maintain mental health treatment or services, including medication and/or tests, if ordered, as deemed appropriate and necessary by your probation officer, all at your expense, until clinically discharged with the concurrence of your probation officer.

___ You shall work full-time or attend educational/vocational training at your expense, as approved by your probation officer.

**WARNING:**

PURSUANT TO STATE AND FEDERAL LAW, YOU ARE FOREVER PROHIBITED FROM OWNING OR POSSESSING ANY GUNS, FIREARMS OR AMMUNITION AND FROM OBTAINING ANY FIREARM PERMITS. FAILURE TO ABIDE BY THESE PROHIBITIONS WILL SUBJECT YOU TO FELONY PROSECUTION(S).

UPON ANY FAILURE TO COMPLY WITH ANY OF THE TERMS AND CONDITIONS OF YOUR PROBATION, THE COURT MAY REVOKE YOUR PROBATION AND SENTENCE YOU TO PRISON OR CHANGE OR ADD TO THE CONDITIONS OF YOUR PROBATION.
THE FOREGOING TERMS AND CONDITIONS OF PROBATION AND WARNINGS HAVE BEEN EXPLAINED TO ME; I FULLY UNDERSTAND THEM, AGREE TO ABIDE BY THEM IN EVERY WAY AND UNDERSTAND THE CONSEQUENCES. I HAVE RECEIVED A COPY OF THESE TERMS AND CONDITIONS OF PROBATION AND WARNINGS.

DATE OF SENTENCING: _12-3-97_____
DEFENDANT'S SIGNATURE: _____
WITNESSED BY: _MA G. _____
DATE RE-EXPLAINED: _____
BY PROBATION OFFICER: _____
DEFENDANT'S SIGNATURE: _____

FAMILY COURT
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

10:20 o'clock A. M
December 3 19 97
P. TORRES
Clerk

## ACKNOWLEDGMENT OF RECEIPT OF CONDITIONS
## OF PROBATION/DAGP/DANCP SUPERVISION

I, _FISHER, KIRK_, acknowledge receipt of the written copy of:

( ✓ ) Mandatory Conditions of Probation/DAGP/DANCP;
( ✓ ) Special Conditions of Probation/DAGP/DANCP;

in criminal case number FCCR # _97-3233_ from the
Honorable _PAUL T. MURAKAMI_, Dated:
Honolulu, Hawaii; _DEC - 3 1997_, 199___

_____
(signature of defendant)

_____
(signature of counsel for defendant)

I do hereby certify that this is a full, true and correct
copy of the original on file in this office pursuant to
Section 92-30, Hawaii Revised Statutes.

_____
Clerk, Circuit Court, First Circuit
State of Hawaii