Adult Services Branch
P.O. Box 3498
Honolulu, Hawaii 96811

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

1998 OCT 12 AM 10 40

M. TANAKA
CLERK

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII,<br><br>vs.<br><br>KIRK FISHER<br><br>Defendant. | FC-CR No. 97-3233<br><br>COMPLIANCE REPORT |

**COMPLIANCE REPORT**

I do hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

_____
Clerk, Circuit Court, First Circuit
State of Hawaii

EXHIBIT E

CHILD AND FAMILY SERVICE
Developing Options to Violence (DOV)
200 N. Vineyard Boulevard, Bldg. B
Honolulu, Hawaii 96817
(808) 532-5100

## FAMILY COURT REPORT
### DOMESTIC VIOLENCE PROGRAM

**FAMILY COURT #** FC-CR 97-3233

**NAME OF CLIENT(S):** Kirk Fisher

**COURT OFFICER:** _____ **REPORT COMPLETED BY:** Gina Sanico

**DATE OF COURT ORDER (S):** 12-03-97 _____ **PROGRESS REPORT** _____ **CLOSING REPORT** X

1. **INITIAL CONTACT:** 12-03-97     2. **ATTENDED ORIENTATION:** 01-06-98

3. **DATE OF INTAKE APPOINTMENT:** 01-20-98

4. **NUMBER OF EDUCATIONAL SESSIONS ATTENDED:** 10 (MINIMUM OF 10 REQUIRED)

5. **NUMBER OF PROCESS SESSIONS ATTENDED:** 10 (MINIMUM OF 10 REQUIRED)

6. **NUMBER OF MAINTENANCE SESSIONS ATTENDED:** 04

7. **PERFORMANCE:** Check descriptions that apply

   a. Attendance:
      - X Compliant
      - ___ Non-Compliant

   b. Participation:
      - X Active (Interested, contributing member)
      - ___ Quiet but attentive
      - ___ Non-participatory (demonstrates a limited interest in the learning of new skills, responds only when called upon)
      - ___ Disruptive group member

   c. Responsibility:
      - X Appears to accept responsibility for his/her behavior.
      - ___ Appears to be aware of defense mechanisms and is working towards being accountable for his/her behavior.
      - ___ Appears to continue to blame, deny, and minimize violent behavior

   d. Motivation:
      - X Appears to be internally motivated to learn new skills and behaviors
      - ___ Appears motivation is due primarily to external stimulus such as court orders, police, Temporary Restraining Orders, separation from partner and family
      - ___ Appears unmotivated

# Certificate of Completion
## Child and Family Service
### Developing Options to Violence

This is to Certify that

_Kirk Fisher_

has attended CFS for the Period _01-06-98 thru 08-13-98_

_Aug. 17, 1998_
Date

_[signature]_
Signed

_Ang Conlinto_
Title

# Certificate of Completion

This certifies that

_Kirk Fisher_

has successfully completed the

**Twelve Hour Drug and Alcohol Education Course**

presented by

**Hawaii Alcohol and Drug Safety Action Program**

Date 2-25-88

Greg MacDonald NCAC-II

Dennis J. Guy, NCAC-II

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

1999 SEP 24 AM 10: 23

H. Ching
H. CHING
CLERK

Adult Services Branch
P. O. Box 3498
Honolulu, Hawaii 96811

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, | FC-CR No. 97-3233 |
| vs. | COMPLIANCE REPORT |
| KIRK FISHER, | |
| Defendant. | |

## COMPLIANCE REPORT

I do hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit
State of Hawaii

CHILD AND FAMILY SERVICE
Developing Options to Violence (DOV)
200 N. Vineyard Boulevard, Bldg. B
Honolulu, Hawaii 96817
(808) 532-5100

FAMILY COURT
FIRST CIRCUIT

1998 NOV 18 AM 10: 07

ADULT SERVICES BRANCH

**FAMILY COURT REPORT**
**PARENTING EDUCATION PROGRAM**

FAMILY COURT #: FC-CR 97-3233

NAME OF CLIENT(S): __FISHER, KIRK__

COURT OFFICER: _____ REPORT COMPLETED BY: __CHRIS CATRON__

DATE OF REFERRAL(S): __MAY 20, 1998__ PROGRESS REPORT ____ CLOSING REPORT __X__

1. DATE OF INTAKE APPOINTMENT: __MAY 20, 1998__
2. NUMBER OF SESSIONS ATTENDED: __12__
3. EXIT INTERVIEW COMPLETED: __SEPTEMBER 17, 1998__

4. PERFORMANCE: Check descriptions that apply

   a. Attendance:
      - __X__ Compliant
      - ____ Non-Compliant

   b. Participation:
      - __X__ Active (Interested, contributing member)
      - ____ Quiet but attentive
      - ____ Non-participatory (demonstrates a limited interest in the learning of new skills, responds only when called upon)
      - ____ Disruptive group member

   c. Responsibility:
      - __X__ Appears to accept responsibility for his/her behavior.
      - ____ Appears to be aware of defense mechanisms and is working toward being accountable for his/her behavior.
      - ____ Appears to continue to blame, deny, and minimize violent behavior

   d. Motivation:
      - __X__ Appears to be internally motivated to learn new skills and behaviors
      - ____ Appears motivation is due primarily to external stimulus such as court orders, police, Temporary Restraining Orders, separation from partner and family
      - ____ Appears unmotivated

**REPORT FOR RESPONDENTS**                                                                 Page 2

e.  Parenting Techniques:    __X__  Appears to understand and demonstrate skills learned.

____  Appears to be recognizing anger levels and attempting to use skills.

____  Appears to understand the skills but has not demonstrated use of them.

____  Does not appear to understand the skills

f.  Understanding of Child Development and Needs:

__X__  Appears to understand concepts and works at modifying expectations

____  Appears to understand concepts, but is unable to relate them to his/her personal situation

____  Appears to understand but continues to ignore child developmental issues in parenting behaviors.

____  Does not appear to understand concepts

g.  Program Fees:    ____  Has outstanding balance of $_____

__X__  Program fees paid in full

5.  COMMENTS/RECOMMENDATIONS:

CLIENT WAS COOPERATIVE AND ACTIVE IN GROUP. MOTIVATED TO USE NEW PARENTING SKILLS AND SHARE EXPERIENCES WITH CLASS. CLIENT COMPLETED ALL REQUIREMENTS OF PROGRAM. CLIENT ATTENDED SESSIONS BETWEEN 6/1/98 AND 08/10/98. COMPLIANT WITH COURT ORDER

DATE: 10/12/98       SIGNATURE: _Chris Catron MSCP_
                                 Chris Catron, MSCP

                     SUPERVISOR: _____
                                 /v Angela D. Doi, MSCP

rev. 4/98