IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER,  ) | CIVIL NO. CV11 00589 ACK-BMK |
|  ) | |
| Plaintiff,  ) | |
|  ) | DEMAND FOR JURY TRIAL |
| vs.  ) | |
|  ) | |
| LOUIS KEALOHA, as an individual  ) | |
| and in his official capacity as Honolulu  ) | |
| Chief of Police; PAUL PUTZULU, as  ) | |
| an individual and in his official capacity ) | |
| as former Honolulu Acting Chief of  ) | |
| Police; CITY AND COUNTY OF  ) | |
| HONOLULU; HONOLULU POLICE  ) | |
| DEPARTMENT and DOE  ) | |
| DEFENDANTS 1-50,  ) | |
|  ) | |
| Defendants.  ) | |
| _____ ) | |

DEMAND FOR TRIAL BY JURY

Defendants CITY AND COUNTY OF HONOLULU (hereinafter

referred to as "City") and LOUIS KEALOH (hereinafter collectively

referred to as the "City Defendants"), by and through their attorneys, Robert

Carson Godbey, Corporation

Counsel, and D. Scott Dodd, Deputy Corporation Counsel, hereby demand a

trial by jury of all issues herein triable of right by a jury.

DATED:  Honolulu, Hawai'i, Monday, July 30, 2012.

ROBERT CARSON GODBEY
Corporation Counsel


By  /s/  D. Scott Dodd
    D. SCOTT DODD
    Deputy Corporation Counsel

    Attorneys for Defendants
    CITY AND COUNTY OF
HONOLULU

    And LOUIS KEALOHA


**11-07807/231878**