# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................... i

I.         Introduction.................................................................................. 1

II.        Relief Requested ......................................................................... 1

III.       Background .................................................................................. 2

IV.       Legal Standard ............................................................................ 3

    A.      Reconsideration................................................................... 3

    B.      Certification ........................................................................ 4

V.        Argument .................................................................................... 5

    A.      The Court Should Have Provided the City Defendants a Full
            Opportunity to Be Heard Before Ordering the Injunction ...................... 5

    B.      Evidence from the Criminal Case Supports the City Defendants'
            Position that Plaintiff's Conviction Was for a Crime of Violence ......... 6

    C.      Policy Considerations Indicate that the Court Should Not
            Make a Blanket Determination that Harassment Convictions
            Cannot Serve to Disqualify a Person from Acquiring Firearms ...........14

    D.      The City Defendants Request that this Court Certify this
            Question to the Hawai'i Supreme Court, as this Issue is
            of Significant Precedential and Public Policy Importance ...................17

VI.       Conclusion .................................................................................18