ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawaiʻi 96813
Telephone:   (808) 768-5129
Facsimile:    (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for City Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KIRK C. FISHER, | CIVIL NO. CV11 00589 ACK-BMK |
| Plaintiff, | |
| vs. | CITY DEFENDANTS' SUBMISSION OF TABLE OF CONTENTS AND TABLE OF AUTHORITIES; TABLE OF CONTENTS; TABLE OF AUTHORITIES; CERTIFICATE OF SERVICE |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50, | |
| Defendants. | |

CITY DEFENDANTS' SUBMISSION OF
TABLE OF CONTENTS AND TABLE OF AUTHORITIES

Defendants LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police ("Kealoha") and CITY AND COUNTY OF HONOLULU ("Defendant City") (hereinafter the "Defendants" or "City Defendants"), by and though their attorneys, Robert Carson Godbey, Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, hereby submit a table of contents and table of authorities regarding CITY DEFENDANTS' MOTION FOR RECONSIDERATION OF JUNE 29, 2012 ORDER GRANTING PLAINTIFF KIRK C. FISHER'S MOTION FOR A PRELIMINARY INJUNCTION, AND REQUEST FOR CERTIFICATION TO HAWAI'I SUPREME COURT (Doc. No. 39).

DATED:  Honolulu, Hawai'i, Thursday, August 2, 2012.

        ROBERT CARSON GODBEY
        Corporation Counsel

        By: /s/ D. Scott Dodd
           D. SCOTT DODD
           Deputy Corporation Counsel

        Attorney for City Defendants

**11-07807/237986**