# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ............................................................................................ i

I.        Introduction.................................................................................... 1

II.       Relief Requested ............................................................................ 1

III.      Background .................................................................................... 2

IV.      Legal Standard .............................................................................. 3

    A.      Reconsideration.............................................................................. 3

    B.      Certification .................................................................................. 4

V.       Argument ...................................................................................... 5

    A.      The Court Should Have Provided the City Defendants a Full Opportunity to Be Heard Before Ordering the Injunction ..................... 5

    B.      Evidence from the Criminal Case Supports the City Defendants' Position that Plaintiff's Conviction Was for a Crime of Violence ......... 6

    C.      Policy Considerations Indicate that the Court Should Not Make a Blanket Determination that Harassment Convictions Cannot Serve to Disqualify a Person from Acquiring Firearms ...........14

    D.      The City Defendants Request that this Court Certify this Question to the Hawaiʻi Supreme Court, as this Issue is of Significant Precedential and Public Policy Importance ...................17

VI.      Conclusion ..................................................................................18