ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawaiʻi 96813
Telephone:   (808) 768-5129
Facsimile:   (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for City Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. CV11 00589 ACK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CITY DEFENDANTS' SUBMISSION |
| vs. | ) | OF TABLE OF CONTENTS AND |
| | ) | TABLE OF AUTHORITIES; TABLE |
| LOUIS KEALOHA, as an individual | ) | OF CONTENTS; TABLE OF |
| and in his official capacity as Honolulu | ) | AUTHORITIES; CERTIFICATE OF |
| Chief of Police; PAUL PUTZULU, as | ) | SERVICE |
| an individual and in his official capacity | ) | |
| as former Honolulu Acting Chief of | ) | |
| Police; CITY AND COUNTY OF | ) | |
| HONOLULU; HONOLULU POLICE | ) | |
| DEPARTMENT and DOE | ) | |
| DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CITY DEFENDANTS' SUBMISSION OF
TABLE OF CONTENTS AND TABLE OF AUTHORITIES

Defendants LOUIS KEALOHA, as an individual and in his official capacity

as Honolulu Chief of Police ("Kealoha") and CITY AND COUNTY OF

HONOLULU ("Defendant City") (hereinafter the "Defendants" or "City

Defendants"), by and though their attorneys, Robert Carson Godbey, Corporation

Counsel, and D. Scott Dodd, Deputy Corporation Counsel, hereby submit a table

of contents and table of authorities regarding CITY DEFENDANTS' MOTION

FOR RECONSIDERATION OF JUNE 29, 2012 ORDER GRANTING

PLAINTIFF KIRK C. FISHER'S MOTION FOR A PRELIMINARY

INJUNCTION, AND REQUEST FOR CERTIFICATION TO HAWAI'I

SUPREME COURT (Doc. No. 39).

DATED:  Honolulu, Hawai'i, Thursday, August 2, 2012.

ROBERT CARSON GODBEY
Corporation Counsel

By: /s/ D. Scott Dodd
    D. SCOTT DODD
    Deputy Corporation Counsel

Attorney for City Defendants

**11-07807/237986**