# **TABLE OF AUTHORITIES**

**Cases**

389 Orange St. Partners v. Arnold,
   179 F.3d 656 (9th Cir. 1999) ............................................................... 3

Eckard Brandes, Inc. v. Riley,
   338 F.3d 1082 (9th Cir. 2003) ............................................................. 5

Lehman Bros. v. Schein,
   416 U.S. 386, 94 S. Ct. 1741, 40 L. Ed. 2d 215 (1974) ...................... 5

Louie v. United States,
   776 F.2d 819 (9th Cir. 1985) ............................................................... 5

McDowell v. Calderon,
   197 F.3d 1253n. 1 (9th Cir. 1999) ....................................................... 3

Micomonaco v. State of Wash.,
   45 F.3d 316 (9th Cir. 1995) ................................................................. 5

Pasatiempo by Pasatiempo v. Aizawa,
   103 F.3d 796 (9th Cir. 1996) ............................................................... 4

State v. Char,
   80 Haw. 262, 909 P.2d 590 ................................................................ 18

Taylor v. United States,
   495 U.S. 575, 110 S. Ct. 2143, 109 L. Ed. 2d 607 (1990) .................. 9

United Nat. Ins. Co. v. Spectrum Worldwide, Inc.,
   555 F.3d 772 (9th Cir. 2009) ........................................................... 3, 4

United States v. Belless,
   338 F.3d 1063 (9th Cir. 2003) ................................................. 7, 8, 15

United States v. Griffith,
   455 F.3d 1339 (11th Cir. 2006) .......................................................... 7

United States v. Hays,
   526 F.3d 674 (10th Cir. 2008) ........................................... 8, 9, 15, 16

United States v. Nason,
   269 F.3d 10 (1st Cir. 2001) ................................................................... 7, 9, 10

United States v. Nobriga,
   474 F.3d 561 (9th Cir. 2006) ..................................................................... 7, 10

United States v. Serrao,
   301 F. Supp. 2d 1142 (D. Haw. 2004) ............................................................. 12

United States v. Sweeten,
   933 F.2d 765 (9th Cir. 1991) ........................................................................... 13

Zimmerman v. City of Oakland,
   255 F.3d 734 (9th Cir. 2001) ............................................................................. 3


**Statues**

18 U.S.C. § 16(a) ................................................................................................ 7

18 U.S.C. § 922(g) ............................................................................................ 16

18 U.S.C. § 922(g)(9) ....................................................................................... 15

H.R.S. § 291-0004 ............................................................................................ 17

Haw. Rev. Stat. § 134-1 ................................................................................... 14

Haw. Rev. Stat. § 134-7 ............................................................... 6, 7, 16, 17, 18

Haw. Rev. Stat. § 134-7(a) .......................................................................... 18, 19

Haw. Rev. Stat. § 709-906 ............................................................................... 10

Haw. Rev. Stat. § 709-906(1) ........................................................................... 13

Haw. Rev. Stat. § 711-1106 ............................................................................... 8

Haw. Rev. Stat. § 711-1106(1)(a) ......................................... 6, 7, 8, 11, 14, 18, 19

**Rules**

Fed. R. Civ. P. 60(b) .................................................................................... 4

Haw. R. App. P. 13 ....................................................................................17

Haw. R. App. P. 13(a) ................................................................................ 5

Rule 60.1 of the Local Rules of Practice .................................................. 4