# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589 ACK-BMK |
| CASE NAME: | Kirk C. Fisher v. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Donald L. Wilkerson<br>Te-Hina Te-Moana Ickes |
| ATTYS FOR DEFT: | D. Scott Dodd |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers no record |
| DATE: | 8/20/2012 | TIME: | 10:00-10:08 a.m. |

COURT ACTION:  EP: Settlement Conference was held.  No settlement at this time.  Further Settlement Conference on call.

Submitted by kur1, law clerk.