ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone: (808) 768-5129
Facsimile: (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for Defendants
LOUIS KEALOHA, PAUL PUTZULU and the
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | CIVIL NO. CV11 00589BMK |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL OF ORDER GRANTING PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU, | |
| Defendants. | Trial Date:  November 14, 2012 |

NOTICE OF APPEAL OF ORDER GRANTING PRELIMINARY INJUNCTION

Notice is hereby given that Defendants LOUIS KEALOHA, PAUL PUTZULU and the CITY AND COUNTY OF HONOLULU, in the above-entitled action, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Plaintiff Kirk C. Fisher's Request for a Preliminary Injunction, entered in this action on the 29th of June, 2012.

Respectfully submitted this 1st day of October, 2012

        ROBERT CARSON GODBEY
        Corporation Counsel

By: /s/ D. Scott Dodd
    D. SCOTT DODD (HI Bar No. 6811)
    Deputy Corporation Counsel

    Attorney for Defendants
    LOUIS KEALOHA, PAUL
    PUTZULU and the CITY AND
    COUNTY OF HONOLULU

11-07807/249370