UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIRK C. FISHER,

        Plaintiff - Appellee,

v.

CITY AND COUNTY OF HONOLULU; LOUIS KEALOHA; PAUL PUTZULU,

        Defendants - Appellants.

No. 12-17199

D.C. No. 1:11-cv-00589-ACK-BMK
U.S. District Court for Hawaii, Honolulu

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

**Tue., October 9, 2012**     Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Ruben Talavera
                              Deputy Clerk