ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone:   (808) 768-5129
Facsimile:   (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for City Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. CV11 00589 ACK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CITY DEFENDANTS FINAL |
| vs. | ) | PRETRIAL STATEMENT; |
| | ) | CERTIFICATE OF SERVICE |
| LOUIS KEALOHA, as an individual | ) | |
| and in his official capacity as Honolulu | ) | |
| Chief of Police; PAUL PUTZULU, as | ) | |
| an individual and in his official capacity | ) | |
| as former Honolulu Acting Chief of | ) | |
| Police; CITY AND COUNTY OF | ) | |
| HONOLULU; HONOLULU POLICE | ) | |
| DEPARTMENT and DOE | ) | |
| DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | Trial Date:  November 14, 2012 |
| _____ | ) | |

## CITY DEFENDANTS FINAL PRETRIAL STATEMENT

Comes now Defendants CITY AND COUNTY OF HONOLULU
("Defendant City") and LOUIS KEALOHA (hereinafter the "Defendants" or "City
Defendants"), by and though their attorneys, Robert Carson Godbey, Corporation
Counsel, and D. Scott Dodd, Deputy Corporation Counsel, and hereby file their
Final Pretrial Statement in accordance with Local Rule 16.6.

## I.   PARTIES

This Pretrial Statement is filed on behalf of Defendants City and County of
Honolulu and Louis Kealoha.

## II.   JURISDICTION

This Court has jurisdiction to hear Plaintiff's § 1983 claim under 28 U.S.C.
§ 1331.

## III.   SUBSTANCE OF ACTION

On November 5, 1997, Plaintiff was arrested on two counts of Harassment
in violation of HRS §711-1106(1)(a).  In or around November 20, 1997, Plaintiff
owned firearms and pursuant to a Family Court Order, transferred said firearms to
Defendant Honolulu Police Department.  On December 3, 1997, Plaintiff pled
guilty and was sentenced to six (6) months probation.  The transcripts/audio
recordings of the December 3, 1997 hearing have since been destroyed.  On
November 4, 1998, Honorable Dan Kochi issued an Order Permitting Return of

Firearms, Ammunition, Permits and Licenses, with Conditions.  Pursuant to the

court order, the Honolulu Police Department ("HPD") returned Plaintiff's firearms.

In the fall of 2009, Plaintiff submitted an application to acquire an additional

firearm.  Defendant Putzulu denied Plaintiff's application and informed him that

pursuant to HRS §134-7, he was disqualified from firearm ownership and

possession because of his prior harassment conviction. He further directed Plaintiff

to surrender to the Chief of Police or otherwise lawfully dispose his firearms and

ammunition within thirty (30) days.  Plaintiff transferred ownership and possession

of all his firearms to his wife after she obtained the proper permits.  Plaintiff

alleges his right to keep and bear arms was violated.

IV.    <u>PREVIOUS MOTIONS</u>

      The City Defendants filed motions to dismiss, and a motion for

reconsideration of the preliminary injunction.

V.     <u>WITNESSES</u>

    1.    Plaintiff Kirk C. Fisher
        c/o DONALD L. WILKERSON, ESQ.
        LAW OFFICES OF DONALD L. WILKERSON
        Bishop Square, Pauahi Tower, Suite 1320
        1003 Bishop Street
        Honolulu, Hawai'i 96813

        and

TE-HINA ICKES, ESQ.
Davies Pacific Center, Suite 2201
841 Bishop Street
Honolulu, Hawai'i 96813

2.    Defendant Louis Kealoha
      c/o D. Scott Dodd, Esq.
      Department of Corporation Counsel
      City and County of Honolulu
      Honolulu Hale, Room 110
      530 South King Street
      Honolulu, Hawai'i 96813

3.    Defendant Deputy Chief Paul Putzulu (Retired)
      123 Karsten Drive
      Wahiawa, Hawai'i 96786-2817

4.    Authorized Representative of the Honolulu Police Department
      regarding decision to deny firearm application

The City reserves the right to identify other persons who may have

knowledge of discoverable information relevant to the claims and defenses.

## VI.    EXHIBITS, SCHEDULES, AND SUMMARIES

The City is in possession of Honolulu Police Department documents

identified as Bates-stamped document numbers C-00001 through C-00033, which

were produced on May 17, 2012, and may be used to support its defenses in this

lawsuit.

## VII.   FURTHER DISCOVERY OR MOTIONS

Discovery is closed.  Defendants have filed a notice of appeal and intend on

filing several motions *in limine* and a motion to stay proceedings.

- 4 -

VIII.   <u>TRIAL</u>

Trial is currently scheduled to commence on November 14, 2012 before the

Honorable Allen C. Kay.

IX.   <u>ESTIMATE OF TRIAL TIME</u>

Defendants believe that the trial will last at least four (4) days to six (6)

days.

DATED:  Honolulu, Hawaiʻi, Tuesday, October 2, 2012.

ROBERT CARSON GODBEY
Corporation Counsel


By:   /s/ D. Scott Dodd
        D. SCOTT DODD
        Deputy Corporation Counsel

        Attorney for Defendants
        CITY AND COUNTY OF HONOLULU


**11-07807/248202**