# FILING FEE RECEIVED

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI005402
Cashier ID: lg
Transaction Date: 10/03/2012
Payer Name: CITY AND COUNTY OF HONOLULU

NOTICE OF APPEAL/DOCKETING FEE
 For: CITY AND COUNTY OF HONOLULU
 Case/Party: D-HIX-1-CV-11-000589-001
 Amount:        $455.00

CHECK
 Remitter: CITY AND COUNTY OF HONOLULU
 Check/Money Order Num: 011485919
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

CV 11-00589ACK-BMK
APPEAL

A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```