# MINUTE ORDER

CASE NUMBER: CV NO. 11-00589ACK

CASE NAME: Kirk C. Fisher Vs. Louis Kealoha, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Alan C. Kay          REPORTER:

DATE: 10/04/2012           TIME:

COURT ACTION:

     EO: Court hereby Orders that the JurySelection/Jury Trial date of November 14, 2012, Final PreTrial Conference Date of October 5, 2012 and all Trial related Deadlines are hereby vacated per the filing of the Notice of Appeal as to [35] Order on Motion for Preliminary Injunction (Doc. 53).

     Counsel are to notify Judge Kurren's Courtroom Manager Tammy Kimura to address the Further Settlement Conference Date set for October 23, 2012 whether this date should be vacated.

Submitted by Leslie L. Sai, Courtroom Manager