HID 010 (Rev 12/10)   Transcript Designation & Ordering Form (Appeals)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____12-17199_____   U.S. District Court Case No._____1:11-cv-00589-ACK-BMK_____

Short Case Title _Kirk Fisher v. Louis Kealoha, et al_____

Date Notice of Appeal Filed by Clerk of District Court_____October 1, 2012_____

**SECTION A -** To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| see attached | see attached | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 09 2012
at __ o'clock and 25 min. __.M.
SUE BEITIA, CLERK

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter.  I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_____October 8, 2012_____   Estimated date for completion of transcript_____

Print Name of Attorney _D. Scott Dodd_____   Phone Number _(808) 768-5194_____

Signature of Attorney_____

Address _Department of the Corporation Counsel City and County of Honolulu 530 s. King Street, Room 110, Honolulu, HI 96813_


**SECTION B -** To be completed by court reporter

I, _____ have received this designation.
**(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____


**SECTION C -** To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____


**SECTION D -** To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia_____   BY: _____
(U.S. District Court Clerk)          (date)          DEPUTY CLERK

## INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

### INSTRUCTIONS FOR ATTORNEYS
(1)    Complete Section A, place additional designations on blank paper if needed.
(2)    File Original with the district court.
(3)    Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4)    Serve a copy on each court reporter. (Make additional copies if necessary.) Contact court reporter(s) to make further arrangements for payment.
(5)    Continue to monitor progress of transcript preparation.

### INSTRUCTIONS FOR COURT REPORTER
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1)    When designation is received, contact the attorney regarding payment.
(2)    Complete section B and send to court of appeals in compliance with FRAP 11(b).
(3)    Complete section C and send to the district court upon completion of the transcript(s).

### INSTRUCTIONS FOR THE CLERK
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcripts are filed and the record is complete in the district court.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

U.S. Court of Appeals Case No. 12-17199

U.S. District Court Case No. 1:11-cv-00589-ACK-BMK

Short Case Title Number Kirk Fisher v. Louis Kealoha, *et al.*

Date Notice of Appeal Filed by Clerk of District Court October 1, 2012

SECTION A

Hearing Date(s) April 9, 2012
Court Reporter Gloria Bediamol
Proceedings (strike portions not desired)

| 04/09/2012 | 24 | 6.7 KB | EP:Motions Hearing held on 4/9/2012 10 Defendant City and County of Honolulu Amended Motion to Dismiss for Partial Dismissal of Complaint Filed September 28, 2011 and 16 Defendant Louis Kealohas Motion for Partial Dismissal of Complaint filed 9/28/2011. Oral Discussion Held. Motions' are hereby taken under Advisement. (Court Reporter Gloria Bediamol.) (JUDGE ALAN C KAY)(lls, )No COS issued for this docket entry (Entered: 04/09/2012) |

Hearing Date(s) June 14, 2012
Court Reporter Katherine Eismann
Proceedings (strike portions not desired)

| 06/14/2012 | 32 | 6.7 KB | EP:Motion Hearing held on 6/14/2012 re 18 MOTION for Preliminary Injunction filed by Kirk C. Fisher-Oral Discussion Held. Plaintiffs Counsel will submit the Transcript from the Family Court Hearings pertaining to the Plaintiff by Thursday, 6/21/2012. The Defendants will be given four business days from 6/21/2012 to respond to any transcript and/ or memorandum that the Plaintiff files. The Motion for Preliminary Injunctions is taken under advisement. (Court Reporter Katherine Eismann.) (JUDGE ALAN C KAY)(lls, )No COS issued for this docket entry (Entered: 06/14/2012) |