FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 31 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIRK C. FISHER, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CITY AND COUNTY OF HONOLULU; et al., <br><br> Defendants - Appellants. | No. 12-17199 <br><br> D.C. No. 1:11-cv-00589-ACK-BMK <br> District of Hawaii, Honolulu <br><br> ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation