# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00589 ACK-BMK |
| CASE NAME: | Kirk C. Fisher v. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Donald L. Wilkerson<br>Te-Hina Ickes |
| ATTYS FOR DEFT: | D. Scott Dodd |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7; No Record |
| DATE: | 11/30/2012 | TIME: | 9:16 - 9:23 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Other Deadlines held.  On or before 12/31/2012, Plaintiff to file Motion For Preliminary Injunction in this case.  A hearing on Plaintiff's Motion for Preliminary Injunction will be held on 4/1/2013 @ 10:00 a.m. before Judge Alan C. Kay.

Submitted by: Tammy Kimura, Courtroom Manager