ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com


Attorney for Amicus Curiae Hawaii Defense Foundation

# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK FISHER, | ) |
| | )     Civ. No. 11-00589 ACK-BMK |
|             Plaintiff, | )    Motion For Leave to File Amicus |
|    vs. | ) Curiae Brief, Memorandum in Support, |
| | ) Declaration of Alan Beck Exhibit "A", |
| LOUIS KEALOHA, as an individual and | )   Proposed Amicus Brief Exhibit "B", |
| in his official capacity as Honolulu Chief | )         Certificate of Service |
| of Police; PAUL PUTZULU, as an | ) |
| individual and in his official capacity as | ) |
| former Honolulu Acting Chief of Police; | ) |
| and CITY AND COUNTY OF | ) |
| HONOLULU,; | ) |
| | |
|           Defendants. | |

_____

_____

## <u>Motion for Leave to File Amicus Curiae Brief</u>

The Hawaii Defense Foundation respectfully requests leave to file an amicus

*curiae* brief in support of the Plaintiff in this case. Plaintiff has consented to the

filing of this brief but Defendants have not.  Additionally, as set out in Hawaii

Defense Foundation's Memorandum in Support, this Court has broad discretion to

grant Hawaii Defense Foundation amicus status. This motion is based on the

Memorandum in Support of this Motion, Rule 7 of the Federal Rules of Civil

Procedure and Local Rule 7, Proposed Brief of the Amicus Curiae Hawaii Defense

Foundation as Exhibit "B", Declaration of Alan Beck as Exhibit "A", the record

and files in this case.


Respectfully submitted this the 20th of December, 2012


s/ Alan Beck_____

Alan Beck (HI Bar No. 9145)

**Attorney for Amicus Curiae**
**Hawaii Defense Foundation**