ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorney for Amicus Curiae Hawaii Defense Foundation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK FISHER  )<br>            )<br>       Plaintiff,  )<br>   vs.       )<br>            )<br>            )<br> LOUIS KEALOHA, as an individual and )<br>in his official capacity as Honolulu Chief )<br>of Police; PAUL PUTZULU, as an )<br>individual and in his official capacity as  )<br>former Honolulu Acting Chief of Police;  )<br>and CITY AND COUNTY OF<br>HONOLULU,<br><br>       Defendants.<br>_____ | Civ. No. 11-00589 ACK-BMK<br>Declaration of Alan Beck; Exhibit "A", |

## Declaration of Alan Beck

I, Alan Beck, do declare as follows,

1. I am the attorney for the amicus curiae, Hawaii Defense Foundation, in the above entitled matter.
2. I am licensed to practice law in all the courts of Hawaii.
3. This declaration is based upon my personal knowledge of the matters stated here within and if called to testify, I could and would testify competently thereto.
4. I wrote Mr. Donald Wilkerson, counsel for the Plaintiff, in order to see if his client would consent to the amicus brief. He replied that consent was given.

5. I spoke to Mr. D. Scott Dodd, counsel for the Defendants, by phone and asked if his client would consent to the amicus brief. I have yet to receive a reply.
6. Attached hereto as Exhibit "B" is the Hawaii Defense Foundation's proposed amicus brief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated December 20th, 2012 San Diego, CA


/Alan Beck