ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorney for Amicus Curiae Hawaii Defense Foundation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK FISHER ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> LOUIS KEALOHA, as an individual and ) <br> in his official capacity as Honolulu Chief ) <br> of Police; PAUL PUTZULU, as an ) <br> individual and in his official capacity as ) <br> former Honolulu Acting Chief of Police; ) <br> and CITY AND COUNTY OF <br> HONOLULU, <br> <br> Defendants. <br> _____ | Civ. No. 11-00589 ACK-BMK <br> Certificate of Service |

## CERTIFICATE OF SERVICE

On this, the 20th day of December, 2012, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.
I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 20th day of December, 2012.


                          s/ Alan Beck_____
                          Alan Beck (HI Bar No. 9145)
                          Attorney for Amicus Curiae
                          Hawaii Defense Foundation