DIANE T. KAWAUCHI, 1539
Acting Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone:   (808) 768-5129
Facsimile:    (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
AND LOUIS KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | CIVIL NO. CV11 00589 ACK-BMK |
| Plaintiff, | |
| vs. | DEFENDANT CITY AND COUNTY OF HONOLULU AND LOUIS KEALOHA'S STATEMENT OF NO OPPOSITION TO *AMICUS CURIAE* HAWAI'I DEFENSE FOUNDATION'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF, FILED DECEMBER 20, 2012; CERTIFICATE OF SERVICE |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50, | |
| Defendants. | Trial Date: None Set<br>Judge: Hon. Alan C. Kay |

- 2 -

DEFENDANT CITY AND COUNTY OF HONOLULU AND
LOUIS KEALOHA'S STATEMENT OF NO OPPOSITION TO
*AMICUS CURIAE* HAWAIʻI DEFENSE FOUNDATION'S MOTION FOR
LEAVE TO FILE *AMICUS CURIAE* BRIEF, FILED DECEMBER 20, 2012

Comes now Defendants CITY AND COUNTY OF HONOLULU and LOUIS KEALOHA, by and through their attorneys Diane T. Kawauchi, Acting Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, and pursuant to Rule 7.1 of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, hereby states its non-opposition to *Amicus Curiae* Hawaiʻi Defense Foundation's Motion for Leave to File *Amicus Curiae* Brief, filed on December 20, 2012. (Doc. No. 67.).

DATED: Honolulu, Hawaiʻi, December 31, 2012.

DIANE T. KAWAUCHI
Acting Corporation Counsel


By:   /s/ D. Scott Dodd
      D. SCOTT DODD
      Deputy Corporation Counsel

      Attorney for Defendant
      CITY AND COUNTY OF HONOLULU

11-07807/262925