ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

Attorney for Amicus Curiae Hawaii Defense Foundation

## UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK FISHER,<br><br>                    Plaintiff,<br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; and CITY AND COUNTY OF HONOLULU,<br><br>                    Defendants. | Civ. No. 11-00589 ACK-BMK<br>Motion to Amend |

## **Motion to Amend**

COMES NOW THE PLAINTIFF-APPELLANT, Hawaii Defense Foundation, submits this motion to amend its December 20th, 2012 motion to file as amicus curiae. Pursuant to the instructions received from the Clerk of this Court, (Clerk Kamoe) the 2 hard copies filed with the Court are of this amended motion and its accompanying exhibits.

Dated: January 1st, 2013

Respectfully submitted, San Diego, CA

By: /s/ Alan Beck

ALAN BECK Esq.
4780 Governor Drive
San Diego, California 92122
(619)971-0414

Attorney for Amicus Curiae

Hawaii Defense Foundation

## CERTIFICATE OF SERVICE

On this, the 1st day of December, 2013, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.
I declare under penalty of perjury that the foregoing is true and correct.
Executed this the 1st day of January, 2013

By: /s/ Alan Beck

ALAN BECK Esq.
4780 Governor Drive
San Diego, California 92122
(619)971-0414