ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorney for Amicus Curiae Hawaii Defense Foundation

# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK FISHER,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; and CITY AND COUNTY OF HONOLULU,;<br><br>　　　　　　Defendants. | Civ. No. 11-00589 ACK-BMK<br>Motion For Leave to File Amicus Curiae Brief, Memorandum in Support, Declaration of Alan Beck Exhibit "A", Proposed Amicus Brief Exhibit "B", Certificate of Service |

_____

## Motion for Leave to File Amicus Curiae Brief

The Hawaii Defense Foundation respectfully requests leave to file an amicus *curiae* brief in support of the Plaintiff in this case. Plaintiff has consented to the filing of this brief but Defendants have not.  Additionally, as set out in Hawaii Defense Foundation's Memorandum in Support, this Court has broad discretion to grant Hawaii Defense Foundation amicus status. This motion is based on the Memorandum in Support of this Motion, Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7, Proposed Brief of the Amicus Curiae Hawaii Defense

Foundation as Exhibit "B", Declaration of Alan Beck as Exhibit "A", the record and files in this case.

Respectfully submitted this 31st of December, 2012

                                         s/ *Alan Beck*_____
                                         Alan Beck (HI Bar No. 9145)

                                         **Attorney for Amicus Curiae**
                                         **Hawaii Defense Foundation**