# Exhibit A

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

Attorney for Amicus Curiae Hawaii Defense Foundation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK FISHER<br><br>        Plaintiff,<br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; and CITY AND COUNTY OF HONOLULU,<br><br>        Defendants. | Civ. No. 11-00589 ACK-BMK<br>Declaration of Alan Beck; Exhibit "A", |

## Declaration of Alan Beck

I, Alan Beck, do declare as follows,

1. I am the attorney for the amicus curiae, Hawaii Defense Foundation, in the above entitled matter.
2. I am licensed to practice law in all the courts of Hawaii.
3. This declaration is based upon my personal knowledge of the matters stated here within and if called to testify, I could and would testify competently thereto.
4. I wrote Mr. Donald Wilkerson, counsel for the Plaintiff, in order to see if his client would consent to the amicus brief. He replied that consent was given.

5. I spoke to Mr. D. Scott Dodd, counsel for the Defendants, by phone and asked if his client would consent to the amicus brief. We have as of today received a statement of non-opposition via ECF.
6. Attached hereto as Exhibit "B" is the Hawaii Defense Foundation's proposed amicus brief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 31st, 2012 San Diego, CA

_____
Alan Beck