# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00589 ACK-BMK |
| CASE NAME: | Kirk C. Fisher v. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Donald L. Wilkerson |
| | Te-Hina Ickes |
| | Alan Beck, by phone |
| ATTYS FOR DEFT: | D. Scott Dodd |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7; No Record |
| DATE: | 1/25/2013 | TIME: | 10:20-10:25 |

COURT ACTION: EP: Status Conference Regarding the [67, 70] Motions for Leave to File Amicus Curiae Brief and [69] Motion to Amend held.

Hawaii Defense Foundation's [67] Motion for Leave to File Amicus Curiae Brief; [69] Motion to Amend; and [70] Motion for Leave to File Amicus Curiae Brief are GRANTED. Hawaii Defense Foundation may file an Amicus Curiae Brief in connection with Plaintiff's Motion For Summary Judgment and/or Permanent Injunction.

Deadline to file dispositive motions is 2/25/2013.

A hearing on Plaintiff's Motion For Summary Judgment and/or Permanent Injunction will be held on 7/8/2013 @ 10:00 a.m. before Judge Alan C. Kay.

Submitted by: Tammy Kimura, Courtroom Manager