IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOUIS KEALOHA, in his individual capacity and his official capacity as Honolulu Chief of Police; PAUL PUTZULU, in his individual capacity and his official capacity as Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>　　　　Defendants.<br>_____ | CIVIL NO.  11-00589 ACK/BMK<br><br><br><br>**DECLARATION OF TE-HINA ICKES** |

## DECLARATION OF TE-HINA ICKES

I, TE-HINA ICKES, declare that:

1.　I am an attorney licensed to practice before this Court and all Courts in the State of Hawaii, and I am one of the attorneys for Plaintiff herein.

2.　Attached hereto as Exhibit "1" is a true and correct copy of the Order Granting Plaintiff Kirk C. Fisher's Motion for Preliminary Injunction, filed June 29, 2012.

/

/

I, TE-HINA ICKES, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, February 25, 2013.

                                                                             */s/ Te-Hina Ickes*
DONALD L. WILKERSON
TE-HINA ICKES
Attorneys for Plaintiff
KIRK C. FISHER