LAW OFFICES OF DONALD L. WILKERSON
A Law Corporation
DONALD L. WILKERSON     5730
1003 Bishop Street, Suite 703
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
Facsimile: (808) 369-8289
Email: don@allislandslaw.com

TE-HINA ICKES          9012
1003 Bishop Street, Suite 703
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
Facsimile: (808) 369-8289
Email: tehina@gmail.com

Attorneys for Plaintiff
KIRK C. FISHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO.  11-00589 ACK/BMK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT;** |
| vs. | ) | **MEMORANDUM IN SUPPORT OF** |
| | ) | **MOTION; CERTIFICATE OF** |
| LOUIS KEALOHA, in his individual | ) | **SERVICE** |
| capacity and his official capacity as | ) | |
| Honolulu Chief of Police; PAUL | ) | |
| PUTZULU, in his individual capacity | ) | |
| and his official capacity as Honolulu | ) | |
| Acting Chief of Police; CITY AND | ) | |
| COUNTY OF HONOLULU; | ) | |
| HONOLULU POLICE DEPARTMENT | ) | |
| and DOE DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff KIRK C. FISHER, (hereinafter "Mr. Fisher"), through his undersigned counsel, and moves this Honorable Court for summary judgment in his favor on all claims herein.

This Motion is made pursuant to Rule 7(b) and 56 of the <u>Federal Rules of Civil Procedure</u>, and the records and files in this matter.

DATED: Honolulu, Hawaii, February 25, 2013.

                                                                                  /s/ Te-Hina Ickes
                                                                                DONALD L. WILKERSON
                                                                                  TE-HINA ICKES
                                                                                  Attorneys for Plaintiff
                                                                                  KIRK C. FISHER