IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. 11-00589 ACK/BMK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| LOUIS KEALOHA, in his individual capacity and his official capacity as Honolulu Chief of Police; PAUL PUTZULU, in his individual capacity and his official capacity as Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing will be duly served via ELECTRONIC MAIL and/or UNITED STATES MAIL to the parties identified below at their last known address on the date indicated below:

    D. SCOTT DODD       (Via CM/ECF)
    Deputy Corporation Counsel
    Honolulu Hale, Room 110
    530 South King Street
    Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, February 25, 2013.

                                                  */s/ Te-Hina Ickes*
                                                DONALD L. WILKERSON
                                                TE-HINA ICKES
                                                Attorneys for Plaintiff