LAW OFFICES OF DONALD L. WILKERSON
A Law Corporation
DONALD L. WILKERSON     5730
1003 Bishop Street, Suite 703
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
Facsimile: (808) 369-8289
Email: don@allislandslaw.com

TE-HINA ICKES          9012
1003 Bishop Street, Suite 703
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
Facsimile: (808) 369-8289
Email: tehina@gmail.com

Attorneys for Plaintiff
KIRK C. FISHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOUIS KEALOHA, in his individual capacity and his official capacity as Honolulu Chief of Police; PAUL PUTZULU, in his individual capacity and his official capacity as Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>　　　　Defendants.<br>_____ | CIVIL NO. 11-00589 ACK/BMK<br><br>**PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KIRK C. FISHER; DECLARATION OF TE-HINA ICKES; EXHIBITS "1" - "5"; CERTIFICATE OF SERVICE** |

# PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Plaintiff hereby submits his concise statement of material facts in support of his Motion for Summary Judgment.

|   | MATERIAL FACT | EVIDENTIARY SUPPORT |
|---|---|---|
| 1 | On December 3, 1997, Mr. Fisher had pled guilty to two counts of Harassment and was sentenced to 6 months probation. | Declaration of Kirk C. Fisher ¶3 (hereinafter "Fisher Decl.) |
| 2 | On November 4, 1998, the Hon. Dan Kochi issued an "Order Permitting Return of Firearms, Ammunition, Permits and Licenses, With Conditions," and ordered the return of Mr. Fisher's firearms. | Exhibit "2" |
| 3 | Following this order, HPD promptly returned Mr. Fisher's firearms. | Defendants City and County of Honolulu and Louis Kealoha's Answer to First Amended Complaint ¶1 (hereinafter "Answer") |
| 4 | Prior to October of 2009, Mr. Fisher owned and possessed firearms. | Fisher Decl. ¶8 |
| 5 | In the fall of 2009, Mr. Fisher submitted an application to HPD to acquire additional firearms. | Fisher Decl. ¶8; Answer ¶1 |

| | | |
|---|---|---|
| 6 | On October 1, 2009, Acting Chief of Police Paul Putzulu, through subordinate Major Kurt B. Kendro, denied Mr. Fisher's application, on the grounds that Mr. Fisher was disqualified pursuant to H.R.S. §134-7. | Fisher Decl. ¶9; Answer ¶1; Exhibit "3" |
| 7 | Mr. Fisher was then ordered to surrender to the chief of police of otherwise lawfully disposed of his firearms and ammunition within 30 days. | Fisher Decl. ¶10; Answer ¶1; Exhibit "3" |
| 8 | Mr. Fisher was told that if he did not lawfully dispose of his firearms and ammunition, he would be arrested. | Fisher Decl. ¶10 |
| 9 | Mr. Fisher thereafter lawfully disposed of all firearms and ammunition. | Fisher Decl. ¶11 |
| 10 | HPD informed Mr. Fisher that he was disqualified because of his prior petty misdemeanor Harassment conviction in State of Hawaii v. Kirk C. Fisher, FC-CR No. 97-3233. | Fisher Decl. ¶12 |
| 11 | HPD informed Mr. Fisher that it was their custom, practice and policy to review the police reports to determine whether or not a defendant's alleged crime was a crime of violence. | Fisher Decl. ¶12 |
| 12 | Mr. Fisher was told that Putzulu's decision was final and there were no appellate remedies. | Fisher Decl. ¶12 |
| 13 | On August 31, 2010, Mr. Fisher, through counsel, wrote to HPD and requested that they grant his application for Permit to Acquire Firearms and rescind the prior order instructing Mr. Fisher to surrender or dispose of his firearms. | Exhibit "4" |
| 14 | On September 29, 2010, Defendant Kealoha responded to Mr. Fisher's inquiry by re-affirming HPD's prior denial of Mr. Fisher's application. | Exhibit "5" |

3

| 15 | The City and County of Honolulu is a municipal corporation, organized under the laws of the State of Hawaii and the United States of America. | Answer ¶6 |
|----|---|---|
| 16 | Defendant Louis Kealoha was and is the Chief of Police for HPD. | Answer ¶7 |

I certify that this document complies with the word limitation set forth under LR7.5(e) and LR 56.1(d).

DATED: Honolulu, Hawaii, February 26, 2013.

                                            /s/ Te-Hina Ickes
                                            DONALD L. WILKERSON
                                            TE-HINA ICKES
                                            Attorneys for Plaintiff
                                            KIRK C. FISHER