IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. 11-00589 ACK/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF TE-HINA** |
| | ) | **ICKES** |
| LOUIS KEALOHA, in his individual | ) | |
| capacity and his official capacity as | ) | |
| Honolulu Chief of Police; PAUL | ) | |
| PUTZULU, in his individual capacity | ) | |
| and his official capacity as Honolulu | ) | |
| Acting Chief of Police; CITY AND | ) | |
| COUNTY OF HONOLULU; | ) | |
| HONOLULU POLICE DEPARTMENT | ) | |
| and DOE DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **DECLARATION OF TE-HINA ICKES**

I, TE-HINA ICKES, declare that:

1.   I am an attorney licensed to practice before this Court and all Courts in the State of Hawaii, and I am one of the attorneys for Plaintiff herein.

2.   Attached hereto as Exhibit "1" is a true and correct copy of the Order Granting Plaintiff Kirk C. Fisher's Motion for Preliminary Injunction, filed June 29, 2012.

3.   Attached hereto as Exhibit "2" is a true and correction copy of the Order Permitting Return of Firearms, Ammunition, Permits and Licenses, with

Conditions, signed by the Honorable Dan T. Kochi, filed November 4, 1998.

    4.    Attached hereto as Exhibit "3" is a true and correction copy of a letter from Paul Putzulu to Kirk C. Fisher, dated October 1, 2009.

    5.    Attached hereto as Exhibit "4" is a true and correction copy of a letter from Donald L. Wilkerson to Louis Kealoha, with attachments, dated August 31, 2010.

    6.    Attached hereto as Exhibit "5" is a true and correction copy of a letter from Louis Kealoha to Donald L. Wilkerson, dated September 29, 2010.

I, TE-HINA ICKES, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, February 26, 2013.

                                    */s/ Te-Hina Ickes*
                                    DONALD L. WILKERSON
                                    TE-HINA ICKES
                                    Attorneys for Plaintiff
                                    KIRK C. FISHER