POLICE DEPARTMENT
CITY AND COUNTY OF HONOLULU
801 SOUTH BERETANIA STREET · HONOLULU, HAWAII 96813
TELEPHONE: (808) 529-3111 · INTERNET: www.honolulupd.org

MUFI HANNEMANN
MAYOR

PAUL D. PUTZULU
ACTING CHIEF

KARL A. GODSEY
DEPUTY CHIEF

OUR REFERENCE  KK-VYH
Cert 7007 2560 0000 9237 5690

October 1, 2009

Mr. Kirk Coswell Fisher
45-446 Puahauula Road
Kaneohe, Hawaii 96744

Dear Mr. Fisher:

The necessary background checks were conducted to complete your Application for Permit to Acquire Firearms. The investigation revealed that you are disqualified from firearms ownership or possession under the provisions of the Hawaii Revised Statutes (HRS), section 134-7.

In accordance with section 134-7.3(b), HRS, you have 30 days upon receipt of this letter to voluntarily surrender to the chief of police or otherwise lawfully dispose of all firearms and ammunition that you own or possess. Should you fail to do so, the chief of police will take action to seize them in accordance with the above statute.

Personnel of our Firearms Section are available to assist you. Please do not hesitate to contact Sergeant Vivian Hee at 529-3528 if you have any questions about your denial.

Sincerely,

PAUL PUTZULU
Acting Chief of Police

By [signature]
For KURT B. KENDRO, Major
Records and Identification Division

*Serving and Protecting With Aloha*

EXHIBIT "3"