POLICE DEPARTMENT
# CITY AND COUNTY OF HONOLULU

801 SOUTH BERETANIA STREET · HONOLULU, HAWAII 96813
TELEPHONE: (808) 529-3111 · INTERNET: www.honolulupd.org



LOUIS M. KEALOHA
CHIEF

DELBERT T. TATSUYAMA
RANDAL K. MACADANGDANG
DEPUTY CHIEFS

OUR REFERENCE   KK-DNK

September 29, 2010

Donald L. Wilkerson, Esquire
Law Offices of Donald L. Wilkerson
900 Fort Street, Suite 810
Honolulu, Hawaii 96813

Dear Mr. Wilkerson:

This is in response to your letter of August 31, 2010, regarding the revocation of firearms permits for Mr. Kirk Fisher.

After reviewing Mr. Fisher's files, the Honolulu Police Department still stands by the revocation of the firearms permits.

Should you have any further questions, please contact Major Kurt Kendro of our Records and Identification Division at 529-3295.

Sincerely,

LOUIS M. KEALOHA
Chief of Police

*Serving and Protecting With Aloha*

EXHIBIT "5"