HID 007 (Rev. 02/11) Application to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| Kirk C. Fisher, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| | ) | Case No. ___11-00589 ACK-BMK___ |
| v. | ) | |
| | ) | |
| Louis Kealoha, et al. | ) | |
| *Defendant* | ) | |

## APPLICATION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of application. $300.00 assessment required - see Declaration, paragraph 7.)

| Name of Attorney: | Jeff Kosseff, Esq. | | |
|---|---|---|---|
| Firm Name: | Covington & Burling LLP | | |
| Firm Address: | 1201 Pennsylvania Ave., N.W. \| Washington, D.C. 20004-2401 | | |
| Firm Telephone: | (202) 662-5489 | Firm Fax: | (202) 778-5489 |
| Party Represented: | Brady Center To Prevent Gun Violence | | |
| Name/Address of Local Counsel: | Damon Key Leong Kupchak Hastert, Mark M. Murakami,1003 Bishop Street, Suite 1600 Pauahi Tower, Honolulu, Hawaii 96813 | | |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-names attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding.
This request is based on the declaration of the attorney seeking to appear pro hac vice.

Dated: ___07/09/13___       /s/ Mark M. Murakami
                             Signature*              (Print name if original signature)

*If this application is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.

HID 007A (Rev. 02/11) Declaration of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

Kirk C. Fisher,
*Plaintiff*

v.

Louis Kealoha, et al.
*Defendant*

Case No. 11-00589 ACK-BMK

**DECLARATION OF COUNSEL**
(Attach to Application to Appear Pro Hac Vice.)

Name of Declarant: Jeff Kosseff, Esq.

I am not a resident of the District of Hawaii, am not regularly employed in the District of Hawaii, and am not regularly engaged in business, professional or law-related activities in the District of Hawaii, and that:

1. The city and state of my residence and office address is:
   1201 Pennsylvania Ave., N.W.
   Washington, D.C. 20004-2401

2. I have been admitted to practice in the following courts on the dates noted:
   Virginia: November 3, 2010
   New Jersey: November 15, 2010
   District of Columbia: September 7, 2012
   U.S. Court of Appeals for the Ninth Circuit: December 4, 2012
   U.S. District Court for the Eastern District of Virginia: June 16, 2011

3. I am in good standing and eligible to practice in the following courts (declarant may state "All of the courts identified in paragraph 2"):
   All of the courts identified in paragraph 2

4. I (a) am not currently involved in disciplinary proceedings before any state bar, federal bar, or any equivalent; (b) have not in the past 10 years been suspended, disbarred, or otherwise subject to other disciplinary proceeding before any state bar, federal bar, or its equivalent; © have not been denied admission pro hac vice by any court or agency in the past 10 years; and (d) have not been the subject of a criminal investigation know to the attorney or a criminal prosecution or conviction in any court in the past ten (10) years.

5. If I am concurrently making or have made within the preceding year an application to appear pro hac vice in a case or proceeding in the District of Hawaii, the title and number of each matter is stated below, together with the date of the application and whether the application was granted.
N/A

6. I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Hawaii and maintains an office in ths district, with the address, telephone and fax numbers, and e-mail address noted:
Mark. M. Murakami, 7342-0 (mmm@hawaiilawyer.com)
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: (808) 531-8031, Facsmile: (808) 533-2242

7. Payment of the $300 assessment for limited admission has or will be made by mailing a check to the Clerk, United States District Court, District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, HI 96850 (Payable to the Clerk, U.S. District Court, and noting the case & named applicants)

**I declare under penalty of perjury that the foregoing is true and correct.** (Attach any additional pages if any further explanation is needed)

Dated: 07/09/13            /s/ Jeff Kosseff
                           Signature

**CONSENT OF LOCAL COUNSEL**
(Local counsel may sign below if consent is not recorded elsewhere.)

Dated: _____        _____
                                     Signature