IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | Civ. No. 11-00589 ACK-BMK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING THE |
| | ) | APPLICATIONS OF JEFF |
| vs. | ) | KOSSEFF AND PHILLIP A. |
| | ) | RUBIN TO APPEAR PRO HAC |
| LOUIS KEALOHA, et al. | ) | VICE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING THE APPLICATIONS OF JEFF KOSSEFF AND
<u>PHILLIP A. RUBIN TO APPEAR PRO HAC VICE</u>

The Court GRANTS the Applications of JEFF KOSSEFF and

PHILLIP A. RUBIN to appear pro hac vice.

DATED:  Honolulu, Hawaii, July 10, 2013.

IT IS SO ORDERED.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge