Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation
MARK M. MURAKAMI                    7342-0
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for
BRADY CENTER TO PREVENT GUN VIOLENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER, ) | CIVIL NO. 11-00589 |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEARANCE** |
| ) | **OF COUNSEL; CERTIFICATE** |
| vs. ) | **OF SERVICE** |
| ) | |
| LOUIS KEALOHA, as an individual and ) | |
| in his official capacity Honolulu  Chief   ) | |
| of Police; PAUL PUTZULU, as an       ) | |
| individual and in his official capacity as  ) | |
| former Acting Honolulu Chief of Police; ) | |
| CITY AND COUNTY OF                  ) | |
| HONOLULU,                            ) | |
| Defendants    ) | |
| _____ ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Mark M. Murakami, with the law firm of Damon Key Leong Kupchak Hastert, a law corporation, hereby enters his appearance as counsel for the Brady

209260

Center to Prevent Gun Violence which intends to seek leave to appear in this proceeding as *Amicus Curiae*.

DATED:  Honolulu, Hawaii, July 11, 2013.

DAMON KEY LEONG KUPCHAK HASTERT

/s/ Mark M. Murakami
MARK M. MURAKAMI
Attorney for
BRADY CENTER TO PREVENT GUN VIOLENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Acting Honolulu Chief of Police; CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendants<br>_____ | CIVIL NO. 11-00589<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following individual electronically through CM/ECF and/or mailing said copy, postage prepaid, to their last known address as follows:

**CM/ECF ELECTRONICALLY**　　　　**U.S. MAIL**

Donald L. Wilkerson　　　　　　　　X
1003 Bishop Street, Suite 703
Honolulu, HI 96813
Email: don@allislandslaw.com
　Attorney for Plaintiff
　KIRK C. FISHER

209260

Te-Hina Te-Moana Ickes                    X
1003 Bishop Street, Suite 703
Honolulu, HI 96813
Email: tehina@gmail.com
  Attorney for Plaintiff
  KIRK C. FISHER

D. Scott Dodd                             X
Office of Corporation Counsel-Honolulu
530 S King St Ste 110
Honolulu, HI 96813
Email: dsdodd@honolulu.gov
  Attorney for Defendants
  LOUIS KEALOHA
  PAUL PUTZULU
  CITY AND COUNTY OF HONOLULU
  HONOLULU POLICE DEPARTMENT

Alan A. Beck                              X
4780 Governor Drive
San Diego, CA 92122
Email: ngord2000@yahoo.com
 Attorney for Amicus Curiae
 HAWAII DEFENSE FOUNDATION


        DATED: Honolulu, Hawaii, July 11, 2013.

                        DAMON KEY LEONG KUPCHAK HASTERT

                        */s/ Mark. M. Murakami*
                        MARK M. MURAKAMI
                        Attorney for Movant
                        BRADY CENTER TO PREVENT GUN
                        VIOLENCE

2

209260