# FILING FEE RECEIVED

## PRO HAC VICE: ☐

```
DUPLICATE

Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI008547
Cashier ID: lg
Transaction Date: 07/09/2013
Payer Name: JEFF KOSSEFF
---------------------------------
PRO HAC VICE
 For: JEFF KOSSEFF
 Case/Party: D-HIX-1-11-PH-000111-001
 Amount:        $300.00
---------------------------------
CHECK
 Remitter: JEFF KOSSEFF
 Check/Money Order Num: 68075
 Amt Tendered:  $300.00
---------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

PHV: CV 11-00589ACK-BMK


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```