# FILING FEE RECEIVED

## PRO HAC VICE: ☐

---

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI008546
Cashier ID: lg
Transaction Date: 07/09/2013
Payer Name: PHILLIP A RUBIN
------------------------------
PRO HAC VICE
 For: PHILLIP A RUBIN
 Case/Party: D-HIX-1-11-PH-000111-001
 Amount:         $300.00
------------------------------
CHECK
 Remitter: PHILLIP A RUBIN
 Check/Money Order Num: 68076
 Amt Tendered: $300.00
------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

PHV: CV 11-00589ACK-BMK

A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```