Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation
MARK M. MURAKAMI          7342-0
mmm@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

COVINGTON & BURLING LLP
JEFF KOSSEFF              (application for pro hac status pends)
PHILLIP A. RUBIN          (application for pro hac status pends)
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
jkosseff@cov.com
Attorneys for Movant
**BRADY CENTER TO PREVENT GUN VIOLENCE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS KEALOHA, as an individual and in his official capacity Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Acting Honolulu Chief of Police; CITY AND COUNTY OF HONOLULU, <br><br> Defendants | CIVIL NO. 11-00589 ACK-BMK <br><br> **UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARK M. MURAKAMI; CERTIFICATE OF SERVICE** |

209617

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

The Brady Center to Prevent Gun Violence respectfully requests this Court grant leave to file an *amicus curiae* brief in support of the Defendants in this matter and to participate in oral argument on August 12, 2013, either in person or via telephone.  Plaintiffs and Defendants have no objection to our appearance as amicus.  Additionally, as set forth more fully in the attached Memorandum in Support of Motion, this Court has broad discretion to grant amicus status to the Brady Center to Prevent Gun Violence. Additionally, the Brady Center requests to participate in oral argument at the summary judgment hearing set for August 12, 2013.

This motion is based on the Memorandum in Support of Motion, the attached Declaration of Mark M. Murakami, Fed. R. Civ. P. 7 and Local Rule 7, the record and files in this case.

DATED: Honolulu, Hawaii, July 12, 2013

> DAMON KEY LEONG KUPCHAK
> HASTERT and COVINGTON &
> BURLING LLP
>
> */s/ Mark. M. Murakami*
>
> MARK M. MURAKAMI
> JEFF KOSSEFF
> PHILLIP A. RUBIN
> Attorneys for Amicus Curiae
> **BRADY CENTER TO PREVENT**
>  **GUN VIOLENCE**