IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER, | )  CIVIL NO. 11-00589 ACK-BMK |
| | ) |
| Plaintiff, | )  **DECLARATION OF MARK M.** |
| | )  **MURAKAMI** |
| vs. | ) |
| | ) |
| LOUIS KEALOHA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF MARK M. MURAKAMI

I, Mark M. Murakami, declare as follows:

1.      I am an attorney with Damon Key Leong Kupchak Hastert, attorneys for Amicus Curiae BRADY CENTER TO PREVENT GUN VIOLENCE, in the above-entitled matter.  I am licensed to practice law in all courts in the State of Hawaii.

2.      This declaration is based upon my personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

3.      On July 10, 2013, I corresponded, by email, with D. Scott Dodd, Esq., counsel for the City Defendants, and D. Wilkerson, Esq., counsel for Plaintiff regarding their consent to the participation of the Brady Center to Prevent Gun

Violence as amicus curiae in this matter.  I received emails from both counsel that they agreed.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  Honolulu, Hawaii, July 12, 2013


/s/ *Mark M. Murakami*
MARK M. MURAKAMI

209603