Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation
MARK M. MURAKAMI      7342-0
mmm@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

COVINGTON & BURLING LLP
JEFF KOSSEFF
PHILLIP A. RUBIN
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
jkosseff@cov.com
Attorneys for Movant
**BRADY CENTER TO PREVENT GUN VIOLENCE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER, | CIVIL NO. 11-00589 ACK-BMK |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT "A"; CERTIFICATE OF SERVICE** |
| LOUIS KEALOHA, as an individual and in his official capacity Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Acting Honolulu Chief of Police; CITY AND COUNTY OF HONOLULU, | |
| Defendants | |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION

Pursuant to Fed. R. Civ. P. 7(b) and L.R. 7, The Brady Center to Prevent Gun Violence ("Brady Center") supplements its Motion for Leave to File Amicus Brief, filed July 12, 2013. A copy of the Brady Center's proposed amicus brief is attached as Exhibit "A".

DATED: Honolulu, Hawaii, July 22, 2013

>DAMON KEY LEONG KUPCHAK HASTERT and COVINGTON & BURLING LLP
>
>*/s/ Mark M. Murakami*
>
>MARK M. MURAKAMI
>JEFF KOSSEFF
>PHILLIP A. RUBIN
>Attorneys for Amicus Curiae
>**BRADY CENTER TO PREVENT GUN VIOLENCE**

212450

2