KN-11-089

# HONOLULU POLICE DEPARTMENT STATEMENT FORM

Report No. 97432221

| | |
|---|---|
| Statement of: Colette D. Fisher | Classification: Abuse HHM |
| Address: 45-342 Lilipuna Rd. #309 | Date of Occurrence: 4/5/97 |
| Age: 38  Date of Birth: 5/5/59  SSN: 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 | Occupation: Sr. Safety Technician |
| Res. Ph.: 236-4146  Bus. Ph.: 251-0368 pgr | Employer: OHM Remediation Svcs Inc. |
| Location of Interview: 45-342 Lilipuna Rd #309, Kaneohe, HI 96744 | |

Please give a detailed statement answering all of the following questions:

1. What DATE and TIME did it happen?
2. WHERE did it happen?
3. WHO was involved?
4. What WITNESSES do you know of?
5. WHAT happened?
6. HOW did it happen?
7. WHY did it happen (prior events/causes)?
8. ANY OTHER relevant information?
9. DID YOU IDENTIFY any suspects? Explain.
10. DID YOU IDENTIFY any weapons? Explain.
11. ... any property? Explain.
12. ... any vehicles? Explain.

The undersigned freely and voluntarily provides the following statement:

1. 11/5/97, 7:40 pm.
2. Started in bathroom, and escalated into living room.
3. Myself, Colette D. Fisher, my husband Kirk C. Fisher & my daughter Nicole D. Fisher.
4. Lisa Demarest & Valerie Clough.
5. I verbally asked questions to my husband, who became irritated & became verbally & physically violent; while in the bathroom he grabbed me by the neck of my shirt, breaking my chain around my neck & pushed me into the closet & towards the shower door. My daughter tried to intervien. Outside the bathroom & in the hallway he again grabbed a hold of me & pushed me. My daughter again intervened & grabbed me and we made our way to the front room, knocking over a end table. Once again verbal words were said, by this time we all three were in the kitchen; him pushing me into the wall, my daughter tried to intervien again & she between us arguing. Kirk grabbed Nicole & shoved her into me, as he yelled at

I have read this statement prepared by Colette D Fisher which consists of this typed/handwritten page and 1 continuation page(s), and have been given the opportunity to make corrections thereon. I attest that this statement is true and correct to the best of my knowledge, and that I gave this statement freely and voluntarily without coercion or promise of reward.

Signature: Colette S Fisher
Date: 11/5/97   Time: 8:09 pm

Investigator's Signature
Date: 11-5-97   Time: 2009

HPD-252 (R-12/96)

CORP COUNSEL

EXHIBIT A                                                           C-00012

KN-11-089

**STATEMENT FORM CONTINUATION PAGE**  Page 2 of ___ pages

Statement of: Colette D. Fisher  Rpt. No.: 97832621

me. The second time he pushed her into me I told her to go get help. When Nicole left the house to go to the neighbors, I tried to avoid him, but that was impossible. Shortly my Neighbor, Lisa Demerest entered the door. Both, Kirk & I still in verbal confrontation she tried to calm us. No further physical contact between my husband & I was encountered until he pushed on Valerie, my other neighbor, then I got angry & jumped on his back to stop him. He fell to his knees yelling at all of us; I asked him to stop, but that didn't happen right away. Verbal words were spoken between Valerie, Lisa, Kirk & myself. I finally walked outside to avoid any further confrontations, when I looked down & noticed the police & asked them to please hurry.

6. Verbal & Physical abuse.
7. N/A.
8. Not at this time.
9. Yes
10. NO.

#5 Continued. - from Kirk grabbing and pushing me, I feel a pain on my right chest, my neck, & my right shoulder blade.

Signature: Colette D. Fisher
Date: 11/5/97  Time: 8:09 pm

Investigator's Signature
Date: 11-5-97  Time: 2009

HPD-252A (R-12/96)

CORP COUNSEL

C-00013