KN-11-089

# HONOLULU POLICE DEPARTMENT STATEMENT FORM

Report No. 97-432421/423

| | |
|---|---|
| Statement of: Valerie A. Clough | Classification: Abuse 44M |
| Address: 45-342 Lilipuna Rd #310 | Date of Occurrence: 11/5/97 |
| Age: 33  Date of Birth: 2/8/63  SSN: 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 | Occupation: Parts Clerk |
| Res. Ph.: 235-7941  Bus. Ph.: 233-6020 | Employer: Windward Dodge |
| Location of Interview: | |

Please give a detailed statement answering all of the following questions:

1. What DATE and TIME did it happen?
2. WHERE did it happen?
3. WHO was involved?
4. What WITNESSES do you know of?
5. WHAT happened?
6. HOW did it happen?
7. WHY did it happen (prior events/causes)?
8. ANY OTHER relevant information?
9. DID YOU IDENTIFY any suspects? Explain.
10. DID YOU IDENTIFY any weapons? Explain.
11. ... any property? Explain.
12. ... any vehicles? Explain.

The undersigned freely and voluntarily provides the following statement:

1. 11/5/97  7:30-7:45 PM
2. 45-342 Lilipuna Rd #309
3. Colette, Nikki & Kirk Fisher
4. Me and roommate Lisa, Nicole
5. heard them (Kirk & Colette) yelling - Nikki ran over and said "call 911 Dad's pushing Mom again." Lisa went over I called 911. Lisa was trying to keep them seperated. They kept yelling at each other. Kirk tried to get to Colette again and I told him he shouldnt be pushing Colette and Nikki around - then he came after me and pushed me - then you guys came.
6. 
7. About a month ago I had to call 911

I have read this statement prepared by _____ which consists of this typed/handwritten page and _____ continuation page(s), and have been given the opportunity to make corrections thereon. I attest that this statement is true and correct to the best of my knowledge, and that I gave this statement freely and voluntarily without coercion or promise of reward.

Signature: Valerie A. Clough
Date: 11/5/97  Time: 8:20 PM

Investigator's Signature: [signed]
Date: 11-5-97  Time: 2020

HPD-252 (R-12/96)

CORP COUNSEL

EXHIBIT C

C-00016

KN-11-089

## STATEMENT FORM CONTINUATION PAGE

Page ___ of ___ pages

Statement of:

Rpt. No.: 97432-621/623

on Kirk because I heard them fighting and Kirk hit Colette.

I was not injured from the push and do not wish to press charges.

Signature: Valerie A Clay
Date: 11/5/97   Time: 8:20PM

Investigator's Signature
Date: 11-5-97   Time: 2020

HPD-252A (R-12/96)

CORP COUNSEL

C-00017