KN-11-789

# HONOLULU POLICE DEPARTMENT STATEMENT FORM

Report No. 97432 621/623

| | |
|---|---|
| Statement of: Lisa M Demarest | Classification: Abuse 4th/M |
| Address: 45-342 Lilipuna Rd #310 | Date of Occurrence: 11/5/97 |
| Age: 30  Date of Birth: 10/31/67  SSN: 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 | Occupation: Hairstylist |
| Res. Ph.: 235-7941  Bus. Ph.: 236-4514 | Employer: Fantastic Sam's |
| Location of Interview: | |

Please give a detailed statement answering all of the following questions:
1. What **DATE** and **TIME** did it happen?
2. **WHERE** did it happen?
3. **WHO** was involved?
4. What **WITNESSES** do you know of?
5. **WHAT** happened?
6. **HOW** did it happen?
7. **WHY** did it happen (prior events/causes)?
8. **ANY OTHER** relevant information?
9. **DID YOU IDENTIFY** any suspects? Explain.
10. **DID YOU IDENTIFY** any weapons? Explain.
11. ... any property? Explain.
12. ... any vehicles? Explain.

The undersigned freely and voluntarily provides the following statement:

1. 11/5/97  7:30 - 7:45 pm.
2. 45-342 Lilipuna Rd Apt. 309
3. Colette, Nikki, & Kirk Fisher.
4. Me & Roommate Valerie.
5. Heard yelling & a slam into the Door. Nikki (Nichole) came Running to our Door. Saying ~~[crossed out]~~ He's (Kirk) pushing me (Colette) call the police. I told Nikki come in the house, then I went over. Kirk was in the Kitchen, Colette in the Living Room yelling at each other. I enter the Apartment to keep them apart. Try to keep them from getting fisical. Val later came to the apartment to help me. Kirk was yelling ~~you don't~~ val said you don't have to be pushing Colette & Nikki. Then he (Kirk) came and pushed val. then Colette jumped Kirks Back. to keep him away from val. Then me & val pulled them apart. Val left to check on Nikki

I have read this statement prepared by _____ which consists of this typed/handwritten page and ___ continuation page(s), and have been given the opportunity to make corrections thereon. I attest that this statement is true and correct to the best of my knowledge, and that I gave this statement freely and voluntarily without coercion or promise of reward.

Signature: Lisa Demarest   Investigator's Signature: [signed]
Date: 11/5/97  Time: 825 pm   Date: 11-5-97  Time: 2025

HPD-252 (R-12/96)

CORP COUNSEL

EXHIBIT D                                                    C-00018

KN-11-089

## STATEMENT FORM CONTINUATION PAGE

Page ___ of ___ pages

| Statement of: | Rpt. No.: 97-432621/623 |

I stayed with Colette keeping her on the lanai, so she wouldn't say anything else to Kiek. Then the police came.

Signature: Lisa M Demarest
Date: 11/5/97   Time: 8:25 pm

Investigator's Signature: [signature]
Date: 11-5-97   Time: 2025

HPD-252A (R-12/96)

CORP COUNSEL

C-00019