# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589 ACK-BMK |
| CASE NAME: | <u>Fisher v. Kealoha et al.</u> |
| ATTYS FOR PLA: | Donald L. Wilkerson & Te-Hina Ickes from Honolulu, HI |
| ATTYS FOR DEFT: | D. Scott Dodd & Mark Murakami from Honolulu, HI |
| ATTS For Amicus | Hawaii Defense Foundation:  Alan A. Beck from San Diego, CA |
| | Brady Center to Prevent Gun Violence:  Mark M. Murakami, Jeff Kosseff, and Phillip Rubin |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 7/23/2013 | TIME: | |

COURT ACTION:

For good cause, and because Plaintiff and Defendants do not oppose this motion (ECF No. 87), the Court GRANTS the Brady Center to Prevent Gun Violence's Motion for Leave to File Amicus Curiae Brief.  (ECF Nos. 87 & 88).  Any amicus curiae brief submitted by the Brady Center must be filed no later than Friday, July 26, 2013.  The Court also grants leave for the Brady Center to participate in oral argument at the hearing set for August 12, 2013.  IT IS SO ORDERED.

Submitted by Leslie L. Sai, Courtroom Manager