DONNA Y. L. LEONG, 3226
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i  96813
Telephone: (808) 768-5129
Facsimile: (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for City Defendants
LOUIS KEALOHA and the
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO. CV11-00589 ACK-BMK |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | DEFENDANTS LOUIS KEALOHA |
| vs. | ) | AND CITY AND COUNTY OF |
|  | ) | HONOLULU'S RESUBMITTAL OF |
| LOUIS KEALOHA, as an individual | ) | REDACTED EXHIBITS "A" - "D" TO |
| and in his official capacity as Honolulu | ) | DEFENDANTS LOUIS KEALOHA |
| Chief of Police; PAUL PUTZULU, as | ) | AND CITY AND COUNTY OF |
| an individual and in his official capacity | ) | HONOLULU'S SEPARATE AND |
| as former Honolulu Acting Chief of | ) | CONCISE COUNTER-STATEMENT |
| Police; CITY AND COUNTY OF | ) | OF FACTS IN OPPOSITION TO |
| HONOLULU; HONOLULU POLICE | ) | PLAINTIFF'S MOTION FOR |
| DEPARTMENT and DOE | ) | SUMMARY JUDGMENT, FILED ON |
| DEFENDANTS 1-50, | ) | JULY 22, 2013; EXHIBITS "A" – "D"; |
|  | ) | CERTIFICATE OF SERVICE |
| Defendants. | ) |  |



```
                                    ) Hearing:
                                    )
                                    ) Date: August 12, 2013
                                    ) Time: 10:00 a.m.
                                    ) Judge: Honorable. Alan C. Kay
                                    )
                                    )
                                    ) Trial Date: None Set
                                    ) Judge: Honorable Alan C. Kay
_____     )
```

DEFENDANTS LOUIS KEALOHA AND CITY AND
COUNTY OF HONOLULU'S RESUBMITTAL OF REDACTED
EXHIBITS "A" - "D" TO DEFENDANTS LOUIS KEALOHA AND
CITY AND COUNTY OF HONOLULU'S SEPARATE AND CONCISE
COUNTER-STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT, FILED ON JULY 23, 2013

Defendants LOUIS KEALOHA (hereinafter "Kealoha") and the CITY AND COUNTY OF HONOLULU (hereinafter collectively referred to as "Defendants" or "City Defendants"), by and through their attorneys Donna Y. L. Leong, Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, hereby respectfully resubmit redacted Exhibits "A" - "D", pursuant to the Court's Advisory Entry entered on July 23, 2013, to Defendants Louis Kealoha and City and County of Honolulu's Separate and Concise Counter-Statement of Facts in Opposition to Plaintiff's Motion For Summary Judgment, filed on July 22, 2013.

DATED: Honolulu, Hawai'i, July 24, 2013.

>DONNA Y. L. LEONG
>Corporation Counsel
>
>
>By:  /s/ D. Scott Dodd
>       D. SCOTT DODD
>       Deputy Corporation Counsel
>
>       Attorney for City Defendants
>       LOUIS KEALOHA, and the
>       CITY AND COUNTY OF
>       HONOLULU

**11-05983/292747**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. CV11-00589 ACK-BMK; FISHER V. KEALOHA, *ET AL.*; DEFENDANTS LOUIS KEALOHA AND CITY AND COUNTY OF HONOLULU'S RESUBMITTAL OF REDACTED EXHIBITS "A" - "D" TO DEFENDANTS LOUIS KEALOHA AND CITY AND COUNTY OF HONOLULU'S SEPARATE AND CONCISE COUNTER-STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, FILED ON JULY 22, 2013