KN-11-089

# HONOLULU POLICE DEPARTMENT STATEMENT FORM

Report No. 97-432623

| Statement of: N___ F___ | Classification: Abuse HYM |
| Address: [redacted] | Date of Occurrence: 11-5-97 |
| Age: 15  Date of Birth: __/__/82  SSN: ___-__-__92 | Occupation: Student |
| Res. Ph.: 236-4146  Bus. Ph.: — | Employer: |
| Location of Interview: | |

Please give a detailed statement answering all of the following questions:
1. What DATE and TIME did it happen?
2. WHERE did it happen?
3. WHO was involved?
4. What WITNESSES do you know of?
5. WHAT happened?
6. HOW did it happen?
7. WHY did it happen (prior events/causes)?
8. ANY OTHER relevant information?
9. DID YOU IDENTIFY any suspects? Explain.
10. DID YOU IDENTIFY any weapons? Explain.
11. ... any property? Explain.
12. ... any vehicles? Explain.

The undersigned freely and voluntarily provides the following statement:

1. 11-5-97  7:30 p.m.
2. 45-342 Lilipuna Rd. #309 Kaneohe, HI 96744 Bathroom, Kitchen.
3. me (N___ F___), mom (Colette Fisher), Dad (Tirk Fisher)
4. two neighbors - Valerie Clough, Lisa Demerest.
5. My mom and dad had been arguing. Voices were being raised. My mom walked into the bathroom to walk away. My dad followed. She yelled, I ran to see what was going on. My dad had pushed her up against the bathroom closet. Then he pushed her out of the bathroom into the hallway wall. That's when I grabbed my mom, pulled her into the living room while hugging her and asking her to stop yelling. My parents started arguing again. They ended up arguing in the kitchen. He pushed her into the kitchen wall about two times, then I went and was in between them. I hugged my mother while they were arguing. At the same time I

I have read this statement prepared by _____ which consists of this typed/handwritten page and ____ continuation page(s), and have been given the opportunity to make corrections thereon. I attest that this statement is true and correct to the best of my knowledge, and that I gave this statement freely and voluntarily without coercion or promise of reward.

Signature: Nicole Fisher
Date: 11-5-97   Time: 8:04 PM

Investigator's Signature: [signature]
Date: 11-5-97   Time: 2004

HPD-252 (R-12/96)

CORP COUNSEL

EXHIBIT B                                                                C-00014

KN 11-989

**STATEMENT FORM CONTINUATION PAGE**     Page 2 of ___ pages

Statement of: N███ F███     Rpt. No.: 97432627

was holding her back and "trying" to protect her from my dad hitting or pushing her again. But he pushed me making me stumble forward, into the kitchen wall. Then he pushed us again. I ran out of the house into the neighbor's house. They called 911. I heard screaming so I came back into my house. I didn't want to get hit by anything, anyone. So I went outside and stood there with "aunty" Valerie. Aunty Lisa went inside the house and stood in between my mom and dad. My dad was still arguing with my mom while Lisa was in between them. Aunty Val went in and tried to tell my dad not to hit my mom. I stood outside and watched. My dad pushed aunty Val into my mom. I ran away from the kitchen door, down the hall in case he walked out. I didn't want to get hit. I heard glass or something fall and break. All the neighbors were outside by that time. My neighbor aunty Connie asked me to go downstairs by her; but my mom came outside and the police officers walked into the house. My mom wanted my dad arrested so the police brought these papers up and took a picture of my back where my dad had pushed me. My upper right shoulder. When he pushed me, I felt where he pushed me; it was a little sore, but I was not badly injured.

Signature: [redacted]   Date: 11-5-97   Time: 8:04 pm.
Investigator's Signature: [signature]   Date: 11-5-97   Time: 2000

HPD-252A (R-12/96)

CORP COUNSEL

C-00015