KN-11-089

# HONOLULU POLICE DEPARTMENT STATEMENT FORM    Report No. 97432-621/623

| | |
|---|---|
| Statement of: Lisa M Demarest | Classification: Abuse 4HM |
| Address: [redacted] | Date of Occurrence: 11/5/97 |
| Age: 30   Date of Birth: [redacted]/67   SSN: [redacted]856 | Occupation: Hairstylist |
| Res. Ph.: 235-7941   Bus. Ph.: 236-4514 | Employer: Fantastic Sam's |
| Location of Interview: | |

Please give a detailed statement answering all of the following questions:
1. What DATE and TIME did it happen?
2. WHERE did it happen?
3. WHO was involved?
4. What WITNESSES do you know of?
5. WHAT happened?
6. HOW did it happen?
7. WHY did it happen (prior events/causes)?
8. ANY OTHER relevant information?
9. DID YOU IDENTIFY any suspects? Explain.
10. DID YOU IDENTIFY any weapons? Explain.
11. ... any property? Explain.
12. ... any vehicles? Explain.

The undersigned freely and voluntarily provides the following statement:

(1) 11/5/97    7:30 - 7:45 pm.
(2) 45-342 Lipuna Rd Apt. 309
(3) Colette, N[redacted] & Kirk Fisher.
(4) Me & Roommate Valerie.
(5) Heard yelling & a slamming the Door. N[redacted] came Running to our Door. Saying [redacted] He's (Kirk) pushing her (Colette) call the police. I told N[redacted] come in the house, then I went over. Kirk was in the Kitchen, Colette in the Living Room yelling at each other. I enter the Apartment to keep them apart. Try to keep them from getting Fisical. Val later came to the apartment to help me. Kirk was yelling Val said you Don't have to be pushing Colette a n[redacted] then he (Kirk) came and pushed Val, then colette jumped Kirks Back to keep him away from val. then me & val pulled them apart. Val left to check on n[redacted]

I have read this statement prepared by _____ which consists of this typed/handwritten page and ___ continuation page(s), and have been given the opportunity to make corrections thereon. I attest that this statement is true and correct to the best of my knowledge, and that I gave this statement freely and voluntarily without coercion or promise of reward.

Lisa M Demarest                              [signature]
Signature                                    Investigator's Signature
Date: 11/5/97   Time: 8:25 pm    Date: 11-5-97   Time: 2025

HPD-252 (R-12/96)

CORP COUNSEL

EXHIBIT D                                                    C-00018

KN-11-089

**STATEMENT FORM CONTINUATION PAGE**

Page ____ of ____ pages

Statement of:

Rpt. No.: 97932621/623

I stayed with Colette keeping her on the lanai. So she wouldn't say anything else to Kiek. Then the police came.

Signature: Lisa M Demarest
Date: 11/5/97    Time: 8:25

Investigator's Signature:
Date: 11-5-97    Time: 2025

HPD-252A (R-12/96)

CORP COUNSEL

C-00019