# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589 ACK-BMK |
| CASE NAME: | <u>Fisher v. Kealoha et al.</u> |
| ATTYS FOR PLA: | Donald L. Wilkerson & Te-Hina Ickes from Honolulu, HI |
| ATTYS FOR DEFT: | D. Scott Dodd & Mark Murakami from Honolulu, HI |
| ATTS For Amicus | Hawaii Defense Foundation:  Alan A. Beck from San Diego, CA |
| | Brady Center to Prevent Gun Violence:  Mark M. Murakami, Jeff Kosseff, and Phillip Rubin |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 7/29/2013 | TIME: | |

COURT ACTION:

On July 28, 2013, amicus curiae Hawaii Defense Foundation filed a Motion to Appear by Phone.  ECF No. 95.  The Court grants leave for Hawaii Defense Foundation to appear before the Court via telephone at the hearing set for August 12, 2013.  The Court notes that Hawaii Defense Foundation would be better represented if counsel appeared in person at the hearing.  IT IS SO ORDERED.

Submitted by Leslie L. Sai, Courtroom Manager