IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __12-17199__   U.S. District Court Case No. __1:11-cv-00589-ACK-BMK__

Short Case Title __Kirk Fisher v. Louis Kealoha, et al__

Date Notice of Appeal Filed by Clerk of District Court __October 1, 2012__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| see attached | see attached | Other (please specify) |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII  OCT 09 2012  at 9 o'clock and __ min. __ M.  SUE BEITIA, CLERK

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __October 8, 2012__   Estimated date for completion of transcript _____

Print Name of Attorney __D. Scott Dodd__   Phone Number __(808) 768-5194__

Signature of Attorney _____

Address __Department of the Corporation Counsel City and County of Honolulu 530 S. King Street, Room 110, Honolulu, HI 96813__

**SECTION B** - To be completed by court reporter

I, _____
(signature of court reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

FILED IN THE UNITED STATES DISTRICT COURT  Have received this designation.  AUG 01 2013  at 1 o'clock and 00 min. PM  SUE BEITIA, CLERK

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __10-11-12__   Court Reporter's Signature __Katherine Cosma__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__   __8/1/13__   BY: __Sam M. Germino__
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

U.S. Court of Appeals Case No. <u>12-17199</u>

U.S. District Court Case No. <u>1:11-cv-00589-ACK-BMK</u>

Short Case Title Number <u>Kirk Fisher v. Louis Kealoha, *et al.*</u>

Date Notice of Appeal Filed by Clerk of District Court <u>October 1, 2012</u>

SECTION A

Hearing Date(s) <u>April 9, 2012</u> ✓
Court Reporter <u>Gloria Bediamol</u>
Proceedings (strike portions not desired)

| 04/09/2012 | 24 | 6.7 KB | EP:Motions Hearing held on 4/9/2012 10 Defendant City and County of Honolulu Amended Motion to Dismiss for Partial Dismissal of Complaint Filed September 28, 2011 and 16 Defendant Louis Kealohas Motion for Partial Dismissal of Complaint filed 9/28/2011. Oral Discussion Held. Motions' are hereby taken under Advisement. (Court Reporter Gloria Bediamol.) (JUDGE ALAN C KAY)(lls, )No COS issued for this docket entry (Entered: 04/09/2012) |

Hearing Date(s) <u>June 14, 2012</u> ✓
Court Reporter <u>Katherine Eismann</u>
Proceedings (strike portions not desired)

| 06/14/2012 | 32 | 6.7 KB | EP:Motion Hearing held on 6/14/2012 re 18 MOTION for Preliminary Injunction filed by Kirk C. Fisher-Oral Discussion Held. Plaintiffs Counsel will submit the Transcript from the Family Court Hearings pertaining to the Plaintiff by Thursday, 6/21/2012. The Defendants will be given four business days from 6/21/2012 to respond to any transcript and/ or memorandum that the Plaintiff files. The Motion for Preliminary Injunctions is taken under advisement. (Court Reporter Katherine Eismann.) (JUDGE ALAN C KAY)(lls, )No COS issued for this docket entry (Entered: 06/14/2012) |