Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

KIRK C. FISHER,          CIVIL NO.CV11 00589 ACK-BMK
          Plaintiff,     )
                         )
vs.                      )
                         )
LOUIS KEALOHA, as an     )
individual and in his    )
official capacity as     )
Honolulu Chief of Police;)
PAUL PUTZULU, as an      )
individual and in his    )
official capacity as former)
Honolulu Acting Chief of )
Police; CITY AND COUNTY OF)
HONOLULU; HONOLULU POLICE )
DEPARTMENT and DOE       )
DEFENDANTS 1-50,         )
          Defendants.    )
_____ )

DEPOSITION OF KIRK C. FISHER

     Taken on behalf of the Defendant City and County
of Honolulu, at the office of City and County of
Honolulu, Honolulu Hale, Room 110, 530 South King Street,
Honolulu, Hawaii, commencing at 9:00 a.m., on April 17,
2013, pursuant to Notice.

BEFORE:   LEIGH ANNE MEEKS, RPR, CSR NO. 483

---

Page 2

1              APPEARANCES
2    For Plaintiff in Civil No. CV11 00589 ACK-BMK:
3         DONALD L. WILKERSON
          Law Offices of Donald L. Wilkerson
          Bishop Square, Pauahi Tower, Suite 1320
4         1003 Bishop Street
          Honolulu, Hawaii  96813
5
6
7    For the Defendant City and County of Honolulu:
          D. SCOTT DODD
          Deputy Corporation Counsel
8         Department of the Corporation Counsel
          City and County of Honolulu
9         Honolulu Hale, Room 110
          530 South King Street
10        Honolulu, Hawaii  96813
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25              -o0o-

---

Page 3

1                 I N D E X
   EXAMINATION BY:
2
3    Mr. Dodd................................   4
4    Mr. Wilkerson...........................   50
5
6
7
8
9                   -o0o-
10
11
12
13
14         INDEX OF EXHIBITS
15                   PAGE
16   Exhibit 1  Terms and Conditions of Probation    42
17   Exhibit 2  Acknowledgment of Receipt of         43
              conditions of Probation/DAGP/DANCP
18            Supervision
19
20
21
22
23
24
25                  -o0o-

---

Page 4

1    (Disclosure Available for Counsel.)
2         KIRK C. FISHER,
3    having been first duly sworn,
4    testified upon his oath as follows:
5              EXAMINATION
6    BY MR. DODD:
7    Q.   Can you state your full name for the record?
8    A.   Kirk Cogswell Fisher.
9    Q.   Okay.  Mr. Fisher, my name is Scott Dodd, and I
10   represent the City defendants in this matter.  I'll be
11   using the word incident or occurrence to describe the
12   facts relating to your allegations and claims in this
13   lawsuit.  Is that okay?
14   A.   Uh-huh.
15   Q.   Okay.  One thing I ask is that you answer all
16   questions with -- verbally with a yes or a no because
17   uh-huh's or huh-uh's or shakes of the head don't appear
18   on the record.
19   A.   Yes.
20   Q.   Okay.  Thank you.
21        You are familiar with the occurrence or
22   incident in this lawsuit.  Correct?
23   A.   Yes.
24   Q.   Okay.  Have you had an opportunity to speak
25   with your attorney before today to get ready for the

Draft Copy

EXHIBIT E

Page 5

1  deposition?
2      A.   Yes.
3      Q.   Okay.  And did your attorney explain to you
4  what your deposition would be like?
5      A.   Yes.
6      Q.   Okay.  Do you know what a deposition is?
7      A.   Yes.
8      Q.   And do you understand what an oath is?
9      A.   Yes.
10     Q.   Okay.  And an oath is what?
11     A.   Is to basically telling the truth and upholding
12  the law and being a citizen of rank and status.
13     Q.   Okay.  So could we agree that an oath is a
14  promise to tell the whole truth and nothing but the
15  truth?
16     A.   Yeah.
17     Q.   Okay.  Do you understand that you must answer
18  all questions truthfully and fully unless you are
19  instructed by your attorney not to do so?
20     A.   Yes.
21     Q.   Okay.  Do you understand that what you say,
22  that is your testimony, will be taken down word for word
23  and typed up as a transcription of your testimony?
24     A.   Yes.
25     Q.   Okay.  And do you understand that the

Page 6

1  transcript of your testimony may be used at trial should
2  this case proceed that far?
3      A.   Yes.
4      Q.   Okay.  Do you understand that you have an
5  opportunity to review your deposition testimony before
6  trial?
7      A.   I'm aware of that now.
8      Q.   Okay.  So in other words, after we're finished
9  here, the court reporter will type everything up and it
10  will be provided to you through Mr. Wilkerson and you can
11  review your transcript, and if there's any errors or
12  anything like that, you can make changes to it.  Do you
13  understand?
14     A.   Yes, I understand.
15     Q.   Okay.  But do you understand that if you do
16  make any changes, these changes may be commented on at
17  trial, if it goes that far?
18     A.   I understand.
19     Q.   Okay.  If, at any time, you do not understand
20  any question that I ask, please ask me -- or please tell
21  me that you don't understand and you can ask me to
22  rephrase it.  Do you understand?
23     A.   Yes, sir.
24     Q.   Okay.  If you do answer a question, I will
25  assume that you have both heard and understand the

Page 7

1  question.  Is that fair?
2      A.   That is quite fair.
3      Q.   Okay.  And you understand that it is a crime to
4  lie or provide false or misleading information under
5  oath?
6      A.   Yes.
7      Q.   Okay.  Now if I could get some additional
8  background information from you.  You've already given me
9  your name.  Have you ever had a name change or anything
10  like that?
11     A.   No.
12     Q.   Okay.  Any nicknames that you go by?
13     A.   Not officially, but they call me the fish man.
14     Q.   Okay.  And what's your home address at the
15  present time?
16     A.   45-105 Mahalani Circle.
17     Q.   Okay.  Do you have a business address?
18     A.   Yeah, but I'm not familiar with it.  It's
19  ThyssenKrupp Elevator, and I'm out on the field all the
20  time.  So basically I comment to them through phone.  I
21  don't really go to the office.
22     Q.   Okay.  Do you know the business telephone
23  number?
24     A.   No, but I have my boss's number.  216-2388,
25  Darren Hamasaki.

Page 8

1      Q.   Okay.  And could I ask you for just the last
2  four digits of your Social Security number?
3      A.   4740.
4      Q.   Okay.  Do you hold any licenses, such as a
5  hunting license, fishing license, gun license?
6      A.   Yes.
7      Q.   Okay.  Which kinds?
8      A.   The hunting, and I'm registered with the boat
9  ramp so I can launch my boat, and I'm a yacht club
10  member.
11     Q.   Is that the Waikiki Yacht Club?
12     A.   Kaneohe Yacht Club.
13     Q.   Okay.  And what's your date of birth?
14     A.   July 19th, '56.
15     Q.   And that makes you how old in years?
16     A.   56.
17     Q.   And was your name at birth the same that you
18  gave us earlier today?
19     A.   Yes.
20     Q.   Okay.  Where was your place of birth?
21     A.   Patterson, New Jersey.
22     Q.   Are you a U.S. citizen?
23     A.   Yes.
24     Q.   In what state are you registered to vote?
25     A.   Honolulu, Hawaii.

Page 9

1    Q.   How long have you lived at your present
2  residence address?
3    A.   I believe it's a little over two months.
4    Q.   Okay.  Do you remember where you lived before
5  that?
6    A.   Puahuula, 45-443, Kaneohe, Hawaii.
7    Q.   Do you remember how long you lived there?
8    A.   Just about eleven and a half years.
9    Q.   Do you own the place you are at presently?
10   A.   No.  I'm renting.
11   Q.   Okay.  What about the Puahuula --
12   A.   I was renting there, also.
13   Q.   Before the Puahuula residence, where were you
14  living?
15   A.   Cliff View.  I think it was apartment 6.
16  Forgive me, I can't remember the name of the street, but
17  it's just off the main drag on Kaneohe town.
18   Q.   Off of Kahekili Highway?
19   A.   Yes.
20   Q.   Okay.  Are you presently married?
21   A.   Yes.
22   Q.   Okay.  And what's your spouse's name?
23   A.   Colette Desiree Fisher.
24   Q.   Okay.  How long have you been married?
25   A.   Oh, man, I can't remember that kind of thing.

Page 10

1  I believe it's been about 23 or 24 years.
2    Q.   Okay.  Did you ever get divorced and then
3  remarried?
4    A.   No.
5    Q.   Okay.  Do you have -- let's see.
6          Where were you married?
7    A.   It was Haiku Gardens in Kaneohe.
8    Q.   When did you move to Hawaii?
9    A.   '59.
10   Q.   So you attended school in Hawaii?
11   A.   Yes.
12   Q.   Okay.  Where did you go to high school?
13   A.   Castle High.
14   Q.   Okay.  Did you graduate?
15   A.   Summer school.
16   Q.   Okay.  What year was that?
17   A.   '75.
18   Q.   Did you go to take any college classes?
19   A.   No.
20   Q.   Did you begin working straight out of Castle?
21   A.   Yes.
22   Q.   Okay.  What was your first employment?
23   A.   Daycare center on base, Kaneohe Marine Corps
24  Air Station.
25   Q.   So did you enlist in the Marines?

Page 11

1    A.   No.
2    Q.   Were you a civilian worker?
3    A.   Yes.
4    Q.   Okay.  Did you ever enlist in the Army or the
5  Marines or the Navy?
6    A.   No.
7    Q.   Do you have any children?
8    A.   One.
9    Q.   And --
10   A.   Nicole.
11   Q.   Okay.  So a daughter?
12   A.   Adopted.
13   Q.   Okay.  What's her date of birth?
14   A.   Oh, boy.  She's 30 now.  Help me out.  My math
15  is bad.  That would be --
16       MR. WILKERSON:  '83.
17       THE WITNESS:  '83?
18       MR. WILKERSON:  (Nods head.)
19       THE WITNESS:  Thank you.
20  BY MR. DODD:
21   Q.   Okay.  And your spouse Colette, she lives with
22  you now?
23   A.   Yes.
24   Q.   Where does your daughter live?
25   A.   Poipu on North Kalaheo, Kailua.

Page 12

1    Q.   Okay.  Is Nicole married?
2    A.   Yes.
3    Q.   Okay.  And what's her spouse's name?
4    A.   Tracy Bottwell.
5    Q.   All right.  Okay.  How old was Nicole when you
6  adopted her?
7    A.   I believe she was 7.
8    Q.   Okay.  I'd like to ask you about your criminal
9  record other than the conviction for the incident in this
10  case.  Have you ever been convicted of any other either
11  felony or misdemeanor?
12   A.   I'm not entirely sure.  I was riding at -- in
13  the rock quarry and I was in trouble up there.  I don't
14  recall if they convicted me for trespassing or not.
15   Q.   Were you riding a motorcycle?
16   A.   Yes.
17   Q.   Was that like a dirt bike?
18   A.   Yes.
19   Q.   Were you -- I won't say pulled over, but were
20  you stopped by the police?
21   A.   Yes.
22   Q.   Okay.  Do you remember when this occurred?
23   A.   I was probably about 14.
24   Q.   Did you ever have to go to court or anything
25  for that?

