# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589 ACK-BMK |
| CASE NAME: | <u>Fisher v. Kealoha et al.</u> |
| ATTYS FOR PLA: | Donald L. Wilkerson & Te-Hina Ickes from Honolulu, HI |
| ATTYS FOR DEFT: | D. Scott Dodd & Mark Murakami from Honolulu, HI |
| ATTS For Amicus | Hawaii Defense Foundation:  Alan A. Beck from San Diego, CA |
| | Brady Center to Prevent Gun Violence:  Mark M. Murakami, Jeff Kosseff, and Phillip Rubin |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 9/3/2013 | TIME: | |

COURT ACTION:

Amicus Curiae The Brady Center to Prevent Gun Violence submitted a request for attorney Phillip A. Rubin to appear by phone at the hearing set for September 17, 2013. The Court grants leave for Mr. Rubin to appear before the Court via telephone at the hearing.  The Court notes that The Brady Center would be better represented if counsel appeared in person at the hearing.  IT IS SO ORDERED.

Submitted by Leslie L. Sai, Courtroom Manager