ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  ngord2000@yahoo.com

Attorney for Amicus Curiae Hawaii Defense Foundation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK FISHER,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; and CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Defendants.<br>_____ | Civ. No. 11-00589 ACK-BMK<br>Notice of Supplemental Authority |

Notice of Supplemental Authority

COME NOW the Amicus Curiae, Hawaii Defense Foundation ("HDF") by and through undersigned counsel, submits this Notice of Supplemental Authority. On September 12th the Illinois Supreme Court held in *Coram v. The State of Illinois*, 2013 IL 113867 (attached) that as applied to the plaintiff by the State of Illinois 18 U.S.C., sec. 922(g)(9) was unconstitutional. This was because the plaintiff has a long standing history of nonviolent behavior. The Court issued a order requiring the State of Illinois issue the plaintiff as FOID card. This card serves the exact same purpose as a permit to acquire does in Hawaii. Accordingly, *Coram supra* supports HDF's position that *assuming* Mr. Fisher was convicted of a crime of violence H.R.S. 134-7 is unconstitutional as applied to him.

Respectfully submitted this 13th day of September, 2013

/s/ Alan Beck_____
Alan Beck (HI Bar No. 9145)
Attorney for Amicus Curiae
Hawaii Defense Foundation

# CERTIFICATE OF SERVICE

On this, the 13th day of September, 2013, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.
I declare under penalty of perjury that the foregoing is true
and correct.
Executed this the 13th day of September, 2013

        /s/ Alan Beck
        Alan Beck (HI Bar No. 9145)