# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589 ACK-BMK |
| CASE NAME: | Kirk C. Fisher vs. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Te-Hina Ickes, Esquire |
| ATTYS FOR DEFT: | D. Scott Dodd, Esquire |
| ATTS For Amicus | Hawaii Defense Foundation: Alan A. Beck, Esquire- Telephonic |
| | Brady Center to Prevent Gun Violence: Mark M. Murakami, Esquire Phillip Rubin, Esquire |

| | |
|---|---|
| JUDGE: Alan C. Kay | REPORTER: Cynthia Ott |
| DATE: 9/17/2013 | TIME: 10:08am-11:54am |

COURT ACTION: EP:

> PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION [ECF Doc. 75]
>
> PAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF Doc. 77]

Oral Discussion Held.

Court hereby takes the Two Motions' under advisement.

Submitted by Leslie L. Sai, Courtroom Manager