# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00589 ACK-BMK |
| CASE NAME: | Kirk C. Fisher v. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Donald L. Wilkerson<br>Alan A. Beck by phone |
| ATTYS FOR DEFT: | Marguerite S. Nozaki by phone<br>Mark M. Murakami<br>Phillip A. Rubin by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C8 no record |
| DATE: | 2/21/2014 | TIME: | 9:28-9:35 a.m. |

COURT ACTION:  EP:  Status Conference Re Dates and Deadlines held.  Dates given, as shown below.  Court to prepare scheduling order.

1. Jury trial on September 3, 2014 at 9:00 a.m. before ACK
2. Final Pretrial Conference on July 22, 2014 at 9:30 a.m. before BMK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by July 15, 2014
5. File motions to Join/Add Parties/Amend Pleadings by N/A
6. File other Non-Dispositive Motions by June 4, 2014
7. File Dispositive Motions by April 2, 2014
8a. File Motions in Limine by August 12, 2014
8b. File opposition memo to a Motion in Limine by August 19, 2014
11a. Plaintiff's Expert Witness Disclosures by March 3, 2014
11b. Defendant's Expert Witness Disclosures by April 2, 2014
12. Discovery deadline July 7, 2014
13. Settlement Conference set for June 20, 2014 at 10:30 a.m. before BMK
14. Settlement Conference statements by June 13, 2014
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 19, 2014
21. File Final witness list by August 12, 2014
24. Exchange Exhibit and Demonstrative aids by August 5, 2014
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 12, 2014
26. File objections to the Exhibits by August 19, 2014

28a.   File Deposition Excerpt Designations by August 12, 2014
28b.   File Deposition Counter Designations and Objections by August 19, 2014
29.    File Trial Brief by August 19, 2014
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: None.

cc: Bernie Aurio

Submitted by kur2, law clerk.