DONNA Y. L. LEONG, 3226
Corporation Counsel

MARGUERITE S. NOZAKI, 8599
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i  96813
Telephone: (808) 768-5239
Facsimile: (808) 768-5105
E-mail address:  mnozaki@honolulu.gov

Attorney for Defendants
LOUIS KEALOHA and the
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | ) CIVIL NO. CV11-00589 ACK-BMK |
| | ) |
| Plaintiff, | ) |
| | ) DEFENDANTS LOUIS KEALOHA |
| vs. | ) AND CITY AND COUNTY OF |
| | ) HONOLULU'S MOTION FOR |
| LOUIS KEALOHA, as an individual | ) SUMMARY JUDGMENT, OR IN THE |
| and in his official capacity as Honolulu | ) ALTERNATIVE, MOTION FOR |
| Chief of Police, PAUL PUTZULU, as | ) RECONSIDERATION; |
| an individual and in his official capacity | ) MEMORANDUM IN SUPPORT OF |
| as former acting Honolulu Chief of | ) MOTION; CERTIFICATE OF |
| Police, and CITY AND COUNTY OF | ) SERVICE |
| HONOLULU, | ) |
| | ) |
| Defendants. | ) |
| | ) Judge:  Alan C. Kay |
| _____ | ) Trial Date:  September 3, 2014 |

## DEFENDANTS LOUIS KEALOHA AND CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR RECONSIDERATION

Come now Defendants CITY AND COUNTY OF HONOLULU ("City") and LOUIS KEALOHA ("Chief Kealoha") (collectively, the City and Chief Kealoha shall be referred to as "Defendants") by and through their counsel, Donna Y. L. Leong, Corporation Counsel, and Marguerite S. Nozaki, Deputy Corporation Counsel, move, pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order granting reconsideration of this Court's Order entered on September 30, 2014 [Doc. No. 111], pursuant to Local Rule 60.1 of the Rules of the United States District Court for the District of Hawaii, due to an intervening change in law.

In the alternative, Defendants move for an order granting summary judgment in Defendants' favor and dismissing this action and the two remaining claims in Plaintiff KIRK C. FISHER'S ("Plaintiff") Complaint filed on June 14, 2012, because there is no genuine issue of material fact that Defendant Kealoha is entitled to qualified immunity and Plaintiff lacks standing to bring his claims against Defendants.

This motion is based upon Rules 7 and 56 of the Federal Rules of Civil Procedure, and Local Rules 56.1 and 60.1 of the Rules of the United States District Court for the District of Hawaii, and is supported by the Memorandum in Support of Motion, Separate Concise Statement of Facts, declaration and exhibits, the

2

record and files herein, as well as such other oral and/or written evidence as may be offered at the hearing of this matter.

DATED: Honolulu, Hawai'i, April 2, 2014.

        DONNA Y. L. LEONG
        Corporation Counsel


By  /s/Marguerite S. Nozaki
        MARGUERITE S. NOZAKI
        Deputy Corporation Counsel

        Attorney for Defendants
        CITY AND COUNTY OF HONOLULU
        AND LOUIS KEALOHA