FAMILY COURT
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2:49 o'clock, P M.
November 6 19 97

J. Y. ONO
Clerk

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR JUDICIAL DETERMINATION OF PROBABLE CAUSE FOR THE EXTENDED RESTRAINT OF LIBERTY OF WARRANTLESS ARRESTEE: <br><br> Kirk C. Fisher | FC-CR NO. 97-3233 <br><br> CHARGE: ~~Abuse of Household Family Member~~ *HARASSMENT* <br><br> (Police Report No.: 97432621) <br><br> JUDICIAL DETERMINATION OF PROBABLE CAUSE FOR THE EXTENDED RESTRAINT OF LIBERTY OF WARRANTLESS ARRESTEE; AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST |

JUDICIAL DETERMINATION OF PROBABLE CAUSE FOR THE
EXTENDED RESTRAINT OF LIBERTY OF WARRANTLESS ARRESTEE

Proof having been made before me by Walter Calistro of the Honolulu Police Department through the submission of an affidavit which is attached hereto, that there is reason to believe that sufficient probable cause exists for the extended restraint of liberty of Kirk C. Fisher for the offense of:

~~Abuse of Household Family Member, in violation of Section 709-906 of the Hawaii Revised Statutes,~~

*Harassment*, in violation of Section *711-1106 (1)(a)* of the Hawaii Revised Statutes;

_____, in violation of Section _____ of the Hawaii Revised Statutes;

I do hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 92-50, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit
State of Hawaii

**EXHIBIT A**

97432621

_____, in violation of Section

_____ of the Hawaii Revised Statutes;

Therefore, I am satisfied that there are sufficient facts and circumstances establishing probable cause for the warrantless arrest of Kirk C. Fisher, on November 5, 1997, at 7:40 p.m., at 45-343 Lilipuna Road, apartment #309, City and County of Honolulu, State of Hawaii for the above-mentioned offense, and that grounds establishing probable cause for the extended restraint of liberty of the above-named warrantless arrestee exist.

GIVEN UNDER MY HAND, and dated this 6th day of November 1997, at 7:15 a.m./(p.m.), City and County of Honolulu, State of Hawaii.

_____
JUDGE OF THE ABOVE-ENTITLED COURT
STATE OF HAWAII

(Rev. 6/28/95)

97432621

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION )<br>FOR JUDICIAL DETERMINATION OF )<br>PROBABLE CAUSE FOR THE EXTENDED )<br>RESTRAINT OF LIBERTY OF )<br>WARRANTLESS ARRESTEE: )<br> )<br>Kirk C. Fisher )<br> )<br>_____ ) | FC-CR NO. __97-3233__<br><br>AFFIDAVIT IN SUPPORT OF<br>WARRANTLESS ARREST |

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

Walter Calistro being first duly sworn, on oath deposes and says, based upon information and belief that:

1. Affiant is a police officer employed by the Honolulu Police Department;

2. Affiant has reason to believe there is probable cause for his/her warrantless arrest and detention of Kirk C. Fisher for the offense of Abuse of Household Family Member in violation of Section 709-906 of the Hawaii Revised Statutes;

3. The facts and circumstances establishing probable cause for the arrest are contained in H.P.D. Report No. 97432621, which is/are attached hereto and are true and correct to the best of affiant's knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Walter Calistro
City and County of Honolulu

Subscribed and sworn to before me this _5_ day of _November_, 1997.

_____
Notary Public, State of Hawaii

My commission expires: _7-2-2001_

```
                                    FAMILY COURT
                                    FIRST CIRCUIT COURT
                                    STATE OF HAWAII
                                         FILED
                                   2:06 o'clock, P M
                                   November 6 19 97
                                      J. V. ONO JV/ao
                                           Clerk
```

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR JUDICIAL DETERMINATION OF PROBABLE CAUSE FOR THE EXTENDED RESTRAINT OF LIBERTY OF WARRANTLESS ARRESTEE:<br><br>Kirk C. Fisher | FC-CR NO. 97-3233<br><br>CHARGE: ~~Abuse of Household Family Member~~ HARASSMENT<br><br>(Police Report No.: 97432623)<br><br>JUDICIAL DETERMINATION OF PROBABLE CAUSE FOR THE EXTENDED RESTRAINT OF LIBERTY OF WARRANTLESS ARRESTEE; AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST |

## JUDICIAL DETERMINATION OF PROBABLE CAUSE FOR THE EXTENDED RESTRAINT OF LIBERTY OF WARRANTLESS ARRESTEE

Proof having been made before me by Walter Calistro of the Honolulu Police Department through the submission of an affidavit which is attached hereto, that there is reason to believe that sufficient probable cause exists for the extended restraint of liberty of Kirk C. Fisher for the offense of:

~~Abuse of Household Family Member, in violation of Section 709-906 of the Hawaii Revised Statutes,~~

_Harassment_____, in violation of Section _711-1106 (1) (a)_____ of the Hawaii Revised Statutes;

_____, in violation of Section _____ of the Hawaii Revised Statutes;

I do hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

_____
Clerk, Circuit Court, First Circuit

Case 1:11-cv-00589-ACK-BMK   Document 116-2   Filed 04/02/14   Page 5 of 6   PageID #: 1720
Case 1:11-cv-00589-ACK-BMK   Document 39-5   Filed 07/27/   Page 5 of 6   PageID #: 420
97432623

_____, in violation of Section _____ of the Hawaii Revised Statutes;

Therefore, I am satisfied that there are sufficient facts and circumstances establishing probable cause for the warrantless arrest of Kirk C. Fisher, on November 5, 1997, at 7:40 p.m., at 45-342 Lilipuna Road, apartment #309, City and County of Honolulu, State of Hawaii for the above-mentioned offense, and that grounds establishing probable cause for the extended restraint of liberty of the above-named warrantless arrestee exist.

GIVEN UNDER MY HAND, and dated this ____ day of November 1997, at __7:15__ a.m./p.m., City and County of Honolulu, State of Hawaii.

_____
JUDGE OF THE ABOVE-ENTITLED COURT
STATE OF HAWAII

(Rev. 6/28/95)

2

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION ) <br> FOR JUDICIAL DETERMINATION OF ) <br> PROBABLE CAUSE FOR THE EXTENDED ) <br> RESTRAINT OF LIBERTY OF ) <br> WARRANTLESS ARRESTEE: ) <br> ) <br> Kirk C. Fisher ) <br> ) <br> _____ ) | FC-CR NO. 97-3233 <br><br> AFFIDAVIT IN SUPPORT OF <br> WARRANTLESS ARREST |

### AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

STATE OF HAWAII        )
                                     ) SS.
CITY AND COUNTY OF HONOLULU )

Walter Calistro being first duly sworn, on oath deposes and says, based upon information and belief that:

1. Affiant is a police officer employed by the Honolulu Police Department;

2. Affiant has reason to believe there is probable cause for his warrantless arrest and detention of Kirk C. Fisher for the offense of Abuse of Household Family Member in violation of Section 709-906 of the Hawaii Revised Statutes;

3. The facts and circumstances establishing probable cause for the arrest are contained in H.P.D. Report No. 97432623, which is/are attached hereto and are true and correct to the best of affiant's knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Walter Calistro
City and County of Honolulu

Subscribed and sworn to before me
this _5_ day of _November_, 1997.

_____
Notary Public, State of Hawaii

My commission expires: _7-2-2001_