FC-CR NO. 97-3233
STATE OF HAWAII VS. Kirk C. Fisher
Page 1 of 2

(Rev. 9/17/97)

## STATE OF HAWAII FAMILY COURT OF THE FIRST CIRCUIT
### TERMS AND CONDITIONS OF PROBATION

IT IS THE ORDER OF THE COURT THAT DURING YOUR TERM OF PROBATION OF 6
[✓] MONTH(S) [ ] YEAR, YOU SHALL COMPLY IN ALL RESPECTS WITH THE FOLLOWING
TERMS AND CONDITIONS OF PROBATION:

1. You shall not commit another federal or state crime.
2. You shall report to your probation officer as ordered by the court or your probation officer. You shall appear in person at the Adult Services Branch ("ASB"), Building 1, 5th Floor, Restaurant Row, by 3:00 p.m.
   [ ] _____ [ ] within two days after your release from imprisonment for your initial meeting with a probation officer, and you shall keep all subsequent appointments.
3. You shall not leave the island of Oahu without prior permission from your probation officer or the court.
4. You shall report any change of address, telephone number, or employment to your probation officer before any such change.
5. You shall immediately (w/in 24 hours) notify your probation officer if you are arrested or questioned by a law enforcement officer.
6. You shall permit your probation officer to visit you at your home or elsewhere at all reasonable times.
7. You shall not abuse, assault, threaten or harass the victim in this case or any family or household member.
8. You shall fully comply with all court orders, including, but not limited to, any Family Court Restraining Orders.
9. You shall not possess or consume any illegal drugs or narcotic drugs/controlled substances without a prescription, or possess any drug paraphernalia.
10. You shall not own or possess any firearm, ammunition or firearm permits. If you own or possess any such items, you must turn them in immediately (w/in 24 hours) to the Honolulu Police Department.
11. You shall follow all reasonable instructions given to you by your probation officer.

____ You shall report immediately (w/in 24 hours) to the Sheriff's Office at 1111 Alakea Street for I.D. processing.

____ You shall serve a term of imprisonment of ____ [ ] days [ ] month [ ] year. MITTIMUS is to issue effective [ ] forthwith [ ] _____ at _____ ___.m., by which time you shall report to Courtroom 8 at 1111 Alakea Street to be taken into custody. [ ] You shall be given credit for time spent in custody (of _____ days). [ ] You shall be released immediately.

____ You shall perform _____ hours of community service, to commence by _____, 19____ and to be completed by _____, 19____.

____ You shall pay a fine of $_____ at the Circuit Court Cashier's at 777 Punchbowl Street, 1st Floor, by 3:00 p.m. on _____, 199____.

**EXHIBIT D**

Case 1:11-cv-00589-ACK-BMK   Document 116-5   Filed 04/02/14   Page 2 of 3   PageID #: 1727
Case 1:11-cv-00589-ACK-■■■   Document 39-7   Filed 07/27/■■   Page 2 of 3   PageID #:
424

Page 2 of 2                                                                    (Rev. 9/17/97)

___ You shall pay $_____ in restitution by delivering a cashier's check in that amount to your probation officer made payable to _____ by 3:00 p.m. on _____, 19___, the court having found and concluded that this manner of payment is reasonable and in an amount you can afford.

**X** You shall complete domestic violence counseling at your expense, as directed by your probation officer.

**✓** You shall complete parenting classes at your expense, as directed by your probation officer.

___ You shall not possess or consume any alcoholic beverages.

**X** You shall undergo a substance abuse assessment and immediately undergo and complete any recommended treatment, whether residential or outpatient, all at your expense and as directed by your probation officer.

___ You shall submit to periodic urine testing at your expense, as directed by your probation officer. Failure to provide a specimen within two (2) hours of instruction to do so shall be deemed prima facie evidence of a probation violation.

___ You shall obtain and maintain mental health treatment or services, including medication and/or tests, if ordered, as deemed appropriate or necessary by your probation officer, all at your expense, until clinically discharged with the concurrence of your probation officer.

___ You shall work full-time or attend educational/vocational training at your expense, as approved by your probation officer.

**WARNING:**

PURSUANT TO STATE AND FEDERAL LAW, YOU ARE FOREVER PROHIBITED FROM OWNING OR POSSESSING ANY GUNS, FIREARMS OR AMMUNITION AND FROM OBTAINING ANY FIREARM PERMITS. FAILURE TO ABIDE BY THESE PROHIBITIONS WILL SUBJECT YOU TO FELONY PROSECUTION(S).

UPON ANY FAILURE TO COMPLY WITH ANY OF THE TERMS AND CONDITIONS OF YOUR PROBATION, THE COURT MAY REVOKE YOUR PROBATION AND SENTENCE YOU TO PRISON OR CHANGE OR ADD TO THE CONDITIONS OF YOUR PROBATION.
THE FOREGOING TERMS AND CONDITIONS OF PROBATION AND WARNINGS HAVE BEEN EXPLAINED TO ME; I FULLY UNDERSTAND THEM, AGREE TO ABIDE BY
THEM IN EVERY WAY AND UNDERSTAND THE CONSEQUENCES. I HAVE RECEIVED A COPY OF THESE TERMS AND CONDITIONS OF PROBATION AND WARNINGS.

DATE OF SENTENCING: 12-3-97
DEFENDANT'S SIGNATURE: _____
WITNESSED BY: MA G'___
DATE RE-EXPLAINED: _____
BY PROBATION OFFICER: _____
DEFENDANT'S SIGNATURE: _____

FAMILY COURT
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

10:20 o'clock A.M
December 3 19 97
P. TORRES
Clerk

## ACKNOWLEDGMENT OF RECEIPT OF CONDITIONS OF PROBATION/DAGP/DANCP SUPERVISION

I, FISHER, KIRK, acknowledge receipt of the written copy of:

( ✓ ) Mandatory Conditions of Probation/DAGP/DANCP;
( ✓ ) Special Conditions of Probation/DAGP/DANCP;

in criminal case number PCCR # 97-3233 from the Honorable PAUL T. MURAKAMI, Dated: Honolulu, Hawaii; DEC - 3 1997, 199__.

_____
(signature of defendant)

_____
(signature of counsel for defendant)

I do hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

_____
Clerk, Circuit Court, First Circuit
State of Hawaii