RET-FIRE.FC-CR (rev'd 5/28/98) 10.26

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

1998 NOV -4 PM 1:59

R. HIGA
CLERK

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) FC-CR No. 97-3233 |
| | ) |
| | ) ORDER PERMITTING |
| | ) RETURN OF FIREARMS, AMMUNITION, |
| vs. | ) PERMITS AND LICENSES, WITH |
| | ) CONDITIONS; EXHIBIT A |
| | ) |
| | ) |
| KIRK C. FISHER, | ) Order returning firearms: |
| | ) |
| Defendant. | ) December 3, 1997 |
| | ) |

I do hereby certify that this is a full, true and correct copy of the original on file in this office pursuant to Section 2-30, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit

## ORDER PERMITTING RETURN OF FIREARMS, AMMUNITION, PERMITS AND LICENSES; WITH CONDITIONS

Defendant, in the above-entitled action, having requested that an order issue permitting the return of firearms, ammunition, permits and licenses to said party from the Honolulu Police Department and having stated, under oath, in Exhibit A that there are no other court orders or statutory prohibitions presently in effect which prohibit the party's possession of said firearms, ammunition, permits and licenses; and

**EXHIBIT E**

Whereas, said party was ordered to surrender all firearms, ammunition, permits and licenses to the Honolulu Police Department pursuant to an order issued in the above-mentioned case and filed on November 20, 1997, and the Court then ordered that defendant could pick up his firearms at the Honolulu Police Department, pursuant to an order issued on December 3, 1997; now therefore,

IT IS HEREBY ORDERED that the Honolulu Police Department shall return to KIRK C. FISHER all firearms and ammunition which were surrendered pursuant to the above-mentioned court order, provided that the provisions of HRS Chapter 134 are satisfied and that there are no outstanding state of federal restraining orders, prohibitions under HRS Section 134-7 or the Violence Against Women Act of 1994 ( 18 U.S.C. Section 2265 et. seq. and section 922(g)(8)), or a conviction of a misdemeanor crime of violence under 18 U.S.C. section 922(g)(9), or other outstanding federal or state (HRS Sectio 804-7.1) court orders against defendant which would prohibit defendant's possession or control of firearms and ammunition. In the event that any permits or licenses were revoked, said permits or licenses shall be reissued by the Honolulu Police Department, but only to the extent of the original expiration date of such permits or licenses.

DATED: Honolulu, Hawaii  NOV - 4 1998

_____
Judge of the above-mentioned Court

cc: Honolulu Police Department - Firearms Unit

RET-FIRE.APP (rev'd 5/28/98)

## REQUEST TO FAMILY COURT FOR RETURN OF FIREARMS, AMMUNITION, PERMITS AND LICENSES

(Fill in the blanks: type or print in black ink)

Case name and number: FC-97 No. 3233

Information on person ordered to surrender firearms, ammunition, permits or licenses:

Name: Kirk C. Fisher
Address: 45342 Lilipuna Rd

Date of Birth: July 19 56
SS # 576644740
Telephone No. 2540823

I, Kirk Fisher, above-named, declare under penalty of perjury, that to the best of my knowledge and belief there is no state or federal court order or prohibition in effect, against me, other than the order in the above-mentioned case, including but not limited to A) any prohibition of dangerous weapons as a condition of release on bail, recognizance or supervised release pending any criminal proceeding, B) any prohibition under HRS Section 134-7;  C) any other restraining order, which prohibits me from possession and control of firearms, ammunition, permits or licenses.  I also declare, under penalty of perjury, that I have not been convicted of a misdemeanor crime of violence, as defined by federal law.

Since the restraining order in the above-mentioned case was terminated as of Oct 1 (date order expired), I am requesting return of any firearm, ammunition, permit and license which I surrendered to the Honolulu Police Department, pursuant to that order.

DATED:  Honolulu, Hawaii 10/8/98

_____
(signature)

Mail to:  Legal Research and Adoption Records Unit; Family Court, First Circuit; P.O. Box 3498, Honolulu, HI  96811-3498

Exhibit A