DONNA Y. L. LEONG, 3226
Corporation Counsel

MARGUERITE S. NOZAKI, 8599
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i  96813
Telephone: (808) 768-5239
Facsimile: (808) 768-5105
E-mail address:  mnozaki@honolulu.gov

Attorney for Defendants
LOUIS KEALOHA and the
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER, | ) CIVIL NO. CV11-00589 ACK-BMK |
| | ) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF COMPLIANCE |
| vs. | ) REGARDING DEFENDANTS LOUIS |
| | ) KEALOHA AND CITY AND |
| LOUIS KEALOHA, as an individual | ) COUNTY OF HONOLULU'S |
| and in his official capacity as Honolulu | ) SEPARATE AND CONCISE |
| Chief of Police, PAUL PUTZULU, as | ) STATEMENT OF FACTS |
| an individual and in his official capacity | ) |
| as former acting Honolulu Chief of | ) |
| Police, and CITY AND COUNTY OF | ) |
| HONOLULU, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

# CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS LOUIS KEALOHA AND CITY AND COUNTY OF HONOLULU'S SEPARATE AND CONCISE STATEMENT OF FACTS

Come now Defendants CITY AND COUNTY OF HONOLULU ("City") and LOUIS KEALOHA ("Chief Kealoha") (collectively, the City and Chief Kealoha shall be referred to as "Defendants") by and through their counsel, Donna Y. L. Leong, Corporation Counsel, and Marguerite S. Nozaki, Deputy Corporation Counsel, certify in accordance with Local Rules 7.5(e) and 56.1(d) that their Separate and Concise Statement of Facts in Support of Motion for Summary Judgment contains 878 words, typed in Times New Roman, size 14 font.

DATED:  Honolulu, Hawai'i, April 2, 2014.

        DONNA Y. L. LEONG
        Corporation Counsel

    By    /s/Marguerite S. Nozaki
        MARGUERITE S. NOZAKI
        Deputy Corporation Counsel

        Attorney for Defendants
        CITY AND COUNTY OF HONOLULU
        AND LOUIS KEALOHA