ALAN BECK
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email:  alan.alexander.beck@gmail.com

Attorney for Amicus Curiae Hawaii Defense Foundation

## United States District Court For The District of Hawaii

| | |
|---|---|
| KIRK FISHER.,<br>　　　　　Plaintiff,<br>　vs.<br><br> LOUIS KEALOHA, as an individual<br>and in his official capacity as Honolulu<br>Chief of Police, PAUL PUTZULU, as<br>an individual and in his official capacity<br>as former acting Honolulu Chief of<br>Police, and CITY AND COUNTY OF<br>HONOLULU,.;<br>;<br>　　　　　Defendants.<br>_____<br>_____ | **Civ. No. 11-00589 ACK-BMK**<br>Notice of Supplemental Authority |

Notice of Supplemental Authority

Comes now the Amicus Curiae Hawaii Defense Foundation ("HDF") and submits *Wesson et al v. Town of Salisbury et. al.* (D. Mass. April 18, 2014). (attached). The Plaintiffs applied for permits to purchase firearms, and were denied, because they had records for marijuana convictions. They sued, claiming that their Second Amendment rights were being denied without just cause. U.S. District Court Judge Richard Stearns ruled in favor of the plaintiffs and held a marijuana conviction decades past is not grounds for depriving one of Second Amendment rights. Accordingly, this supports Mr. Fisher's position because analogous to *Wesson*, Hawaii has no means to restore rights after minor violent altercations years past.

Respectfully submitted this 21st day of April, 2014

/ s/Alan Beck
Alan Beck (HI Bar No. 9145)

CERTIFICATE OF SERVICE

On this, the 21st of April, 2014, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Alan Beck
Alan Beck (HI Bar No. 9145)