IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUIS KEALOHA, in his individual capacity and his official capacity as Honolulu Chief of Police; PAUL PUTZULU, in his individual capacity and his official capacity as Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>    Defendants. | CIVIL NO. 11-00589 ACK/BMK<br><br>**DECLARATION OF KIRK C. FISHER** |

## DECLARATION OF KIRK C. FISHER

I, KIRK C. FISHER, declare as follows:

1. I am the Plaintiff herein.

2. On June 29, 2012, this Honorable Court issued its Order Granting Plaintiff Kirk C. Fisher's Motion for a Preliminary Injunction (hereinafter "Order").

3. Sometime thereafter, pursuant to HRS 134, I applied to HPD for a permit to acquire firearms.

4.  After completing the State of Hawaii's, HPD's, and FBI's application process, I received my permit at HPD main station at 801 South Beretania Street, Honolulu, Hawaii.

5.  As part of the permitting process I was required to have a documented medical clearance.

6.  In order to document my medical clearance, HPD contacted my medical doctor, Dr. Joseph Tsai, who provided medical documentation that I am not adversely affected by an addiction to, abuse of, or dependence on any alcohol or drug, and that I do not suffer any mental disease, disorder, or defect.

7.  Having met all of the conditions set forth in HRS 134-7, including the documented medical clearance requirement of HRS 134-7(c), I received my gun permit.

I declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, _____.

_____  5/23/14
KIRK C. FISHER