IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KIRK C. FISHER, | ) | CIVIL NO.  11-00589 ACK/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF TE-HINA** |
| | ) | **ICKES** |
| LOUIS KEALOHA, in his individual | ) | |
| capacity and his official capacity as | ) | |
| Honolulu Chief of Police; PAUL | ) | |
| PUTZULU, in his individual capacity | ) | |
| and his official capacity as Honolulu | ) | |
| Acting Chief of Police; CITY AND | ) | |
| COUNTY OF HONOLULU; | ) | |
| HONOLULU POLICE DEPARTMENT | ) | |
| and DOE DEFENDANTS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF TE-HINA ICKES

I, TE-HINA ICKES, declare that:

1.     I am an attorney licensed to practice before this Court and all Courts in the State of Hawaii, and I am one of the attorneys for Plaintiff herein.

2.     Attached hereto as Exhibit "1" is a true and correction copy of a letter from Donald L. Wilkerson to Louis Kealoha, with attachments, dated August 31, 2010.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, May 23, 2014.

_/s/ Te-Hina Ickes_

DONALD L. WILKERSON
TE-HINA ICKES
Attorneys for Plaintiff
KIRK C. FISHER