Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law, A Law Corporation
MARK M. MURAKAMI        7342-0
mmm@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI  96813
Telephone:  (808) 531-8031
Facsimile:   (808) 533-2242

JEFF KOSSEFF          *(pro hac vice)*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004

Attorneys for *Amicus Curiae*
**BRADY CENTER TO PREVENT GUN VIOLENCE**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER,<br>  Plaintiff,<br><br>v.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br>  Defendants. | CIVIL NO. 11-00589 ACK/BMK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL:  PHILLIP A. RUBIN, ESQ.** |

242023

## NOTICE OF WITHDRAWAL OF COUNSEL: PHILLIP A RUBIN, ESQ.

Pursuant to Local Rule 83.6(b), Phillip A. Rubin, co-counsel for *amicus curiae* Brady Center to Prevent Gun Violence ("Brady Center"), hereby provides notice of his withdrawal as co-counsel in this case. *Amicus curiae* Brady Center will continue to be represented by Jeff Kosseff of Covington & Burling LLP, and Mark M. Murakami of Damon Key Leong Kupchak Hastert.

DATED: Honolulu, Hawaii, May 27, 2014.

> DAMON KEY LEONG KUPCHAK
> HASTERT and COVINGTON &
> BURLING LLP
>
> /s/ *Mark M. Murakami*
> MARK M. MURAKAMI
> JEFF KOSSEFF
>
> Attorneys for Amicus Curiae
>   **BRADY CENTER TO PREVENT**
>   **GUN VIOLENCE**

242023