# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 11-00589 ACK-BMK |
| CASE NAME: | <u>Fisher v. Kealoha et al.</u> |
| ATTYS FOR PLA: | Donald Wilkerson and Te-Hina Te-Moana Ickes |
| ATTYS FOR DEFT: | D. Scott Dodd and Marguerite Nozaki |
| ATTYS FOR AMICUS: | Alan Beck and Jeff Kosseff |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | June 12, 2014 | TIME: | |

COURT ACTION: EO:

On June 12, 2014, amicus curiae Brady Center to Prevent Gun Violence ("Brady Center") submitted an oral request for attorney Jeff Kosseff to appear by phone at the hearing set for June 16, 2014. The Court grants leave for Mr. Kosseff to appear before the Court via telephone at the June 16, 2014 hearing, subject to any valid objection by either party, since Brady Center has not filed a motion to submit an amicus brief or any briefing in connection with Defendants Louis Kealoha and City and County of Honolulu's Motion for Summary Judgment, or in the Alternative, Motion for Reconsideration (Doc. No. 115).

IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager