IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOUIS KEALOHA, in his individual capacity and his official capacity as Honolulu Chief of Police; PAUL PUTZULU, in his individual capacity and in his official capacity as Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU, HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>　　　　Defendants. | CIVIL NO. 11-00589 ACK-BMK(Other Civil Action)<br><br>DECLARATION OF JOSEPH C. TSAI, M.D. |

## DECLARATION OF JOSEPH C. TSAI, M.D.

I, JOSEPH TSAI, declare that:

1. I am licensed to practice medicine in the State of Hawaii.

2. My specialty is internal medicine.

3. I am Mr. Kirk Fisher's personal physician.

EXHIBIT 2

4. Mr. Fisher is not adversely affected by 1) an addiction to, abuse of, or dependence upon any dangerous drug, harmful drug, detrimental drug, intoxicating compound, or intoxicating liquor or, 2) by any mental disease, disorder, or defect.

5. As part of my practice I commonly receive letters from HPD regarding patients' request's for firearms permits. If my patient does not have a mental health history that may reflect on his/her ability to safely own and operate a firearm, I am not required to respond to HPD's letter.

6. I do not remember receiving such a letter from HPD regarding Mr. Fisher. However, if I did receive such a letter, I would not have responded because Mr. Fisher does not have a mental health history that may reflect on his/her ability to safely own and operate a firearm, and I would not have been required to respond.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, 6/14, 2014.

*Joseph C S Tsai*
JOSEPH TSAI, M.D.

Joseph C.S. Tsai, MD
46-001 Kamehameha Hwy, Ste 303
Kaneohe, Hawaii 96744-3724
Phone: 235-6464
Fax: 236-3207