POLICE DEPARTMENT

# CITY AND COUNTY OF HONOLULU

801 SOUTH BERETANIA STREET · HONOLULU, HAWAII 96813
TELEPHONE: (808) 529-3111 · INTERNET: www.honolulupd.org



KIRK CALDWELL
MAYOR

LOUIS M. KEALOHA
CHIEF

DAVE M. KAJIHIRO
MARIE A. McCAULEY
DEPUTY CHIEFS

OUR REFERENCE

TN-SM G211749 - L

Dr. Joseph Tsai
Castle Professional Center
46-001 Kamehameha Highway, Suite 303
Kaneohe, Hawaii 96744

Dear Dr. Tsai:

Applicant:

Date of Birth:

the above listed person applied for a permit to acquire a firearm. In doing so, your office was designated as a medical reference. Pursuant to Chapter 134 of the Hawaii Revised Statutes, a health care provider or public health authority shall disclose health information, including protected mental health information, relating to an individual's mental health history, for the purpose of evaluating an individual's fitness to acquire or own a firearm, and a signed waiver permitting release of health information for that purpose is completed.

Section 134-18 of the Hawaii Revised Statutes gives physicians, psychologists or psychiatrists immunity from civil liability regarding any response they may give. We have attached a copy of your patient's signed waiver for your records.

If there is any information in your records or if you have personal knowledge which might reflect on your patient's ability to safely own and operate a firearm, please respond in writing to the Firearms Unit c/o Honolulu Police Department **within 10 calendar days after the date of this letter. You may also send us a letter or memo via a facsimile at 529-3273.**

Should you require further assistance in this matter, please call Officer Vaughn Akau of our Firearms Unit at 723-3190.

Sincerely,

LOUIS M. KEALOHA
Chief of Police

By _(signature)_

THOMAS T. NITTA, Major
Records and Identification Division

*Serving and Protecting With Aloha*

