# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00589ACK-BMK |
| CASE NAME: | Kirk Fisher Vs. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Donald L. Wilkerson<br>Te-Hina Ickes |
| ATTYS FOR DEFT: | Marguerite S. Nozaki<br><br>Mark M. Murakami-Amicus-Brady Center to Prevent Gun Violence<br>Jeff Kosseff-Amicus Brady Center to Prevent Gun Violence |

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Anne Matsumoto |
| DATE: | 06/16/2014 | TIME: | 10:06am-10:45am |

COURT ACTION:   EP:   Defendants City and County of Honolulu, Louis Kealoha, Paul Putzulu's MOTION FOR SUMMARY JUDGMENT or in the Alternative, MOTION For Reconsideration [ECF No. 115]

Plaintiff's MOTION for Leave to File Additional Exhibits to Supplement Plaintiff's Concise Statement of Facts in Opposition to Defendants' Motion for Summary. or in the Alternative, MOTION for Reconsideration [ECF No. 130]

Attorney Jeff Kosseff participated telephonically.

Oral Discussion Held.

This matter is hereby under advisement.

Submitted by Leslie L. Sai, Courtroom Manager