LAW OFFICES OF DONALD L. WILKERSON

DONALD L. WILKERSON     5730
1003 Bishop Street, Suite 1320
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
Facsimile:  (808) 528-2440
Email:  don@allislandslaw.com

TE-HINA ICKES  9012
841 Bishop Street, Suite 2201
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Facsimile:  (808) 566-0347
Email: tehina@gmail.com

Attorneys for Plaintiff
KIRK C. FISHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIRK C. FISHER,<br><br>       Plaintiff,<br><br>  vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; and CITY AND COUNTY OF HONOLULU,<br><br>       Defendants.<br>_____ | CIVIL NO.  11-00589 ACK-BMK<br>(Other Civil Action)<br><br>MOTON TO INCORPORATE AND REFERENCE IN ITS ENTIRETY BRIEF OF THE AMICUS CURIAE HAWAII DEFENSE FOUNDATION IN SUPPORT OF PLAINTIFF (DOCUMENTS #73, et al.); CERTIFICATE OF SERVICE |

## MOTON TO INCORPORATE AND REFERENCE IN ITS ENTIRETY BRIEF OF THE AMICUS CURIAE HAWAII DEFENSE FOUNDATION IN SUPPORT OF PLAINTIFF (DOCUMENTS #73, et al.)

COMES NOW Plaintiff KIRK C. FISHER, by and through his undersigned counsel, and moves this court to incorporate in its entirety and reference the Brief of the Amicus Curiae Hawaii Defense Foundation in Support of Plaintiff (Documents #73, et al.).

DATED:   Honolulu, Hawaii, June 16, 2014.

                                                      _/s/ Donald L. Wilkerson __
                                                      DONALD L. WILKERSON
                                                      TE-HINA ICKES
                                                      Attorneys for Plaintiff