# MINUTES

CASE NUMBER: CV 11-00589 ACK-BMK

CASE NAME: Kirk C. Fisher v. Louis Kealoha, et al.

ATTYS FOR PLA: Donald L. Wilkerson

ATTYS FOR DEFT: Lisa W. Cataldo

INTERPRETER:

JUDGE: Barry M. Kurren    REPORTER: Chambers no record

DATE: 06/20/2014    TIME: 10:30 - 10:45 a.m.

COURT ACTION: EP: Settlement Conference held. No settlement at this time. A Further Settlement Conference is on call.

Submitted by kur2, law clerk.