HID 010 (Rev 12/10)   Transcript Designation & Ordering Form (Appeals)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____14-16514_____   U.S. District Court Case No. _____11-00589   ACK-BMK_____

Short Case Title KIRK C. FISHER v. LOUIS KEALOHA, et al _____

Date Notice of Appeal Filed by Clerk of District Court _____ August 5, 2014 _____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 04/09/2012 | Gloria Bediamol | Other (please specify) Motion Hearing |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(✓)   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 09/04/14 _____   Estimated date for completion of transcript 10/06/14 _____

Print Name of Attorney Donald L. Wilkerson _____   Phone Number (808) 533-4447 _____

Signature of Attorney /s/ Donald L. Wilkerson _____

Address 1003 Bishop Street, Suite 703, Honolulu, HI 96813 _____

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
**(signature of court reporter)**

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____. Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____   BY: _____
(U.S. District Court Clerk)              (date)              DEPUTY CLERK