DONNA Y.L. LEONG      3226
Corporation Counsel

CURTIS E. SHERWOOD  7851
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone:   (808) 768-5134
Facsimile:    (808) 768-5105
E-mail address:  csherwood@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LOUIS KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KIRK C. FISHER,<br><br>          Plaintiff,<br><br>     vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; PAUL PUTZULU, as an individual and in his official capacity as former Honolulu Acting Chief of Police; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT and DOE DEFENDANTS 1-50,<br><br>          Defendants. | CIVIL NO. CV11 00589 ACK-BMK<br><br>NOTICE OF APPEARANCE AND WITHDRAWAL OF COUNSEL; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE AND WITHDRAWAL OF COUNSEL

Notice is hereby given that CURTIS E. SHERWOOD, Deputy Corporation Counsel, hereby appears as counsel for Defendant CITY AND COUNTY OF HONOLULU.

Notice is hereby given that MARGUERITE S. NOZAKI and D. SCOTT DODD, former Deputies Corporation Counsel, withdraw as counsel for Defendant CITY AND COUNTY OF HONOLULU and LOUIS KEALOHA, as they are no longer employed by the Department of the Corporation Counsel, City and County of Honolulu.

DATED:  Honolulu, Hawaii, October 8, 2014.

> DONNA Y.L. LEONG
> Corporation Counsel
>
>
> By: /s/Curtis E. Sherwood
> CURTIS E. SHERWOOD
> Deputy Corporation Counsel
>
> Attorneys for Defendants-Appellants
> CITY AND COUNTY OF HONOLULU
> and LOUIS KEALOHA

# CERTIFICATE OF SERVICE

I HEREBY CERITFY that on this date, a true and correct copy of the

foregoing document was duly served by method of service noted, on the following

individuals at their last-known address listed below:

**Served Electronically through CM/ECF:**

DONALD L. WILKERSON, ESQ.                    *don@allislandslaw.com*
Law Offices of Donald L. Wilkerson
Bishop Square, Pauahi Tower
1003 Bishop Street, Suite 1320
Honolulu, Hawai'i 96813

TE-HINA ICKES, ESQ.                          *tehina@gmail.com*
Law Office of Te-Hina Ickes
1003 Bishop Street, Suite 703
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
KIRK C. FISHER

DATED:  Honolulu, Hawaii, October 8, 2014.

                        DONNA Y.L. LEONG
                        Corporation Counsel


                        By: /s/Curtis E. Sherwood
                            CURTIS E. SHERWOOD
                            Deputy Corporation Counsel

                            Attorneys for Defendants-Appellants
                            CITY AND COUNTY OF HONOLULU
                            and LOUIS KEALOHA