HID 010 (Rev 12/10) Transcript Designation & Ordering Form (Appeals)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __14-16514__   U.S. District Court Case No. __11-00589 ACK-BMK__

Short Case Title __KIRK C. FISHER v. LOUIS KEALOHA, et al__

Date Notice of Appeal Filed by Clerk of District Court __August 5, 2014__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| 08/12/2013 ✓ | Cynthia Ott | Other (please specify) Motions Hearing |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __09/04/14__   Estimated date for completion of transcript __10/06/14__

Print Name of Attorney __Donald L. Wilkerson__   Phone Number __(808) 533-4447__

Signature of Attorney __/s/ Donald L. Wilkerson__

Address __1003 Bishop Street, Suite 703, Honolulu, HI 96813__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2014

at __1__ o'clock and __10__ min. __P__ M.
SUE BEITIA, CLERK
have received this designation.

**SECTION B** - To be completed by court reporter

I, _____(signature of court reporter)_____
(✗) Arrangements for payment were made on __10/06/14__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __10/07/14__   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    __10/20/14__    BY: _____
(U.S. District Court Clerk)   (date)    DEPUTY CLERK