

14-16514 Kirk Fisher v. Louis Kealoha, et al "Document Sent"
ca9_ecfnoticing
to:

10/21/2014 09:34 AM
Hide Details

History: This message has been forwarded.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 10/21/2014 at 12:34:17 PM PDT and filed on 10/21/2014
 **Case Name:**    Kirk Fisher v. Louis Kealoha, et al
 **Case Number:**  14-16514

**Docket Text:**
Letter certifying to the Attorney General of Hawaii a constitutional challenge to a state statute served on David M. Louie, Attorney General of Hawaii, via Fedex. [9284658] (HH)

**Notice will be electronically mailed to:**

Mr. Alan Alexander Beck, Attorney
Mr. D. Scott Dodd, Deputy Corporation Counsel
Te-Hina Ickes

Honorable Alan C. Kay, Senior District Judge
Curtis Edwin Sherwood, Deputy Corporation Counsel
USDC, Honolulu
Donald L. Wilkerson, Attorney

**Case participants listed below will not receive this electronic notice:**

David M. Louie
AGHI - OFFICE OF THE HAWAII ATTORNEY GENERAL
425 Queen St.
Honolulu, HI 96813

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 9284658
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 10312115