Page 13

1    A.   I don't recall.
2    Q.   So you don't have a recollection of paying any
3  fine or anything like that?
4    A.   No.
5    Q.   Okay.  Any other arrests or anything like that?
6    A.   Does a DUI count?
7    Q.   If you -- were you arrested?
8    A.   Yes.  There was an accident involved.
9    Q.   Okay.  Do you remember what year that was?
10   A.   No.
11   Q.   Was it within the past ten years?
12   A.   No.
13   Q.   Was it more than 15 years ago?
14   A.   Yes.
15   Q.   Do you remember the circumstances of the
16  accident?
17   A.   Yeah.
18   Q.   Okay.  Could you describe what happened?
19   A.   I was circling Hotel Street.  I was in the far
20  left lane, persons were in the far right lane with a
21  hooker on the hood of his car, and for whatever reason,
22  he pulled severely to the left-hand side of the road, put
23  his brakes on and I hit him.  Such lady fell off the
24  front and ran away.  That part was not on the report.
25       The person I hit was a Mainland person.  My

Page 14

1  truck was undrivable, had to get it towed, and I had a
2  few beers, and because of that, I got arrested for a DUI.
3    Q.   Did you have to do the field sobriety test at
4  the scene?
5    A.   No.
6    Q.   Did they bring you down to the station?
7    A.   Yes.
8    Q.   Did they have you blow into a Breathalyzer or
9  something like that?
10   A.   I don't recall, but, yeah, I would assume so.
11  No blood test was taken, so it must have been a breath
12  test.
13   Q.   Was your license revoked or anything due to
14  that incident?
15   A.   I do not recall.
16   Q.   Did you have to do any jail time as a result of
17  that?
18   A.   No.
19   Q.   Did you pay a fine?
20   A.   Yes.
21   Q.   Do you remember how much that was?
22   A.   No, I don't remember.  There was community
23  service involved and some other criteria.  I don't
24  remember what it was.
25   Q.   Do you remember if there -- was there an

Page 15

1  administrative driver's license revocation or anything
2  like that?
3    A.   What do you mean by that?
4    Q.   Well, nowadays there's a -- driving under the
5  influence, there's two unpleasant things that happen to
6  you.  One is the criminal case, and then there's also an
7  administrative driver's license revocation.  So they --
8  there's two parts to it.  So that's the one that takes
9  your license usually is administrative.
10   A.   See, I don't remember them taking my license
11  because I still got to drive in the daytime to work.
12   Q.   Okay.  So there was a restriction, but you kept
13  your license?
14   A.   Yes.  That makes sense.
15   Q.   Okay.  Any other arrests or anything like that
16  that you can remember?
17   A.   No.
18   Q.   All right.  Okay.  Now I'd like to ask you some
19  questions about this specific lawsuit.  You are suing for
20  an asserted violation of your Constitutional rights.  Is
21  that correct?
22   A.   Yes.
23   Q.   And your claim is that the City, through the
24  Honolulu Police Department, violated your Constitutional
25  rights.  Is that correct?

Page 16

1    A.   Yes.
2    Q.   And if I understand correctly, this was due to
3  the police department's denial of your application for a
4  firearms permit?
5    A.   Yes.
6    Q.   Okay.  What is your understanding of why the
7  police department denied your application for a permit to
8  acquire firearms?
9    A.   I believe it was a misunderstanding, an
10  interpretation.
11   Q.   A misunderstanding of the law?
12   A.   Yes.
13   Q.   At the present time, the City has granted your
14  application for a firearms permit.  Is that correct?
15   A.   Yes.
16   Q.   And did you acquire a firearm after you
17  received that permit?
18   A.   The ones that I've owned I received back.
19   Q.   Okay.  Did you apply for an application to
20  acquire an additional firearm?
21   A.   Yes.
22   Q.   Okay.  Did you acquire an additional firearm?
23   A.   No.
24   Q.   Oh, okay.
25   A.   That's part of the process.  You have to go

Page 17

1    through all of that.
2         Q.   All of -- but you did acquire the permit to
3    acquire an additional firearm or was the --
4         A.   It's kind of the same.  The way I can explain
5    it is to receive my properties back from the HPD, if you
6    turn it into them or into a gunsmith and/or to a gun
7    shop, you need to have all your papers in order to get
8    them back.  You need to show them the request to
9    purchase.
10        Q.   Okay.  Getting -- I guess, let me ask that
11   question then.  When there was the incident in 1997 and
12   then the -- you were -- had a criminal case that arose
13   out of that incident.  Is that correct?
14        A.   Yes.
15        Q.   And you were required to surrender your
16   firearms -- or let's say you had -- let me back up.
17             At that time the incident occurred, you
18   legally possessed certain firearms.  Is that correct?
19        A.   Yes.
20        Q.   Okay.  Could you describe which firearms you
21   possessed at that time?
22        A.   Walther PPK .380 handgun.
23        Q.   Anything else.
24        A.   .22.  It's called a Ruger 10/22 rifle.  I have
25   a bolt-action Winchester .22 as well.

Page 18

1         Q.   My question was -- this is at that time in
2    1997?
3         A.   Uh-huh.
4         Q.   Okay.  Bolt-action .22 rifle.  Was that a
5    Remington?
6         A.   Winchester.
7         Q.   Oh, Winchester.  Excuse me.
8              Okay.  Any other firearms?
9         A.   Not registered.
10        Q.   Okay.  What are the unregistered firearms?
11        A.   Winchester pump .22.
12        Q.   Anything else?
13        A.   St. Etienne .70-caliber flintlock.
14        Q.   Anything else?
15        A.   No.
16        Q.   As a result of the criminal action in 1997
17   through 1998, were you required to surrender all
18   registered firearms?
19        A.   Yes.
20        Q.   And did you do so?
21        A.   Yes.
22        Q.   What about the unregistered firearms?
23        A.   They are antiques and they don't fall under
24   that jurisdiction.
25        Q.   Okay.  So you did not surrender those, the

Page 19

1    Winchester pump .22 and the flintlock?
2         A.   I had laid them out for them to take and they
3    left them.
4         Q.   Okay.  So they informed you that they did not
5    need to seize those?
6         A.   Yes.
7         Q.   Okay.  And my understanding is that as a result
8    of this lawsuit -- or during the pendency of this
9    lawsuit, you acquired a firearms permit and that resulted
10   in your -- how do I say it?  That resulted in you getting
11   back your -- the three guns that you had surrendered?
12        A.   Yes.
13        Q.   And have you -- you have not acquired any
14   additional firearms?
15        A.   No.
16        Q.   So let me see if I -- please help me with --
17   make sure I have -- strike that.
18             Just so that I understand, is the lawsuit
19   now about the violation of your Constitutional rights
20   from the time of the denial of the permit until the time
21   that you obtained your firearms permit?  Is that correct?
22        A.   Yes.
23        Q.   Okay.  So just some procedural stuff or some
24   things.  Do you believe that a person convicted of a
25   crime of violence should be permitted to possess a

Page 20

1    firearm?
2              MR. WILKERSON:  Objection, irrelevant.
3    You can answer.
4    BY MR. DODD:
5         Q.   Your attorney can object -- I should have said
6    that.  Your attorney may object from time to time, but
7    unless he tells you not to answer, then --
8         A.   I'm not really sure how to answer that because
9    that would be a yes and no for me.  Depends on the crime.
10             MR. WILKERSON:  I object to it.  Vague and
11   ambiguous.  Calls for a narrative.
12   BY MR. DODD:
13        Q.   There you go.  It depends.
14             So I'm just asking for your understanding,
15   because it has to do with the allegations of the lawsuit.
16   And so I'm not asking for a legal, you know, opinion,
17   it's just your opinion.
18        A.   Yes.
19        Q.   Okay.  What is your position on whether a
20   municipality may deny a permit to acquire firearms or
21   possess firearms to persons convicted of crimes of
22   violence?
23        A.   What does that mean?
24        Q.   That is a little bit vague, isn't it?
25             Do you believe it is legal for a

Page 21

1  municipality to deny a permit -- or firearms permit to a
2  person convicted of a crime of violence?
3       A.   Yes.
4       Q.   And so do you believe that it is legal for a
5  municipality to deny a firearms permit to persons
6  convicted of crimes of violence?
7            MR. WILKERSON:  Objection, calls for a
8  legal conclusion.
9       A.   Yes.
10 BY MR. DODD:
11      Q.   Okay.  We've already talked about the firearms
12 that you presently have.
13           And I believe you said you had a hunting
14 license?
15      A.   Yes.
16      Q.   Okay.  What does that allow you to hunt, for
17 lack of a better term?
18      A.   Pretty much anything that's on the menu.  By
19 state, you have a catch limit and what you can catch
20 during the season.
21      Q.   Okay.  Is that for land and ocean or --
22      A.   Yes.
23      Q.   Okay.  So is it -- is the fishing license
24 different from a hunting license?
25      A.   I believe so.

Page 22

1       Q.   Okay.  What -- I --
2       A.   I have to say I'm not sure, because DLNR, you
3  know, they -- their jurisdiction is both forest and the
4  ocean.  So I would kind of think they're the same.
5       Q.   Okay.  This is not to trick you up.  I just
6  don't know about the hunting license.  So --
7       A.   Yeah, I'm not sure either, but when I went to
8  class for the hunting, the gauntlet was open.
9       Q.   Okay.  So does the hunting license -- let me
10 just see if I can clarify this.  Does it allow you to
11 hunt, let's say, wild pigs?
12      A.   Yes.
13      Q.   Okay.  And what are the -- what does it say
14 about, like, the restrictions or anything like that?
15 Like, what is permitted?  Not legally, but, I mean, you
16 know, certain things are not permitted and certain
17 things --
18      A.   It's a bag limit.
19      Q.   And bag limit is how many you can take?
20      A.   Yes.
21      Q.   Okay.  What is the limit?
22      A.   Gosh, I don't hunt pig.  They're way too
23 dangerous for me.
24      Q.   Okay.  If you know, when you -- the people who
25 hunt pigs with, like, a bow, bow and arrow, do they also

Page 23

1  need to get a hunting license?
2       A.   Yes.
3       Q.   So it's not so much what you use to kill it,
4  it's just that you're hunting animals?
5       A.   Yes.
6       Q.   So what do you -- what game do you typically
7  hunt?
8       A.   Pheasant, deer, goat.  We have a type of quail
9  here, and some geese.
10      Q.   Okay.  For the birds -- or, I guess, foul, do
11 you use a shotgun for hunting?
12      A.   No.
13      Q.   How do you hunt those?
14      A.   I hunt them with my .22.
15      Q.   I would imagine that is more difficult to take
16 them down?
17      A.   The challenge is there, yes.  That's why I like
18 it.
19           I fish very much the same way.  I use light
20 line.  I only use small tackle.  Give the prey a chance.
21      Q.   What are the -- like the hunting license, does
22 it give you a -- you said bag limit.  I guess that's a
23 number of animals you can take.  Is that a per year limit
24 or per season?
25      A.   Per season.

Page 24

1       Q.   So if you're hunting deer, what's the season
2  for that?
3       A.   It's -- I think it's a four-month, mostly
4  during the summer.
5       Q.   Is that done on Oahu?
6       A.   Molokai.
7            We do have goat here.
8       Q.   Goat, yes.
9       A.   Big horn ram.
10      Q.   Is the season for goat -- is that the same?
11      A.   Yes.
12      Q.   Okay.  And is it -- the hunting license, do you
13 need, like, multiple hunting licenses for the different
14 animals or do you just get a hunting license?
15      A.   I was told, the class I went to, covers
16 everything.
17      Q.   Okay.  And do you have to renew that every
18 year?
19      A.   No.
20      Q.   How long is a hunting license good for?
21      A.   I don't know.  I think I have it with me.
22           No.  It's in my car.
23      Q.   Okay.  But it's not a yearly renewal?
24      A.   No.
25      Q.   Okay.  Do you remember the last time you had to

Page 25

1   renew it?
2       A.   No.
3       Q.   Okay.  Did you take any formalized firearms
4   training?
5       A.   Yes.
6       Q.   Can you describe for us what that was?
7       A.   You have to go into the field.  There's a
8   trainer.  They give you -- and you can bring your own
9   firearms to handle.  They show you the safety and the ins
10  and outs of the particular.
11      Q.   Is that -- do you have to show evidence of
12  training when you apply for a firearms permit?
13      A.   No, but they asked me for my hunting license.
14      Q.   Okay.  Do you remember where that training was?
15  Was it -- do they have it over at Koko Head?
16      A.   It was at Koko Head, yes, but the classes were
17  held off limits.
18      Q.   So there's two parts of this training, it was
19  some classroom time and some field time?
20      A.   Yes.
21      Q.   Do you remember when you did that?
22      A.   No.
23      Q.   Was it within the past ten years?
24      A.   20.
25      Q.   Maybe within the past 20 years?

Page 26

1       A.   (Nods head.)
2       Q.   Okay.  And it was here, though?
3       A.   Uh-huh.
4       Q.   That's a yes.  Right?
5       A.   Yes.  Pardon me.
6       Q.   Okay.  Thank you.
7            Did you achieve or have you received any
8   awards or anything like that or -- regarding proficiency
9   with firearms?
10      A.   No.
11      Q.   Okay.  I'd like to start and get into the
12  incident of November 5, 1997.  Do you remember that date?
13      A.   Yes.
14      Q.   Okay.  And I'd like to start by asking you if
15  you'd had any alcoholic beverages within the 24-hour
16  period before the occurrence?
17      A.   Yes.
18      Q.   Okay.  Can you describe the kind of drink?
19      A.   Beer.
20      Q.   Okay.  Do you remember approximately how much?
21      A.   I believe about a six-pack.
22      Q.   Okay.  My understanding of the events is it
23  occurred at approximately 7:00 p.m. at night.  Is that
24  correct?
25      A.   Approximately.

Page 27

1       Q.   Okay.  So do you remember in what time period
2   you'd had the alcohol prior to 7:00 p.m.?
3       A.   During the day.
4       Q.   Okay.
5       A.   I was out fishing.
6       Q.   Oh, okay.
7            So you went fishing that day?
8       A.   Yes.
9       Q.   What time did you go fishing?  Like, when did
10  you leave?
11      A.   Just after 8:30, right about that, close to
12  9:00.  8:30 to 9:00, something like that.
13      Q.   In the morning?
14      A.   Yeah, that's when I usually leave.  Go bright
15  and early.
16      Q.   Did you go by yourself?
17      A.   Yes.
18      Q.   And where did you go fishing?
19      A.   Kaneohe Bay.
20      Q.   Did you go by boat?
21      A.   Yes.
22      Q.   Did you take your own boat?
23      A.   Yes.
24      Q.   And was your boat kept in Kaneohe?
25      A.   Yes.

Page 28

1       Q.   Okay.  And what time did you return to --
2       A.   From fishing?
3       Q.   Fair enough.
4       A.   It was kind of late, 4:30, 5:00-ish.  I usually
5   spend the whole day out there.
6       Q.   And do you fish by trolling?
7       A.   Yes.
8       Q.   Okay.  So that means you have a motorboat as
9   opposed to a sailboat?
10      A.   Yes.
11      Q.   And what time did you get off the water?
12      A.   4:30-ish.
13      Q.   And then you -- at some point, you arrived
14  home?
15      A.   Uh-huh.
16      Q.   Do you remember what time -- that's a yes?
17      A.   No, I don't remember the time I arrived home.
18      Q.   Okay.  So -- I'm sorry.  I messed up my
19  question.  Do you remember what time you arrived home
20  from fishing that day?
21      A.   No, I don't.
22      Q.   Okay.  Was this day a -- do you remember if it
23  was a weekend or a weekday, November 5th?
24      A.   No.
25      Q.   On November 5th, 1997, were you involved in an

Page 29

1  argument or disagreement with your wife or daughter?
2     A.  With my wife.
3     Q.  Okay.  And approximately what time did the
4  argument or disagreement begin?
5     A.  I don't recall the exact time.  Around
6  dinnertime, as close as I can get.
7     Q.  Were you in your residence?
8     A.  Yes.
9     Q.  Okay.  And what was the address of that?
10    A.  If I can remember that.  Been there for ten
11 years.
12         Don't recall the address.  That was off Kam
13 in Kaneohe.
14    Q.  Okay.  But it was not the Puahuula one?
15    A.  No.
16    Q.  Was that a house or an apartment?
17    A.  Apartment.
18    Q.  And who was living there at the time?
19    A.  My daughter, my wife and myself.
20    Q.  Do you remember what the argument was about?
21    A.  No.
22    Q.  Do you remember, was there -- was it a verbal
23 argument?
24    A.  Yes.
25    Q.  Do you remember what the -- do you have any

Page 30

1  recollection of what you were arguing about?
2     A.  No.
3     Q.  Okay.  So you don't remember the substance of
4  the conversation between you and your wife?
5     A.  It was frustration.
6     Q.  Was it frustration on your part or her part?
7     A.  I would -- on her part.
8     Q.  And do you know what she was frustrated about?
9     A.  No.
10    Q.  What about tone of voice?  Was there yelling
11 and screaming?
12    A.  Stern on my half, screaming on her half.
13    Q.  Do you remember any specific gestures that she
14 made?
15    A.  I'm not quite sure what you mean by gestures.
16    Q.  Okay.  Was the argument -- was it merely verbal
17 in nature or were there gestures -- physical gestures --
18    A.  Yes.
19    Q.  -- things like that?
20         Do you remember?  Does anything stand out
21 for you at this point?
22    A.  She had kicked me and punched me and I had
23 pushed her away.
24    Q.  Do you know why she kicked and punched you?
25    A.  Frustration.

Page 31

1     Q.  Do you know what she was frustrated about?
2     A.  She had been drinking.
3     Q.  Do you remember anything that she said?
4     A.  Mostly the nasty stuff.
5     Q.  Were there acts by your wife which incited the
6  argument?
7     A.  I'm not sure what you mean by acts that excited
8  her.
9     Q.  I said incited.
10    A.  Incited?
11         Other than the alcohol driven.
12    Q.  Did she -- I mean, did she -- was she making
13 verbal attacks at you?
14    A.  Yes.
15    Q.  Okay.  Do you remember anything that she said?
16    A.  It was nasty, some swear words.
17    Q.  Was it -- I mean, was she saying things like
18 she wanted you to help around the house?
19    A.  No.
20    Q.  Was she complaining that you were staying out
21 late?
22    A.  No.
23    Q.  Was she complaining that you were working
24 excessive hours?
25    A.  No.

Page 32

1     Q.  Was she complaining of adultery or something
2  like that?
3     A.  No.
4     Q.  Was she complaining about money?
5     A.  No.
6     Q.  Anything else -- I mean -- but anything you can
7  remember that she was specifically upset about?
8     A.  Just basically alcohol-induced anger.
9     Q.  Okay.  And you mentioned that she punched and
10 hit you.
11    A.  Yes.
12    Q.  So did she physically attack you?
13    A.  Yes.
14    Q.  Okay.  Anything other than what you just
15 described, the physical --
16    A.  No.
17    Q.  Okay.  How did she kick you?
18    A.  With her foot to my groin.
19    Q.  And this occurred inside the house?
20    A.  Yes.
21    Q.  Do you remember what room it was in?
22    A.  The living room.
23    Q.  Did that cause you pain?
24    A.  Yes.
25    Q.  Did you -- did it cause you to fall over,

Page 33

1  anything like that?
2      A.   No.
3      Q.   Okay.  Did she do it more than once?
4      A.   No.
5      Q.   What did you do in response to her kicking you?
6      A.   When she kicked me, she then striked me with
7  her fist and I proceeded to push her by her chest away
8  from me.
9      Q.   Describe how she hit you with the fist.
10     A.   Just like a boxer.
11     Q.   What part of --
12     A.   Closed fist to my cheek.
13     Q.   Was it the right or left side?
14     A.   Don't recall.  She's right-handed, though.
15     Q.   And did her fist physically contact your cheek?
16     A.   Yes.
17     Q.   Did you feel pain?
18     A.   No.
19     Q.   And then in response to her doing that, then
20  you pushed her away?
21     A.   Yes.
22     Q.   Was any -- did you do anything else to
23  physically -- was there any other physical contact
24  initiated by you against her?
25     A.   No.

Page 34

1      Q.   Okay.  How many times did you push her?
2      A.   Just the once.
3      Q.   Please describe how you pushed her?
4      A.   Well, just as you showed, both hands on her
5  chest away.
6      Q.   Two hands to her chest?
7      A.   Yes.
8      Q.   When you pushed her, what happened to her?
9      A.   She fell backwards on the ground.
10     Q.   Was this in the living room?
11     A.   Yes, on -- in the living room on the carpet,
12  nothing in her way.
13     Q.   She didn't fall on a table or anything like
14  that?
15     A.   No.
16     Q.   Did anything get knocked over during the
17  struggle?
18     A.   No.
19     Q.   Was your -- was Nicole present at this time?
20     A.   Yes.
21     Q.   What was she doing while this was occurring?
22     A.   As little kids do to distract the parents from
23  their argument, crying.
24     Q.   Did she get involved in a physical manner in
25  the altercation at any point?

Page 35

1      A.   Yes.
2      Q.   What happened with that -- or how did she get
3  involved?  How did Nicole get involved?
4      A.   I had gestured to my daughter to move away and
5  my wife had grabbed her and pulled her to her.
6      Q.   Was this after your wife had kicked and then
7  punched you and then you pushed her?
8      A.   Yes.
9      Q.   Okay.  Then your wife invited Nicole to come to
10  her?
11     A.   Yes.
12     Q.   And did Nicole do that?
13     A.   Yes.
14     Q.   Okay.  At that point, was there any physical
15  contact between you and Nicole?
16     A.   No.
17     Q.   Was there any physical contact between you and
18  Nicole of any kind that -- you know, during that
19  incident?
20     A.   Just me gesturing to her to move away.
21     Q.   But no physical contact?
22     A.   If I touched her -- you know, Nicky, go over
23  there.
24     Q.   Okay.  You didn't push Nicole or anything like
25  that?

Page 36

1      A.   No.
2      Q.   Do you know if Nicole was pushed into a wall or
3  anything like that?
4      A.   I don't recall.
5          MR. DODD:  Okay.  We've been going about an
6  hour.  You want to take a five-minute break.
7          (Discussion off the record.)
8          (Recess.)
9  BY MR. DODD:
10     Q.   Was your wife injured as a result of the
11  actions between you and her on November 5, 1997?
12     A.   No.
13     Q.   Do you know if she claimed any injuries?
14     A.   No.
15     Q.   Does that mean you don't know whether she did
16  or not or you know that --
17     A.   She didn't claim any.
18     Q.   She did not claim any?
19     A.   (Nods head.)
20     Q.   Do you remember if there were any witnesses to
21  the incident other than yourself, Colette or Nicole?
22     A.   No.
23     Q.   Do you know a woman named Valerie Cloe?
24     A.   Yes.
25     Q.   Did she come to the apartment that evening?

Page 37

1    A.   Yes.
2    Q.   What did she do?
3    A.   Other than just run over and console my wife.
4    Q.   Did she do anything other than that?
5    A.   No.
6    Q.   Did you have any physical contact with her?
7    A.   No.
8    Q.   Okay.  Did you push her?
9    A.   No.
10   Q.   Had this -- Ms. Cloe called 911 regarding
11   fights you had had with your wife previously?
12   A.   Not of my knowledge.  I don't know.
13   Q.   Was that incident November 5, 1997 -- was that
14   the --
15          MR. WILKERSON:  I'll object to that last
16   question, assuming facts not in evidence.
17          MR. DODD:  Okay.
18   BY MR. DODD:
19   Q.   Had the police been called to any incident
20   between you and your wife or you and Nicole prior to
21   November 5, 1997?
22   A.   No.
23   Q.   Okay.  Do you know a Lisa Demeris?
24   A.   Yes.
25   Q.   Did she -- was she present during that incident

Page 38

1    on November 5, 1997?
2    A.   Don't recall.  Most likely.  Those two girls
3    live together.  They're my next-door neighbors.
4    Q.   Did you have any physical contact with her?
5    A.   No.
6    Q.   Did Lisa -- was she involved in separating you
7    and Colette?
8    A.   No.
9    Q.   Did Lisa come over to the apartment?
10   A.   I don't recall.
11   Q.   Okay.  So other than what you've already
12   described for us, which is Colette kicking and then
13   punching you and then you pushing her in response, was
14   there any other physical contact between you and her?
15   A.   No.
16   Q.   Okay.  Do you remember the police arriving
17   that -- it was about 7:00 p.m.?
18   A.   (Nods head.)
19   Q.   Was it dark already?
20   A.   Yes.
21   Q.   Okay.  So I'm going to refer to it as that
22   evening.  Were the -- did the police arrive that evening?
23   A.   Yes.
24   Q.   Do you remember approximately what time the
25   police arrived?

Page 39

1    A.   No.
2    Q.   Do you remember how many officers arrived?
3    A.   I think there were three.
4    Q.   Were they all males?
5    A.   No.  There was one woman.
6    Q.   Do you remember their names?
7    A.   No.
8    Q.   Did they talk to you?
9    A.   Yes.
10   Q.   What did they talk to you about?
11   A.   They wanted my side of the story.
12   Q.   Did you speak with a male or female officer?
13   A.   It was one of the male officers.
14   Q.   Do you remember what you were doing when the
15   police arrived?
16   A.   No.
17   Q.   Do you -- were you packing a suitcase when the
18   police arrived?
19   A.   No.
20   Q.   Were you placed under arrest?
21   A.   No.
22   Q.   So you were not placed under arrest that
23   evening?
24   A.   I don't think so.  I don't recall them
25   arresting me for that.

Page 40

1    Q.   You didn't -- you weren't taken from the
2    apartment that night by the police?
3    A.   No.
4    Q.   Okay.  Was there a criminal matter instigated
5    as a result of the events that evening?
6    A.   Explain, please.
7    Q.   Was a -- did the -- excuse me.  Did the -- you
8    know, did the State file criminal action against you as a
9    result of the events that evening?
10   A.   I think so, yes.
11   Q.   Okay.  So do you remember what you were charged
12   with?
13   A.   No, I don't remember what the charge was.
14   Q.   Okay.  Do you remember what the prosecutor
15   alleged that you had done?
16   A.   As close as I can get to it, spouse abuse.
17   Q.   Do you remember being charged with harassment?
18   A.   Yes.
19   Q.   And you were not -- you were not charged with
20   abuse.  Is that correct?
21   A.   That is correct.
22   Q.   Okay.  So you were charged with --
23   A.   It was -- I don't exactly know how that process
24   went.  So I don't know how to explain it to you, but it
25   was reduced to what you said.

Page 41

1   Q.   Reduced to harassment?
2   A.   Right.
3   Q.   How did that criminal matter resolve?
4   A.   In what aspect of --
5   Q.   Well, it terminated at some point, the criminal
6   action.  Correct?
7   A.   Right.
8   Q.   And did you go to trial?
9   A.   Yes.  I guess the -- in promise of -- to take
10  some classes -- it was a management class, a substance
11  class and something else I'm not --
12  Q.   Let me see if I can ask you some questions,
13  maybe help you out.  Did you enter a plea to the charge?
14  A.   Yes.
15  Q.   Do you remember what that plea was?
16  A.   I think it was guilty.
17  Q.   Okay.  So -- and that was the charge of
18  harassment?
19  A.   Yes.
20  Q.   Okay.  And were you sentenced as a result of
21  that plea?
22       Well, the plea leads to the conviction.  So
23  is it your understanding that you were convicted of the
24  charge of harassment?
25  A.   Yes.

Page 42

1   Q.   Okay.  Were you sentenced as a result of that
2   conviction?
3   A.   Not to a jail of sort, just those things I told
4   you that I had to do.
5   Q.   So you didn't have any jail time?
6   A.   No.
7   Q.   Were you sentenced to appear at a probation?
8   A.   Only those courses.
9   Q.   Okay.  So -- actually, I'd like to ask you
10  about certain parts of a probation.  Let me show you what
11  I've had marked as Exhibit 1.
12       (Exhibit 1 marked.)
13  A.   And this is what I'm supposed to look at?
14  BY MR. DODD:
15  Q.   I'm going to ask you some questions on this.
16       Could you read the title of what has been
17  marked as Exhibit 1?
18  A.   Say that again, please.
19  Q.   Could you read the title of this document?
20  A.   "Terms and Conditions of Probation."
21  Q.   Okay.  And above that, what does it say?
22  A.   "State of Honolulu Family Court of the First
23  Circuit."
24  I believe it says "State of Hawaii."
25  A.   "State of Hawaii," yes.

Page 43

1   Q.   Okay.  Can you turn to the second page of the
2   document?
3       Near the bottom of that page, do you see
4   your signature?
5   A.   Yes.
6   Q.   Okay.  And just to the left of that, does it
7   say "Defendant's Signature"?
8   A.   Yes.
9   Q.   Okay.  Is there a date right above your
10  signature?
11  A.   Yes.
12  Q.   What is that date?
13  A.   12-3-97.
14  Q.   All right.  Now I'd also like to show you what
15  I'm going to have marked as Exhibit 2.
16       (Exhibit 2 marked.)
17  BY MR. DODD:
18  Q.   Have you had an opportunity to look at
19  Exhibit 2?
20  A.   Yes.
21  Q.   Okay.  Could you read the title of Exhibit 2?
22  A.   "Acknowledgment of Receipt of Conditions of
23  Probationary AGP/DANCP Supervision."
24  Q.   Yeah, it looks -- I'm sorry.  It's a little
25  bit -- looks like there was --

Page 44

1   A.   Yeah, I don't know what that is.
2   Q.   I think it says "Probation/DAGP/DANCP
3   Supervision."
4   A.   Yes.
5   Q.   Okay.  Does Exhibit 2 -- does your signature
6   appear on Exhibit 2?
7   A.   Yes.
8   Q.   Okay.  Did you sign this -- or is there a
9   date -- there is a a -- well, is there a date on this
10  document?
11  A.   Yes.
12  Q.   What's that date?
13  A.   December 3rd, 1997.
14  Q.   Do you remember if you signed Exhibit 2 on that
15  date?
16  A.   That's my signature.
17  Q.   I understand it's your signature, but do you
18  have a recollection of signing it on December 3, 1997?
19  A.   I don't recall, but I must have signed this,
20  yes.
21  Q.   Okay.  Did you sign Exhibit 2 at the same time
22  you signed Exhibit 1, if you remember?
23  A.   No, I don't remember the two at the same time,
24  but I must have signed them, yes.
25  Q.   Okay.  Fair enough.

Page 45

Looking back at Exhibit 1, on the second page, do you see a -- either an X or a check mark on the upper left side of the page?

A.   Yes.

Q.   Okay.  Could you read what is just -- is right next to that?

A.   The first X?

Q.   The first X.

A.   "You shall complete a domestic violence counseling at your expense as decorated by your probationary officer."

Q.   I think it's "directed," but thank you for that.

Do you remember being required to complete domestic violence counseling as a condition of your probation?

A.   Yes.

Q.   Okay.  Do you have an understanding of why you were required to complete domestic violence counseling as part of your probation?

A.   Yes.

Q.   Okay.  What is that understanding?

A.   It was part of the judgment handed down by the courts.

Q.   What did the domestic violence counseling

Page 46

entail?

A.   It was more or less an anger management.

Q.   Were they classes?

A.   Yes.

Q.   Was there --

A.   A certain amount of hours, I believe, that went on with it.

Q.   Do you remember how many hours?

A.   No.

Q.   Was it one session?

A.   No.

Q.   Was it --

A.   It was several.  I think, if I recall, a few weeks.

Q.   Was it something -- or the type of thing where you went several times a week in the evening?

A.   Yes.

Q.   Okay.  And there was a number of hours that you had to take?

A.   Yes.

Q.   Okay.  Did you successfully complete the domestic violence counseling?

A.   Yes.

Q.   Okay.  Did you feel that the domestic violence counseling helped you?

Page 47

A.   Oh, yeah.

Q.   Okay.  Below -- looking back at Exhibit 1, just below that first X, do you see a check mark on the left side of the page?

A.   Yes.

Q.   Could you read the writing that is just next to that check mark?

A.   "You should complete a parental" -- "parenting class at your expense as decorated by your probationary officer."

Q.   Okay.  Again, I think it's "directed."

A.   Directed.  Sorry I keep pronouncing it that way.

Q.   No problem.

So is it your understanding that you were required to complete parenting classes as a condition of your probation?

A.   Yes.

Q.   And did you have an understanding of why you were required to complete the parenting classes?

A.   Yes.

Q.   And what was that understanding?

A.   It was a judgment handed down by the courts.

Q.   Okay.  And do you remember what those parenting classes entailed?

Page 48

A.   They're very similar to the other class and there was a certain amount of hours that went with that.

Q.   Did you -- were you able to take the classes at the same time, the domestic violence and the parenting classes?

A.   No.  They were separate, I believe.

Q.   Okay.  So it was like a different instructor?

A.   Yes.

Q.   Okay.

A.   Yes, indeed.

Q.   Did you successfully complete the parenting classes?

A.   Yes.

Q.   And do you see another X below that line?

A.   Yes.

Q.   Okay.  Could you read that for us, please?

A.   "You shall undergo a substance abuse assignment and immediately undergo and complete any recommended treatment, whether residential or" -- what is that?

Q.   "Outpatient."

A.   -- "outpatient, all at your own expense and as directed by your probationary officer."

Q.   Okay.  So was it your understanding that you needed to do a substance abuse assessment as a condition of the probation?

Page 49

1
2    A.   Yes.
3    Q.   Okay.  Did you undergo a substance abuse
     assessment?
4    A.   Yes.
5    Q.   What was that?  What was that assessment?  How
6    did that work?
7    A.   That was interesting.  That went really well.
8    Q.   How did they conduct that?  Like, how did they
9    do that?
10   A.   It was a classroom.
11   Q.   Did you take a test or something?
12   A.   I don't recall.
13   Q.   Did they have a counselor there talk to you?
14   A.   Yes.  And it was also a certain time period
15   like the other classes.
16   Q.   So there were classes?
17   A.   Yeah.
18   Q.   Okay.  Do you remember what the assessment --
19   like, what the conclusion was?
20   A.   I passed the course.
21   Q.   Okay.  So you -- did you -- were you required
22   to take substance abuse counseling?
23   A.   Yeah, I believe that was part of the criteria
24   here.  All of this was counseling.
25   Q.   Okay.  And you remember taking some classes for

Page 50

1    the substance abuse counseling?
2    A.   Yes.
3    Q.   Do you remember how many?
4    A.   But it -- like I said, it was, you know,
5    several weeks.
6    Q.   Were they all about the same amount of hours,
7    each of the three?
8    A.   I believe so, yes.
9    Q.   So they all completed around the same time?
10   A.   Yes.
11   Q.   Okay.  Were you given certificates for -- when
12   you completed these courses or classes?
13   A.   I think so.  I'd have to go through my records
14   and look.  I'd have to show them something of completion.
15   Q.   Okay.  And is it your understanding that you
16   successfully completed all of the classes?
17   A.   Yes.
18   Q.   Okay.  Mr. Fisher, I think that is all of the
19   questions I have for you today.  For the signature --
20        MR. WILKERSON:  I've got a couple.
21        MR. DODD:  Oh, you've got a couple
22   questions.  Okay.  Excuse me.
23             EXAMINATION
24   BY MR. WILKERSON:
25   Q.   Mr. Fisher, with regard to this last line of

Page 51

1    questioning about the substance abuse assessment, now,
2    you've never been diagnosed as being an alcoholic.
3    Correct?
4    A.   That is correct.
5    Q.   And when -- just for clarification, this order,
6    State's Exhibit Number 1 here, is -- refers to a
7    substance abuse assessment and undergo and complete
8    treatment if recommended.
9    A.   There was no recommendation of me going through
10   another treatment.
11   Q.   Okay.  So did you just go through an assessment
12   or were you assessed and told that you needed to get
13   treatment after that?
14   A.   Was never told that I had to get treatment
15   after that.
16   Q.   So would it be fair to say that you just got
17   the substance abuse assessment and the assessment
18   concluded that you did not need treatment?
19   A.   Yes.
20        MR. WILKERSON:  Nothing further.
21        MR. DODD:  No further questions.
22        You're going to have an opportunity to sign
23   your transcript.  I assume that the transcript will be
24   given to your attorney who will then make it available
25   for you to review and sign.  Do you wish to retain the

Page 52

1    right to review and sign your transcript?
2        MR. WILKERSON:  Yeah.
3        MR. DODD:  Okay.
4        THE WITNESS:  Yes.
5        MR. DODD:  Fair enough.  Thank you very
6    much for your time, sir.
7        (Deposition concluded at 10:32 a.m.)

Page 53

WITNESS CERTIFICATE

I, KIRK C. FISHER, hereby certify that I have read the
foregoing typewritten pages 1 through 54, inclusive, and
corrections, if any, were noted by me, and the same is a
true and correct transcript of my testimony.

Dated this _____ day of _____, 2013.

_____
KIRK C. FISHER

Signed before me this _____ day of _____, 2013.

_____

Deposition of:  KIRK C. FISHER
Taken on:   April 17, 2013
Fisher v. Kealoha, et al.
CV11 00589 ACK-BMK
By:  Leigh Anne Meeks, RPR, CSR 483

Page 54

CERTIFICATE
STATE OF HAWAII          )
                         ) SS.
CITY AND COUNTY OF HONOLULU   )

        I, LEIGH ANNE MEEKS, do hereby certify:
        That on April 17, 2013, at 9:00 a.m.,
appeared before me KIRK C. FISHER, the witness whose
54-page deposition is contained herein; that prior to
being examined, he was, by me, duly sworn or affirmed
pursuant to Act 110 of the 2010 Session of the Hawaii
State Legislature; that the deposition was taken down by
me in machine shorthand and was thereafter reduced to
typewritten form under my supervision; that the foregoing
represents, to the proceedings had in the foregoing
matter; that pursuant to Rule 30(e) of the Hawaii Rules
of Civil Procedure, a request for an opportunity to
review and make changes to this transcript was made by
the deponent or a party prior to the completion of the
deposition.

        I further certify that I am not an attorney
for any of the parties hereto, nor in any way concerned
with the cause.

        DATED this 29th day of April, 2013, in
Honolulu, Hawaii.

_____
LEIGH ANNE MEEKS, RPR, CSR NO. 483

Draft Copy

**A**

**able** 48:3
**abuse** 40:16,20
  48:17,24 49:2,22
  50:1 51:1,7,17
**accident** 13:8,16
**achieve** 26:7
**ackbmk** 1:3 2:2
  53:23
**acknowledgement**
  43:22
**acknowledgment**
  3:17
**acquire** 16:8,16,20
  16:22 17:2,3
  20:20
**acquired** 19:9,13
**act** 54:9
**acting** 1:9
**action** 18:16 40:8
  41:6
**actions** 36:11
**acts** 31:5,7
**additional** 7:7
  16:20,22 17:3
  19:14
**address** 7:14,17 9:2
  29:9,12
**administrative**
  15:1,7,9
**adopted** 11:12 12:6
**adultery** 32:1
**affirmed** 54:8
**ago** 13:13
**agp** 43:23
**agree** 5:13
**air** 10:24
**al** 53:23
**alcohol** 27:2 31:11
**alcoholic** 26:15
  51:2
**alcoholinduced**
  32:8
**allegations** 4:12
  20:15
**alleged** 40:15
**allow** 21:16 22:10
**altercation** 34:25
**ambiguous** 20:11

**amount** 46:6 48:2
  50:6
**anger** 32:8 46:2
**animals** 23:4,23
  24:14
**anne** 1:25 53:24
  54:6,21
**answer** 4:15 5:17
  6:24 20:3,7,8
**antiques** 18:23
**apartment** 9:15
  29:16,17 36:25
  38:9 40:2
**appear** 4:17 42:7
  44:6
**appearances** 2:1
**appeared** 54:7
**application** 16:3,7
  16:14,19
**apply** 16:19 25:12
**approximately**
  26:20,23,25 29:3
  38:24
**april** 1:22 53:22
  54:7,16
**arguing** 30:1
**argument** 29:1,4,20
  29:23 30:16 31:6
  34:23
**army** 11:4
**arose** 17:12
**arrest** 39:20,22
**arrested** 13:7 14:2
**arresting** 39:25
**arrests** 13:5 15:15
**arrive** 38:22
**arrived** 28:13,17
  28:19 38:25 39:2
  39:15,18
**arriving** 38:16
**arrow** 22:25
**asked** 25:13
**asking** 20:14,16
  26:14
**aspect** 41:4
**asserted** 15:20
**assessed** 51:12
**assessment** 48:24
  49:3,5,18 51:1,7

  51:11,17,17
**assignment** 48:17
**assume** 6:25 14:10
  51:23
**assuming** 37:16
**attack** 32:12
**attacks** 31:13
**attended** 10:10
**attorney** 4:25 5:3
  5:19 20:5,6 51:24
  54:14
**available** 4:1 51:24
**awards** 26:8
**aware** 6:7

**B**

**back** 16:18 17:5,8
  17:16 19:11 45:1
  47:2
**background** 7:8
**backwards** 34:9
**bad** 11:15
**bag** 22:18,19 23:22
**base** 10:23
**basically** 5:11 7:20
  32:8
**bay** 27:19
**beer** 26:19
**beers** 14:2
**behalf** 1:19
**believe** 9:3 10:1
  12:7 16:9 19:24
  20:25 21:4,13,25
  26:21 42:24 46:6
  48:6 49:23 50:8
**better** 21:17
**beverages** 26:15
**big** 24:9
**bike** 12:17
**birds** 23:10
**birth** 8:13,17,20
  11:13
**bishop** 2:3,4
**bit** 20:24 43:25
**blood** 14:11
**blow** 14:8
**boat** 8:8,9 27:20,22
  27:24
**boltaction** 17:25

  18:4
**bosss** 7:24
**bottom** 43:3
**bottwell** 12:4
**bow** 22:25,25
**boxer** 33:10
**boy** 11:14
**brakes** 13:23
**break** 36:6
**breath** 14:11
**breathalyzer** 14:8
**bright** 27:14
**bring** 14:6 25:8
**business** 7:17,22

**C**

**c** 1:3,16 4:2 53:1,1
  53:3,13,22 54:1,1
  54:7
**call** 7:13
**called** 17:24 37:10
  37:19
**calls** 20:11 21:7
**cant** 9:16,25
**capacity** 1:6,8
**car** 13:21 24:22
**carpet** 34:11
**case** 6:2 12:10 15:6
  17:12
**castle** 10:13,20
**catch** 21:19,19
**cause** 32:23,25
  54:15
**center** 10:23
**certain** 17:18 22:16
  22:16 42:10 46:6
  48:2 49:14
**certificates** 50:11
**certify** 53:3 54:6,14
**challenge** 23:17
**chance** 23:20
**change** 7:9
**changes** 6:12,16,16
  54:12
**charge** 40:13 41:13
  41:17,24
**charged** 40:11,17
  40:19,22
**check** 45:2 47:3,7

**cheek** 33:12,15
**chest** 33:7 34:5,6
**chief** 1:7,9
**children** 11:7
**circle** 7:16
**circling** 13:19
**circuit** 42:23
**circumstances**
  13:15
**citizen** 5:12 8:22
**city** 1:9,19,20 2:6,8
  4:10 15:23 16:13
  54:4
**civil** 1:3 2:2 54:12
**civilian** 11:2
**claim** 15:23 36:17
  36:18
**claimed** 36:13
**claims** 4:12
**clarification** 51:5
**clarify** 22:10
**class** 22:8 24:15
  41:10,11 47:9
  48:1
**classes** 10:18 25:16
  41:10 46:3 47:16
  47:20,25 48:3,5
  48:12 49:15,16,25
  50:12,16
**classroom** 25:19
  49:10
**cliff** 9:15
**cloe** 36:23 37:10
**close** 27:11 29:6
  40:16
**closed** 33:12
**club** 8:9,11,12
**cogswell** 4:8
**colette** 9:23 11:21
  36:21 38:7,12
**college** 10:18
**come** 35:9 36:25
  38:9
**commencing** 1:22
**comment** 7:20
**commented** 6:16
**community** 14:22
**complaining** 31:20
  31:23 32:1,4

complete 45:9,14
   45:19 46:21 47:8
   47:16,20 48:11,18
   51:7
completed 50:9,12
   50:16
completion 50:14
   54:13
concerned 54:15
concluded 51:18
   52:7
conclusion 21:8
   49:19
condition 45:15
   47:16 48:24
conditions 3:16,17
   42:20 43:22
conduct 49:8
console 37:3
constitutional
   15:20,24 19:19
contact 33:15,23
   35:15,17,21 37:6
   38:4,14
contained 54:8
conversation 30:4
convicted 12:10,14
   19:24 20:21 21:2
   21:6 41:23
conviction 12:9
   41:22 42:2
corporation 2:7,8
corps 10:23
correct 4:22 15:21
   15:25 16:14 17:13
   17:18 19:21 26:24
   40:20,21 41:6
   51:3,4 53:6
corrections 53:5
correctly 16:2
counsel 2:7,8 4:1
counseling 45:10
   45:15,19,25 46:22
   46:25 49:22,24
   50:1
counselor 49:13
count 13:6
county 1:9,19,20
   2:6,8 54:4

couple 50:20,21
course 49:20
courses 42:8 50:12
court 1:1 6:9 12:24
   42:22
courts 45:24 47:23
covers 24:15
crime 7:3 19:25
   20:9 21:2
crimes 20:21 21:6
criminal 12:8 15:6
   17:12 18:16 40:4
   40:8 41:3,5
criteria 14:23
   49:23
crying 34:23
csr 1:25 53:24
   54:21
cv11 1:3 2:2 53:23

D
d 2:7 3:1
dagp 3:17 44:2
dancp 3:17 43:23
   44:2
dangerous 22:23
dark 38:19
darren 7:25
date 8:13 11:13
   26:12 43:9,12
   44:9,9,12,15
dated 53:9 54:16
daughter 11:11,24
   29:1,19 35:4
day 27:3,7 28:5,20
   28:22 53:9,16
   54:16
daycare 10:23
daytime 15:11
december 44:13,18
decorated 45:10
   47:9
deer 23:8 24:1
defendant 1:19 2:6
defendants 1:11,11
   4:10 43:7
demeris 37:23
denial 16:3 19:20
denied 16:7

deny 20:20 21:1,5
department 1:10
   2:8 15:24 16:7
departments 16:3
depends 20:9,13
deponent 54:13
deposition 1:16 5:1
   5:4,6 6:5 52:7
   53:22 54:8,9,13
deputy 2:7
describe 4:11 13:18
   17:20 25:6 26:18
   33:9 34:3
described 32:15
   38:12
desiree 9:23
diagnosed 51:2
didnt 34:13 35:24
   36:17 40:1 42:5
different 21:24
   24:13 48:7
difficult 23:15
digits 8:2
dinnertime 29:6
directed 45:12
   47:11,12 48:22
dirt 12:17
disagreement 29:1
   29:4
disclosure 4:1
discussion 36:7
distract 34:22
district 1:1,2
divorced 10:2
dlnr 22:2
document 42:19
   43:2 44:10
dodd 2:7 3:3 4:6,9
   11:20 20:4,12
   21:10 36:5,9
   37:17,18 42:14
   43:17 50:21 51:21
   52:3,5
doe 1:10
doing 33:19 34:21
   39:14
domestic 45:9,15
   45:19,25 46:22,24
   48:4

donald 2:2,3
dont 4:17 6:21 7:21
   12:13 13:1,2
   14:10,22,23 15:10
   18:23 22:6,22
   24:21 28:17,21
   29:5,12 30:3
   33:14 36:4,15
   37:12 38:2,10
   39:24,24 40:13,23
   40:24 44:1,19,23
   49:12
drag 9:17
drink 26:18
drinking 31:2
drive 15:11
driven 31:11
drivers 15:1,7
driving 15:4
due 14:13 16:2
dui 13:6 14:2
duly 4:3 54:8

E
e 3:1 53:1,1,1 54:1
   54:1,11
earlier 8:18
early 27:15
either 12:10 22:7
   45:2
elevator 7:19
eleven 9:8
employment 10:22
enlist 10:25 11:4
entail 46:1
entailed 47:25
enter 41:13
entirely 12:12
errors 6:11
et 53:23
etienne 18:13
evening 36:25
   38:22,22 39:23
   40:5,9 46:16
events 26:22 40:5,9
evidence 25:11
   37:16
exact 29:5
exactly 40:23

examination 3:2
   4:5 50:23
examined 54:8
excessive 31:24
excited 31:7
excuse 18:7 40:7
   50:22
exhibit 3:16,17
   42:11,12,17 43:15
   43:16,19,21 44:5
   44:6,14,21,22
   45:1 47:2 51:6
exhibits 3:14
expense 45:10 47:9
   48:21
explain 5:3 17:4
   40:6,24

F
f 53:1 54:1
facts 4:12 37:16
fair 7:1,2 28:3
   44:25 51:16 52:5
fall 18:23 32:25
   34:13
false 7:4
familiar 4:21 7:18
family 42:22
far 6:2,17 13:19,20
feel 33:17 46:24
fell 13:23 34:9
felony 12:11
female 39:12
field 7:19 14:3 25:7
   25:19
fights 37:11
file 40:8
fine 13:3 14:19
finished 6:8
firearm 16:16,20
   16:22 17:3 20:1
firearms 16:4,8,14
   17:16,18,20 18:8
   18:10,18,22 19:9
   19:14,21 20:20,21
   21:1,5,11 25:3,9
   25:12 26:9
first 4:3 10:22
   42:22 45:7,8 47:3

**fish** 7:13 23:19 28:6
**fisher** 1:3,16 4:2,8
   4:9 9:23 50:18,25
   53:3,13,22,23
   54:7
**fishing** 8:5 21:23
   27:5,7,9,18 28:2
   28:20
**fist** 33:7,9,12,15
**fiveminute** 36:6
**flintlock** 18:13 19:1
**follows** 4:4
**foot** 32:18
**foregoing** 53:4
   54:10,11
**forest** 22:3
**forgive** 9:16
**form** 54:10
**formalized** 25:3
**former** 1:8
**foul** 23:10
**four** 8:2
**fourmonth** 24:3
**front** 13:24
**frustrated** 30:8
   31:1
**frustration** 30:5,6
   30:25
**full** 4:7
**fully** 5:18
**further** 51:20,21
   54:14

**G**

**game** 23:6
**gardens** 10:7
**gauntlet** 22:8
**geese** 23:9
**gestured** 35:4
**gestures** 30:13,15
   30:17,17
**gesturing** 35:20
**getting** 17:10 19:10
**girls** 38:2
**give** 23:20,22 25:8
**given** 7:8 50:11
   51:24
**go** 7:12,21 10:12,18
   12:24 16:25 20:13

25:7 27:9,14,16
   27:18,20 35:22
   41:8 50:13 51:11
**goat** 23:8 24:7,8,10
**goes** 6:17
**going** 36:5 38:21
   42:15 43:15 51:9
   51:22
**good** 24:20
**gosh** 22:22
**grabbed** 35:5
**graduate** 10:14
**granted** 16:13
**groin** 32:18
**ground** 34:9
**guess** 17:10 23:10
   23:22 41:9
**guilty** 41:16
**gun** 8:5 17:6
**guns** 19:11
**gunsmith** 17:6

**H**

**haiku** 10:7
**hale** 1:21 2:9
**half** 9:8 30:12,12
**hamasaki** 7:25
**handed** 45:23
   47:23
**handgun** 17:22
**handle** 25:9
**hands** 34:4,6
**happen** 15:5
**happened** 13:18
   34:8 35:2
**harassment** 40:17
   41:1,18,24
**hawaii** 1:2,22 2:4
   2:10 8:25 9:6
   10:8,10 42:24,25
   54:2,9,11,17
**head** 4:17 11:18
   25:15,16 26:1
   36:19 38:18
**heard** 6:25
**held** 25:17
**help** 11:14 19:16
   31:18 41:13
**helped** 46:25

**hereto** 54:15
**high** 10:12,13
**highway** 9:18
**hit** 13:23,25 32:10
   33:9
**hold** 8:4
**home** 7:14 28:14,17
   28:19
**honolulu** 1:7,9,10
   1:10,20,21,21,22
   2:4,6,8,9,10 8:25
   15:24 42:22 54:4
   54:17
**hood** 13:21
**hooker** 13:21
**horn** 24:9
**hotel** 13:19
**hour** 36:6
**hours** 31:24 46:6,8
   46:18 48:2 50:6
**house** 29:16 31:18
   32:19
**hpd** 17:5
**huhuhs** 4:17
**hunt** 21:16 22:11
   22:22,25 23:7,13
   23:14
**hunting** 8:5,8 21:13
   21:24 22:6,8,9
   23:1,4,11,21 24:1
   24:12,13,14,20
   25:13

**I**

**id** 12:8 15:18 26:11
   26:14 42:9 43:14
   50:13,14
**ill** 4:10 37:15
**im** 6:7 7:18,19 8:8
   8:9 9:10 12:12
   20:8,14,16 22:2,7
   28:18 30:15 31:7
   38:21 41:11 42:13
   42:15 43:15,24
**imagine** 23:15
**immediately** 48:18
**incident** 4:11,22
   12:9 14:14 17:11
   17:13,17 26:12

35:19 36:21 37:13
   37:19,25
**incited** 31:5,9,10
**inclusive** 53:4
**index** 3:14
**individual** 1:6,8
**influence** 15:5
**information** 7:4,8
**informed** 19:4
**initiated** 33:24
**injured** 36:10
**injuries** 36:13
**ins** 25:9
**inside** 32:19
**instigated** 40:4
**instructed** 5:19
**instructor** 48:7
**interesting** 49:7
**interpretation**
   16:10
**invited** 35:9
**involved** 13:8 14:23
   28:25 34:24 35:3
   35:3 38:6
**irrelevant** 20:2
**isnt** 20:24
**ive** 16:18 42:11
   50:20

**J**

**jail** 14:16 42:3,5
**jersey** 8:21
**judgment** 45:23
   47:23
**july** 8:14
**jurisdiction** 18:24
   22:3

**K**

**kahekili** 9:18
**kailua** 11:25
**kalaheo** 11:25
**kam** 29:12
**kaneohe** 8:12 9:6
   9:17 10:7,23
   27:19,24 29:13
**kealoha** 1:5 53:23
**keep** 47:12
**kept** 15:12 27:24
**kick** 32:17

**kicked** 30:22,24
   33:6 35:6
**kicking** 33:5 38:12
**kids** 34:22
**kill** 23:3
**kind** 9:25 17:4 22:4
   26:18 28:4 35:18
**kinds** 8:7
**king** 1:21 2:9
**kirk** 1:3,16 4:2,8
   53:3,13,22 54:7
**knocked** 34:16
**know** 5:6 7:22
   20:16 22:3,6,16
   22:24 24:21 30:8
   30:24 31:1 35:18
   35:22 36:2,13,15
   36:16,23 37:12,23
   40:8,23,24 44:1
   50:4
**knowledge** 37:12
**koko** 25:15,16

**L**

**l** 2:2,3
**lack** 21:17
**lady** 13:23
**laid** 19:2
**land** 21:21
**lane** 13:20,20
**late** 28:4 31:21
**launch** 8:9
**law** 2:3 5:12 16:11
**lawsuit** 4:13,22
   15:19 19:8,9,18
   20:15
**leads** 41:22
**leave** 27:10,14
**left** 13:20 19:3
   33:13 43:6 45:3
   47:3
**lefthand** 13:22
**legal** 20:16,25 21:4
   21:8
**legally** 17:18 22:15
**legislature** 54:9
**leigh** 1:25 53:24
   54:6,21
**license** 8:5,5,5

14:13 15:1,7,9,10
15:13 21:14,23,24
22:6,9 23:1,21
24:12,14,20 25:13
licenses 8:4 24:13
lie 7:4
light 23:19
limit 21:19 22:18
22:19,21 23:22,23
limits 25:17
line 23:20 48:14
50:25
lisa 37:23 38:6,9
little 9:3 20:24
34:22 43:24
live 11:24 38:3
lived 9:1,4,7
lives 11:21
living 9:14 29:18
32:22 34:10,11
long 9:1,7,24 24:20
look 42:13 43:18
50:14
looking 45:1 47:2
looks 43:24,25
louis 1:5

**M**

m 1:22 26:23 27:2
38:17 52:7 54:7
machine 54:10
mahalani 7:16
main 9:17
mainland 13:25
making 31:12
male 39:12,13
males 39:4
man 7:13 9:25
management 41:10
46:2
manner 34:24
marine 10:23
marines 10:25 11:5
mark 45:2 47:3,7
marked 42:11,12
42:17 43:15,16
married 9:20,24
10:6 12:1
math 11:14

matter 4:10 40:4
41:3 54:11
mean 15:3 20:23
22:15 30:15 31:7
31:12,17 32:6
36:15
means 28:8
meeks 1:25 53:24
54:6,21
member 8:10
mentioned 32:9
menu 21:18
merely 30:16
messed 28:18
misdemeanor
12:11
misleading 7:4
misunderstanding
16:9,11
molokai 24:6
money 32:4
months 9:3
morning 27:13
motorboat 28:8
motorcycle 12:15
move 10:8 35:4,20
multiple 24:13
municipality 20:20
21:1,5

**N**

n 3:1 53:1
name 4:7,9 7:9,9
8:17 9:16,22 12:3
named 36:23
names 39:6
narrative 20:11
nasty 31:4,16
nature 30:17
navy 11:5
near 43:3
need 17:7,8 19:5
23:1 24:13 51:18
needed 48:24 51:12
neighbors 38:3
never 51:2,14
new 8:21
nextdoor 38:3
nicknames 7:12

nicky 35:22
nicole 11:10 12:1,5
34:19 35:3,9,12
35:15,18,24 36:2
36:21 37:20
night 26:23 40:2
nods 11:18 26:1
36:19 38:18
north 11:25
noted 53:5
notice 1:23
november 26:12
28:23,25 36:11
37:13,21 38:1
nowadays 15:4
number 7:23,24
8:2 23:23 46:18
51:6

**O**

o0o 2:25 3:9,25
oahu 24:5
oath 4:4 5:8,10,13
7:5
object 20:5,6,10
37:15
objection 20:2 21:7
obtained 19:21
occurred 12:22
17:17 26:23 32:19
occurrence 4:11,21
26:16
occurring 34:21
ocean 21:21 22:4
office 1:20 7:21
officer 39:12 45:11
47:10 48:22
officers 39:2,13
offices 2:3
official 1:6,8
officially 7:13
oh 9:25 11:14 16:24
18:7 27:6 47:1
50:21
okay 4:9,13,15,20
4:24 5:3,6,10,13
5:17,21,25 6:4,8
6:15,19,24 7:3,7
7:12,14,17,22 8:1

8:4,7,13,20 9:4,11
9:20,22,24 10:2,5
10:12,14,16,22
11:4,11,13,21
12:1,3,5,8,22 13:5
13:9,18 15:12,15
15:18 16:6,19,22
16:24 17:10,20
18:4,8,10,25 19:4
19:7,23 20:19
21:11,16,21,23
22:1,5,9,13,21,24
23:10 24:12,17,23
24:25 25:3,14
26:2,6,11,14,18
26:20,22 27:1,4,6
28:1,8,18,22 29:3
29:9,14 30:3,16
31:15 32:9,14,17
33:3 34:1 35:9,14
35:24 36:5 37:8
37:17,23 38:11,16
38:21 40:4,11,14
40:22 41:17,20
42:1,9,21 43:1,6,9
43:21 44:5,8,21
44:25 45:5,18,22
46:18,21,24 47:2
47:11,24 48:7,9
48:16,23 49:2,18
49:21,25 50:11,15
50:18,22 51:11
52:3
old 8:15 12:5
once 33:3 34:2
ones 16:18
open 22:8
opinion 20:16,17
opportunity 4:24
6:5 43:18 51:22
54:12
opposed 28:9
order 17:7 51:5
outpatient 48:20,21
outs 25:10
owned 16:18

**P**

p 26:23 27:2 38:17

packing 39:17
page 3:15 43:1,3
45:2,3 47:4
pages 53:4
pain 32:23 33:17
papers 17:7
pardon 26:5
parental 47:8
parenting 47:8,16
47:20,24 48:4,11
parents 34:22
part 13:24 16:25
30:6,6,7 33:11
45:20,23 49:23
particular 25:10
parties 54:15
parts 15:8 25:18
42:10
party 54:13
passed 49:20
patterson 8:21
pauahi 2:3
paul 1:7
pay 14:19
paying 13:2
pendency 19:8
people 22:24
period 26:16 27:1
49:14
permit 16:4,7,14,17
17:2 19:9,20,21
20:20 21:1,1,5
25:12
permitted 19:25
22:15,16
person 13:25,25
19:24 21:2
persons 13:20
20:21 21:5
pheasant 23:8
phone 7:20
physical 30:17
32:15 33:23 34:24
35:14,17,21 37:6
38:4,14
physically 32:12
33:15,23
pig 22:22
pigs 22:11,25

**place** 8:20 9:9
**placed** 39:20,22
**plaintiff** 1:3 2:2
**plea** 41:13,15,21,22
**please** 6:20,20
  19:16 34:3 40:6
  42:18 48:16
**point** 28:13 30:21
  34:25 35:14 41:5
**poipu** 11:25
**police** 1:7,9,10
  12:20 15:24 16:3
  16:7 37:19 38:16
  38:22,25 39:15,18
  40:2
**position** 20:19
**possess** 19:25 20:21
**possessed** 17:18,21
**ppk** 17:22
**present** 7:15 9:1
  16:13 34:19 37:25
**presently** 9:9,20
  21:12
**pretty** 21:18
**previously** 37:11
**prey** 23:20
**prior** 27:2 37:20
  54:8,13
**probably** 12:23
**probation** 3:16,17
  42:7,10,20 44:2
  45:16,20 47:17
  48:25
**probationary**
  43:23 45:11 47:9
  48:22
**problem** 47:14
**procedural** 19:23
**procedure** 54:12
**proceed** 6:2
**proceeded** 33:7
**proceedings** 54:11
**process** 16:25
  40:23
**proficiency** 26:8
**promise** 5:14 41:9
**pronouncing** 47:12
**properties** 17:5
**prosecutor** 40:14

**provide** 7:4
**provided** 6:10
**puahuula** 9:6,11,13
  29:14
**pulled** 12:19 13:22
  35:5
**pump** 18:11 19:1
**punched** 30:22,24
  32:9 35:7
**punching** 38:13
**purchase** 17:9
**pursuant** 1:23 54:9
  54:11
**push** 33:7 34:1
  35:24 37:8
**pushed** 30:23 33:20
  34:3,8 35:7 36:2
**pushing** 38:13
**put** 13:22
**putzulu** 1:7

**Q**

**quail** 23:8
**quarry** 12:13
**question** 6:20,24
  7:1 17:11 18:1
  28:19 37:16
**questioning** 51:1
**questions** 4:16 5:18
  15:19 41:12 42:15
  50:19,22 51:21
**quite** 7:2 30:15

**R**

**r** 53:1 54:1
**ram** 24:9
**ramp** 8:9
**ran** 13:24
**rank** 5:12
**read** 42:16,19
  43:21 45:5 47:6
  48:16 53:3
**ready** 4:25
**really** 7:21 20:8
  49:7
**reason** 13:21
**recall** 12:14 13:1
  14:10,15 29:5,12
  33:14 36:4 38:2
  38:10 39:24 44:19

46:13 49:12
**receipt** 3:17 43:22
**receive** 17:5
**received** 16:17,18
  26:7
**recess** 36:8
**recollection** 13:2
  30:1 44:18
**recommendation**
  51:9
**recommended**
  48:18 51:8
**record** 4:7,18 12:9
  36:7
**records** 50:13
**reduced** 40:25 41:1
  54:10
**refer** 38:21
**refers** 51:6
**regard** 50:25
**regarding** 26:8
  37:10
**registered** 8:8,24
  18:9,18
**relating** 4:12
**remarried** 10:3
**remember** 9:4,7,16
  9:25 12:22 13:9
  13:15 14:21,22,24
  14:25 15:10,16
  24:25 25:14,21
  26:12,20 27:1
  28:16,17,19,22
  29:10,20,22,25
  30:3,13,20 31:3
  31:15 32:7,21
  36:20 38:16,24
  39:2,6,14 40:11
  40:13,14,17 41:15
  44:14,22,23 45:14
  46:8 47:24 49:18
  49:25 50:3
**remington** 18:5
**renew** 24:17 25:1
**renewal** 24:23
**renting** 9:10,12
**rephrase** 6:22
**report** 13:24
**reporter** 6:9

**represent** 4:10
**represents** 54:11
**request** 17:8 54:12
**required** 17:15
  18:17 45:14,19
  47:16,20 49:21
**residence** 9:2,13
  29:7
**residential** 48:19
**resolve** 41:3
**response** 33:5,19
  38:13
**restriction** 15:12
**restrictions** 22:14
**result** 14:16 18:16
  19:7 36:10 40:5,9
  41:20 42:1
**resulted** 19:9,10
**retain** 51:25
**return** 28:1
**review** 6:5,11 51:25
  52:1 54:12
**revocation** 15:1,7
**revoked** 14:13
**riding** 12:12,15
**rifle** 17:24 18:4
**right** 12:5 13:20
  15:18 26:4 27:11
  33:13 41:2,7 43:9
  43:14 45:5 52:1
**righthanded** 33:14
**rights** 15:20,25
  19:19
**road** 13:22
**rock** 12:13
**room** 1:21 2:9
  32:21,22 34:10,11
**rpr** 1:25 53:24
  54:21
**ruger** 17:24
**rule** 54:11
**rules** 54:11
**run** 37:3

**S**

**s** 8:22 53:1,1
**safety** 25:9
**sailboat** 28:9
**saying** 31:17

**says** 42:24 44:2
**scene** 14:4
**school** 10:10,12,15
**scott** 2:7 4:9
**screaming** 30:11,12
**season** 21:20 23:24
  23:25 24:1,10
**second** 43:1 45:1
**security** 8:2
**see** 10:5 15:10
  19:16 22:10 41:12
  43:3 45:2 47:3
  48:14
**seize** 19:5
**sense** 15:14
**sentenced** 41:20
  42:1,7
**separate** 48:6
**separating** 38:6
**service** 14:23
**session** 46:10 54:9
**severely** 13:22
**shakes** 4:17
**shes** 11:14 33:14
**shop** 17:7
**shorthand** 54:10
**shotgun** 23:11
**show** 17:8 25:9,11
  42:10 43:14 50:14
**showed** 34:4
**side** 13:22 33:13
  39:11 45:3 47:4
**sign** 44:8,21 51:22
  51:25 52:1
**signature** 43:4,7,10
  44:5,16,17 50:19
**signed** 44:14,19,22
  44:24 53:16
**signing** 44:18
**similar** 48:1
**sir** 6:23 52:6
**sixpack** 26:21
**small** 23:20
**sobriety** 14:3
**social** 8:2
**sorry** 28:18 43:24
  47:12
**sort** 42:3
**south** 1:21 2:9

speak 4:24 39:12
specific 15:19
  30:13
specifically 32:7
spend 28:5
spouse 11:21 40:16
spouses 9:22 12:3
square 2:3
ss 54:3
st 18:13
stand 30:20
start 26:11,14
state 4:7 8:24 21:19
  40:8 42:22,24,25
  54:2,9
states 1:1 51:6
station 10:24 14:6
status 5:12
staying 31:20
stern 30:12
stopped 12:20
story 39:11
straight 10:20
street 1:21 2:4,9
  9:16 13:19
strike 19:17
striked 33:6
struggle 34:17
stuff 19:23 31:4
substance 30:3
  41:10 48:17,24
  49:2,22 50:1 51:1
  51:7,17
successfully 46:21
  48:11 50:16
suing 15:19
suitcase 39:17
suite 2:3
summer 10:15 24:4
supervision 3:18
  43:23 44:3 54:10
supposed 42:13
sure 12:12 19:17
  20:8 22:2,7 30:15
  31:7
surrender 17:15
  18:17,25
surrendered 19:11
swear 31:16

sworn 4:3 54:8

          T

t 53:1,1,1 54:1,1
table 34:13
tackle 23:20
take 10:18 19:2
  22:19 23:15,23
  25:3 27:22 36:6
  41:9 46:19 48:3
  49:11,22
taken 1:19 5:22
  14:11 40:1 53:22
  54:9
takes 15:8
talk 39:8,10 49:13
talked 21:11
telephone 7:22
tell 5:14 6:20
telling 5:11
tells 20:7
ten 13:11 25:23
  29:10
term 21:17
terminated 41:5
terms 3:16 42:20
test 14:3,11,12
  49:11
testified 4:4
testimony 5:22,23
  6:1,5 53:6
thank 4:20 11:19
  26:6 45:12 52:5
thats 15:8 16:25
  21:18 23:17,22
  26:4 27:14 28:16
  44:16
theres 6:11 15:4,5,6
  15:8 25:7,18
theyre 22:4,22 38:3
  48:1
thing 4:15 9:25
  46:15
things 15:5 19:24
  22:16,17 30:19
  31:17 42:3
think 9:15 22:4
  24:3,21 39:3,24
  40:10 41:16 44:2

45:12 46:13 47:11
  50:13,18
three 19:11 39:3
  50:7
thyssenkrupp 7:19
time 6:19 7:15,20
  14:16 16:13 17:17
  17:21 18:1 19:20
  19:20 20:6,6
  24:25 25:19,19
  27:1,9 28:1,11,16
  28:17,19 29:3,5
  29:18 34:19 38:24
  42:5 44:21,23
  48:4 49:14 50:9
  52:6
times 34:1 46:16
title 42:16,19 43:21
today 4:25 8:18
  50:19
told 24:15 42:3
  51:12,14
tone 30:10
touched 35:22
towed 14:1
tower 2:3
town 9:17
tracy 12:4
trainer 25:8
training 25:4,12,14
  25:18
transcript 6:1,11
  51:23,23 52:1
  53:6 54:12
transcription 5:23
treatment 48:19
  51:8,10,13,14,18
trespassing 12:14
trial 6:1,6,17 41:8
trick 22:5
trolling 28:6
trouble 12:13
truck 14:1
true 53:6
truth 5:11,14,15
truthfully 5:18
turn 17:6 43:1
two 9:3 15:5,8
  25:18 34:6 38:2

44:23
type 6:9 23:8 46:15
typed 5:23
typewritten 53:4
  54:10
typically 23:6

          U

u 8:22
uhhuh 4:14 18:3
  26:3 28:15
uhhuhs 4:17
undergo 48:17,18
  49:2 51:7
understand 5:8,17
  5:21,25 6:4,13,14
  6:15,18,19,21,22
  6:25 7:3 16:2
  19:18 44:17
understanding
  16:6 19:7 20:14
  26:22 41:23 45:18
  45:22 47:15,19,22
  48:23 50:15
undrivable 14:1
united 1:1
unpleasant 15:5
unregistered 18:10
  18:22
upholding 5:11
upper 45:3
upset 32:7
use 23:3,11,19,20
usually 15:9 27:14
  28:4

          V

v 53:23
vague 20:10,24
valerie 36:23
verbal 29:22 30:16
  31:13
verbally 4:16
view 9:15
violated 15:24
violation 15:20
  19:19
violence 19:25
  20:22 21:2,6 45:9
  45:15,19,25 46:22

46:24 48:4
voice 30:10
vote 8:24
vs 1:4

          W

w 53:1
waikiki 8:11
wall 36:2
walther 17:22
want 36:6
wanted 31:18 39:11
water 28:11
way 17:4 22:22
  23:19 34:12 47:13
  54:15
week 46:16
weekday 28:23
weekend 28:23
weeks 46:14 50:5
went 22:7 24:15
  27:7 40:24 46:6
  46:16 48:2 49:7
weve 21:11 36:5
whats 7:14 8:13
  9:22 11:13 12:3
  24:1 44:12
wife 29:1,2,19 30:4
  31:5 35:5,6,9
  36:10 37:3,11,20
wild 22:11
wilkerson 2:2,3 3:4
  6:10 11:16,18
  20:2,10 21:7
  37:15 50:20,24
  51:20 52:2
winchester 17:25
  18:6,7,11 19:1
wish 51:25
witness 11:17,19
  52:4 54:7
witnesses 36:20
woman 36:23 39:5
wont 12:19
word 4:11 5:22,22
words 6:8 31:16
work 15:11 49:6
worker 11:2
working 10:20

31:23
**writing** 47:6

**X**

**x** 3:1 45:2,7,8 47:3
48:14

**Y**

**yacht** 8:9,11,12
**yeah** 5:16 7:18
13:17 14:10 22:7
27:14 43:24 44:1
47:1 49:17,23
52:2
**year** 10:16 13:9
23:23 24:18
**yearly** 24:23
**years** 8:15 9:8 10:1
13:11,13 25:23,25
29:11
**yelling** 30:10
**youd** 26:15 27:2
**youre** 23:4 24:1
51:22
**youve** 7:8 38:11
50:21 51:2

**Z**

**0**

**00** 1:22 26:23 27:2
27:12,12 38:17
54:7
**00589** 1:3 2:2 53:23
**00ish** 28:4

**1**

**1** 3:16 42:11,12,17
44:22 45:1 47:2
51:6 53:4
**10** 17:24 52:7
**1003** 2:4
**110** 1:21 2:9 54:9
**12397** 43:13
**1320** 2:3
**14** 12:23
**15** 13:13
**150** 1:11
**17** 1:22 53:22 54:7
**1997** 17:11 18:2,16

26:12 28:25 36:11
37:13,21 38:1
44:13,18
**1998** 18:17
**19th** 8:14

**2**

**2** 3:17 43:15,16,19
43:21 44:5,6,14
44:21
**20** 25:24,25
**2010** 54:9
**2013** 1:23 53:9,16
53:22 54:7,16
**2162388** 7:24
**22** 17:24,24,25 18:4
18:11 19:1 23:14
**23** 10:1
**24** 10:1
**24hour** 26:15
**29th** 54:16

**3**

**3** 44:18
**30** 11:14 27:11,12
28:4 54:11
**30ish** 28:12
**32** 52:7
**380** 17:22
**3rd** 44:13

**4**

**4** 3:3 28:4,12
**42** 3:16
**43** 3:17
**45105** 7:16
**45443** 9:6
**4740** 8:3
**483** 1:25 53:24
54:21

**5**

**5** 26:12 28:4 36:11
37:13,21 38:1
**50** 3:4
**530** 1:21 2:9
**54** 53:4
**54page** 54:8
**56** 8:14,16
**59** 10:9

**5th** 28:23,25

**6**

**6** 9:15

**7**

**7** 12:7 26:23 27:2
38:17
**70caliber** 18:13
**75** 10:17

**8**

**8** 27:11,12
**83** 11:16,17

**9**

**9** 1:22 27:12,12
54:7
**911** 37:10
**96813** 2:4,10